FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PAID**

1  STEVANUS EDWARD/GERUNGAN
   2960 VAN BUREN BLVD, APT#31, RIVERSIDE, CA 92503
2  PHONE: (747) 777-2425; Jeptha4Jireh@gmail.com

3  PLAINTIFF, IN PRO PER

                    UNITED STATES DISTRICT COURT
4                   CENTRAL DISTRICT OF CALIFORNIA

5

6  STEVANUS EDWARD,                    No. COMPLAINT FOR: 5:22cv1727-JGB-KKx

7            Plaintiff,                1. NSA WARRANTLESS SURVEILLANCE,
                                          WILLFUL NEGLECT OF DUTY&ABUSE
8       vs.                            2. ABUSE CIVIL RIGHTS & FRAUD SCAN
                                          MEDICAL IMAGING
9  FORMER PRESIDENT TRUMP              3. UNLAWFUL INVESTIGATORY & TORT
   TRUMP ADMINISTRATION                4. ABUSE OF PUBLIC OFFICE & TORT
   FORMER PRESIDENT OBAMA              5. UNJUST & UNUSUAL PUNISHMENT
10 OBAMA ADMINISTRATION                6. CRUEL & DEGRADING TREATMENT
   FBI AGENCY                          7. FRAUD SCAN IMAGING, TORT & THEFT
11 NSA AGENCY                          8. DEPRIVATION SERIOUS MEDICAL CARE
   FORMER CA A.G. KAMALA HARRIS           NEEDS & TORT
12 FEDERAL JUDGE JESUS BERNAL,         9. CONSPIRACY AGAINST RIGHTS & TORT
   SUPERIOR JUDGE SUNSHINE SYKES       10. EMTALA SECTION 1395dd VIOLATION
13 WCAB JUDGE CATHERINE COUTTS         11. UNLAWFUL ENTRAPMENT & ABUSE
   CA WORKER COMPENSATION BOARD        12. ABUSE CIVIL RIGHTS & HARM
14 QME DOCTORS DAVID WOOD, M.D         13. INTENTIONAL INFLICTION OF
   US FIRE INSURANCE, NEW JERSEY           EMOTIONAL PAIN DISTRESS & TORT
15 LWP CLAIM SACRAMENTO, CA            14. TORT & 14TH AMENDMENT VIOLATION
   ATTORNEY TELLERIA & LEVY, CA        15. SERIOUS HUMAN RIGHTS OFFENSES OR
16 DIETZ, GILMOR & CHAZEN LAW FIRM         VIOLATIONS & TORT
   ARROWHEAD HOSPITAL, CA              16. COLOR OF LAW VIOLATIONS & TORT
17 HOAG NEWPORT HOSPITAL, CA           17. ABUSE DUE PROCESS & HARM
   BAPTIST HOSPITAL, TEXAS             18. UNLAWFUL LENGTHY DELAYS &
18 PROVIDENCE HOSPITAL, WA                 FEDERAL TORT
   HUNTINGTON HOSPITAL, CA             19. CONTINUING CRIMINAL MALPRACTICE
19 GROVE IMAGING, CA                   20. EXTORTION, PERJURY & ABUSE OF
   DMG IMAGING SAN GABRIEL, CA             CIVIL RIGHTS
20 DMG IMAGING MONTEREY PARK, CA       21. SERIOUS DISCRIMINATION & TORT
   SPECTRUM MRI IMAGING, CA            22. ABUSE OF AUTHORITY & CRIMES
21 (DMI) DESERT MEDICAL IMAGING, CA    23. PROHIBIT RETALIATION & COERCION
   ENVISION IMAGING, IRVING, TEXAS     24. ORGANIZED CRIMES & MALPRACTICE
22 NORTHWEST IMAGING, NEBRASKA         25. WILLFUL NEGLECT OF DUTY
   ORANGE COUNTY DIAGNOSTIC, CA        26. CIVIL NEGLIGENCE & ABUSE POWER
23 SHAND LAKE SHORE HOSPITAL, FL       27. HEALTH CARE FRAUD&HIPAA VIOLATE
   BAPTIST HOSPITAL, JACKSOVILLE, FL   28. OBSTRUCTION FREEDOM ACCESS TO
24 FLORIDA A G ASHLEY MOODY, FL            CLINICS ENTRANCE
   CORONA HOSPITAL IN CORONA, CA       29. RACKETEERING MALPRACTICE AID &
25 HUNTINGTONIMAGING&DIAGNOSTICS           NIED
   REDLANDS HOSPITAL, CA               30. CRIMINAL COVER UP & HARM
26 SO-CAL EMERGENCY URGENT CARE        31. RACKETEERING INFLUENCE/RICO
                           Defendants. 32. UNREASONABLE SEARCHES,
27                                         UNLAWFUL CONTROL/MONITORING &
                                           4TH AMENDMENT VIOLATIONS
28

                              1.

I.   "JURISDICTION AND VENUE FOR FEDERAL VIOLATIONS/TORT, FEDERAL CRIMES & CONTINUING CRIMINAL MALPRACTICE ACT"

1.   This case arise under the Constitution, the Laws of the United States and present a serious civil criminal act within this Court's jurisdiction for series or deprivation serious medical care needs for serious bodily injury pain & dripping internal bleeding based on Title 42 U.S.C. § 1395dd, & series or deprivations of rights under Color of Law based on Title 18 U.S.C. § 242, & federal human rights offenses/violations for cruel & degrading treatment based on Title 18 U.S.C. § 241, & Racketeering/RICO based on Patriot Act & Title 18 U.S.C. § 1951, & FISA Abuse act based on 4th, 5th, & 14th Amendment the U.S. Constitution & Federal Law under Title 18 U.S.C. § 2511 & Title 18 U.S.C. § 2515. Also, U.S. District Court within jurisdiction based on the U.S. Constitution Guarantees the Right against Unreasonable Searches & Prohibits the Use of Cruel & Unusual Punishment & based on the 14th Amendment Secures the right to due process—meaning a Person Accused of a crime Must be Allowed the Opportunity to have a Trial & in All Criminal Prosecutions, the Accused Shall Enjoy the Right to a SPEEDY & Public Trial, by an impartial jury of the State & District wherein the crime shall have been committed.

2.   This court has authority grant relief pursuant declaratory Judgement Act, includes:

[1]. My Due Process of Law demand for Full Investigation Demand & Justice Demand based on 5th & 14th Amendment the U.S. Constitution, Federal Law, current serious bodily injury pain rights or Americans with Disability Act of 1990, and based on evidence for due process of law violations, failure to keep from harm & willful denied investigation began from 2014 to 2022 from color of law or law enforcement or government officials. Also, based on Fact & Evidence, includes:
A. I still have the same Serious Bodily Injury Pain for physical suffering severe pain injuries on right rib cage, abdominal & dripping internal bleeding because of prolonged tort, abuse power, deprivation serious medical care needs, cruel, degrading treatment & unlawful control for federal human rights offense/violations.

B. the Same Crimes Still Exist for fraud CT scan imaging in years 2022 & 14th fraud scan imaging from 2012 to 2022 & EMTALA § 1395dd from 2013 to 2022.

C. This criminal case already brought 4th times without open criminal investigation, willful ignore investigation demand, failure to keep from harm & no access to serious medical care need but obstruction & color of law violation

D. From years 2014 to 2022 proven failure to keep from harm and No single law enforcement to open investigation for serious federal crimes.

E. Unreasonable Searches with FISA Abuse for unlawful control/monitor still exist.

F. Unlawful control/monitoring in this apartment from 03/13/2021 to 06/26/2022.

G. Prolonged tort, deprivation serious medical care needs, failure to keep from harm, abuse power, unlawful control with cruel & degrading treatment for federal human rights offense/violation similar for willfully violating Title 42 U.S.C. §2000dd

H. This prolonged tort, cruel, degrading treatment & unlawful control/monitor with deprivation serious medical care needs not only causing prolonged severe physical suffering pain injury & not only causing serious others life damages but causing divorce & Asher Gerungan for DNA paternity testing still be questionable for causing force divorce & new rape techniques if true that Asher Gerungan not my son.

I. Serious human rights violations & continuing criminal malpractice enterprise act.

J. Many other facts & evidence for cruel & others unlawful act from 2012 to 2022.

[2]. Due process of law with Court Order Demand to stop it this Cruel & Degrading Treatment base on 5th & 14th Amendment the U.S. Constitution & federal law. Also, My Constitutional Rights with due process of law demand for keep continue pursuing full investigation & justice demand for Cruel & Degrading Treatment base on 5th, & 14th Amendment the U.S. Constitution, Federal human rights law & Federal law.

[3]. Due process of law demand for full investigation demand & Justice Demand for Deprivation of Rights under Color of law base on 1st, 5th, & 14th Amendment the U.S. Constitution & federal law under Title 18 U.S.C. § 242 & Serious Bodily Injury Pain or Americans with Disability Act of 1990 and **The United States Department of Justice Website states:**

The Americans with Disabilities Act (ADA) and Section 504 prohibit discrimination against individuals on the basis of disability. (42 U.S.C. § 12131, et seq. and 29 U.S.C. § 794). These laws protect all people with disabilities in the United States. An individual is considered to have a "disability" if he or she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such an impairment, or is regarded as having such an impairment.

These laws prohibit discriminatory treatment, including misconduct, on the basis of disability in virtually all law enforcement services and activities. These activities include, among others, interrogating witnesses, providing emergency services, enforcing laws, addressing citizen complaints, and arresting, booking, and holding suspects.

These laws also prohibit retaliation for filing a complaint with DOJ or participating in the investigation. **What remedies are available under these laws?** If appropriate,

DOJ may seek individual relief for the victim(s), in addition to changes in the policies and procedures of the law enforcement agency. Individuals have a private right of action under both the ADA and Section 504; you may file a private lawsuit for violations of these statutes. There is no requirement that you exhaust your administrative remedies by filing a complaint with DOJ first.

My Disability or Serious Bodily Injury Pain based on:

#1. Serious Bodily Injury Pain for Current Physical Suffering Severe Pain Injuries on Rights Thoracic Rib cage, Abdominal, and Dripping Internal Bleeding;

#2. Dripping Internal Bleeding proven from Series or Urine Laboratory Testing Find Blood and Serious Risk Complications based on Doctors Alon Englanopf, MD, said after urine laboratory testing find blood at Quest Diagnostic on 01/03/2014 & public evidence.

#3. On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated the Urinalysis Performed on January 03, 2014, shows Trace Occult Blood and Discussion/Recommendation stated I have also NOT Received Any Medical Records including the Patient's prior CT scans of the Abdomen to Review. The Patient has been Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries. Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

#4. On 10/28/2014, MRI Chest evidence based on (3) Picture show my current physical severe pain injuries on Right Rib Cage. Also, others evidence proven from many X-Ray, & 14th fraud scan imaging stated there is NO fracture bone.

[4]. My Constitutional rights to denied any excuse or error based on 4th, 5th, & 14th Amendment the U.S. Constitution, Investigatory procedure, Federal law, cruel, 14th fraud scan imaging, series deprivation serious medical care needs, due process of law violations, & color of law violations for failure to keep from harm from 2014 to 2022.

[5]. My due process of law demand for District Court Order to stop it All Unlawful Entrapment from State California Government, Workers Compensation, & other unlawful entrapment base on 4th, 5th, 6th, 8th & 14th Amendment the U.S. Constitution, investigatory & accusatory police procedure, Prohibition Coercion & Retaliation under Title 42 U.S.C. § 12203 or ADA or Current Serious Bodily Injury Pain & Federal Law. Unlawful delays treatment for serious bodily injury pain can causing serious internal organs infectious or Complication based on medical law or public evidence said but in this civil criminal case for prolonged tort, series deprivation serious medical care needs, & organized malpractice & negligence for willful denied the rights adequate for serious physical suffering severe pain injury treatment or prevent surgeries treatment not only already causing divorce & other life damages but also, this prolonged tort causing other internal organs damages for watery eye, forgetful, confusion & error because Plaintiff not using painkiller for the most pain shows 167/88 & Plaintiff not using painkiller prescription for many years to prevent complications.

[6]. My due process of law demand & justice for Intentional Infliction of Emotional Pain Distress & NIED based on 4ᵗʰ, 5ᵗʰ & 14ᵗʰ Amendment, tort & Federal law. Also, my emotional pain distress not only from my current physical suffering severe pain injuries on right rib cage & abdominal but my emotional pain distress from prolonged with series tort, 14ᵗʰ fraud scan medical imaging from 2012 to 2022 & series deprivation serious medical care needs, cruel, degrading treatment, FISA Abuse for threats & unlawful control, extortion, perjury, malpractice & negligence, series Fraud Medical Treatment Need & Series Fraud 'SPEEDY' Recovery, series theft, & DNA Paternity testing for Asher Gerungan still be questionable for other intentional emotional pain distress for DNA Paternity fraud & other crimes act must apply against his father if true that Asher Gerungan not my son.

[7]. Full Investigation Demand for DNA Paternity Testing for Asher Gerungan should be done from Riverside Family Courthouse from August 30, 2021 & full investigation demand for unlawful influence base on 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, & 14ᵗʰ Amendment the U.S. Constitution, & Federal law under Title 18 U.S.C. § 241, Title 45 U.S.C. § 303.5.

[8]. My due process of law demand for Full investigation & Justice for abuse power or abuse of authority base on 5ᵗʰ & 14ᵗʰ Amendment the U.S. Constitution & federal law.

[9]. My due process of law demand with District Court Order based on Title 42 U.S.C. § 2653 & 42 U.S.C. § 2651 –Recovery by United States; 18 U.S.C. § 3663.

[10]. Justice for willfully violating Nor deny equal protection under the law & due process of law base on 5ᵗʰ & 14ᵗʰ Amendment the U.S. Constitution, & Title 18 U.S.C. § 242. My demand with Court Orders for nor deny equal protection under the law to prevent Mortality & Complication based on 14ᵗʰ Amendment the U.S. Constitution & Equal Protection under the law for my toddler son Jeptha Gerungan & Asher Gerungan.

[11]. Due process of law demand for Full Investigation & justice demand for Color of Law Violations with Failure to keep from harm or Deprivation Serious Medical Care Needs base on 5ᵗʰ & 14ᵗʰ Amendment the U.S. Constitution, Federal Human Rights Law, & Federal Law under Title 18 U.S.C. § 242, & other federal law.

[12]. Demand Court Order to Stop it this illegal act from corrupt business or corrupt individual Color of law or corrupt individual Government Professional for Not keep continuing fraud CT scan medical imaging & prevent Surgery Treatment for serious physical suffering severe pain injuries on Right Thoracic Rib Cage and Abdominal.

[13]. Due Process of Law Demand for full investigation & Justice for Unlawful Searches with FISA Abuse base on 4ᵗʰ, 5ᵗʰ, & 14ᵗʰ Amendment & Title 18 U.S. C. § 2511, Title 18 U.S.C. § 2515, Title 18 U.S.C. § 2518, Title 28 U.S.C. § 1346.

[14]. Prohibition against Retaliation & Coercion base on ADA; Title 42 U.S.C. § 12203.

[15]. My Constitutional Rights under 14th Amendment the U.S. Constitution to denied State law & new legislation for willfully deprive severe suffering pain injury life.

[16]. Due Process of Law Demand for full investigation & Justice for Unjust & Unusual Punishment base on 5th, 6th & 14th Amendment the U.S. Constitution & Title 18 U.S. Code § 242, Title 18 U.S.C. § 3771, Title 18 U.S.C. § 4243, Title 42 U.S.C. § 1986.

[17]. My demand for surgery treatment before plea deal based on 5th & 14th Amendment the U.S. Constitution & Federal Law under ADA or Serious Bodily Injury Pain & Title 42 U.S.C. § 1395dd.

[18]. This a Civil Criminal Act for seeks Independent Investigator with No Conflict of Interest. My Demand for Conflict of Interest Judge need to Recuse themselves. There are a lot of different from 2016 to 2018 compare to this time because now, I'm single parents with prolonged serious bodily injury pain & these civil criminal act worse than before. One from many evidence that my toddler son never had series abdominal pain from 2017 to June 2020 but series serious abdominal pain, black pu & repeat vomit for numerous occasion happened from 2020 to 2022 & causing back & forth go to his primary care, urgent care & on 5/20/2022 & 5/21/2022 causing back & forth to go to ER hospital because not only for abdominal pain & vomit but other unusual for worst diarrhea & all this unusual act for one from other reason causing slowing down to process this federal lawsuit because severe suffering pain injury not only concern for my health & safety but also, my toddler son health & safety.

[19]. Due Process of Law Demand to Stop it Deprivation Serious Medical Care Needs based on 5th, & 14th Amendment the U.S. Constitution.

3.    This Court has subject matter Jurisdiction pursuant to Title 28 U.S.C. § 1343.

4.    This civil criminal act to redress the deprivation of rights under 1st, 4th, 5th, & 14th

       Amendment the United States Constitution & federal law.

5.    This a serious civil criminal act for seeks full investigation demand base on

a. 4th, 5th, & 14th Amendment the U.S. Constitution & Federal Law;
b. Cruel & degrading treatment;
c. Series Fraud Medical Treatment Needs & Series Fraud 'SPEEDY' Recovery;
d. Extortion & Perjury;
e. Willful Ignore Perjury from 09/10/2014 to 08/03/2016 for Numerous Occasion;
f. Series or Failure to keep from harm;
g. Series or deprivation serious medical care needs;
h. Abuse power or abuse of authority;
i. Continuing Criminal Malpractice Act;
j. Unreasonable Searches with FISA Abuse for series threats & unlawful control/monitor;
k. Series or 14th fraud scan medical imaging & other series fraud;
l. Series or Deprivation of rights under Color of Law & Abuse Civil Rights;
m. criminal investigation without following investigatory & accusatory police procedure.

6.   Prohibition of use as evidence of intercepted wire or oral communications base on Fourth Amendment the U.S. Constitution & Title 18 U.S.C. § 2515 & CA § 632 PC. Prohibition of use as evidence for Cruel & Tort based on 4, 5th, & 14th Amendment The U.S. Constitution, Federal Law, & similar with Title 42 U.S.C. § 2000dd.

7.   This District Court have jurisdiction & power with Court Order demand the rights for Adequate Serious Medical Care Needs & Surgery Treatment Needed for Severe Suffering Pain Injury & Dripping Internal Bleeding on Right Rib Cage & Abdominal. My Surgeries Treatment Demand Before Summoned or Before Hearing Court based on 5th & 14th Amendment the U.S. Constitution, serious bodily injury pain for current severe physical pain, Title 42 U.S.C. § 1395dd(e) – Examination & treatment, states: (e) Definitions in this section: (1) The term "emergency medical condition" means – (A) a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that the absence of immediate medical attention could reasonable be expected to result in – (i) placing the health of the individual in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) dysfunction of any bodily organ or part;

8.   Justice demand for death penalty against individual criminal corporate or corrupt individual government professional under Title 18 U.S.C. § 242, Title 42 U.S.C. § 1986 & other federal law.

9.   Plaintiff seeks Court order demand for fee waiver base on Americans with Disability Act of 1990 & Plaintiff demand for extended proof of service to a year base on 5th & 14th Amendment the U.S. Constitution & Americans with Disability Act of 1990 for my current physical suffering severe pain injury health conditions because hardly to serve massive Defendants with my current physical suffering severe pain injury life & on the same time that I'm single parents have to full taking care toddlers son.

10.  Venue is proper in this district pursuant to Title 28 U.S.C. § 1391 or Title 18 U.S.C. § 242 or Title 18 U.S.C § 1965 or Title 18 U.S.C. § 2255 or Title 5 U.S.C. § 702 or 21 U.S.C. §848.

## II.    PARTIES

11.    Plaintiff Stevanus Edward has been employed at Golden State Overnight.

12.    Defendant Donald Trump is the former President of the United States.

13.    Defendant William Barr is the former Top Administration DOJ for president Trump.

14.    Defendant Loretta Lynch is the Top Administration DOJ for president Obama.

15.    Defendant James Comey is the former director of the federal bureau of investigation (FBI).

16.    Defendant Michael S. Rogers is the former Director of National Security Agency (NSA).

17.    Defendant Kamala Harris is the former California Attorney General.

18.    Defendant Jesus Bernal is the Federal Judge for United States District Court Central District of California.

19.    Defendant Sunshine Sykes is the Superior Court Judge in Riverside, California.

20.    Defendant Catherine Coutts is the Workers Compensation Appeals Board Judge in Pomona, California.

21.    Defendant Workers Compensation Board in California.

22.    Defendant Doctor David Wood is the Medical Legal Orthopedic Specialist for Injured Workers, He has provided countless AME<IME<QME Evaluations and resides in Colton, CA.

23.    Defendant United States FIRE insurance ("USFI") is a Corporation business in New Jersey and USFI Providing Service for the Southern California area.

24. Defendant LWP Claim Sacramento is a corporate claim adjuster business insurance company providing Workers' Compensation insurance for the Southern California.

25. Defendant Telleria, Telleria & Levy is a law firm with office in San Gabriel, California. Telleria & Levy is a Workers' Compensation Attorney for injury Worker in Southern California.

26. Defendant Richard Lynn is a managing Attorney for Defendants LWP Claims Sacramento & he work with DIETZ, GILMOR & CHAZEN LAW FIRM in Ontario, CA.

27. Defendant Arrowhead Hospital in Colton, California.

28. Defendant HOAG Hospital in Newport, California.

29. Defendant Baptist Hospital in San Antonio, Texas.

30. Defendant Providence Hospital in Seattle, Washington.

31. Defendant Huntington Hospital in Pasadena, California.

32. Defendant Grove Diagnostic Imaging in Rancho Cucamonga, California.

33. Defendant Diagnostic Medical Group of Southern California (DMG) Imaging in San Gabriel, California.

34. Defendant Diagnostic Medical Group of Southern California (DMG) Imaging in Monterey Park, California.

35. Defendant Spectrum Facility Imaging in Chino, California.

36. Defendant Desert Medical Imaging (DMI) in Palm Spring, California.

37. Defendant Envision Facility Imaging in Irving, Texas.

38. Defendant Northwest Imaging Center (Northwest imaging) in Omaha, Nebraska

39. Defendants Orange County Diagnostic in Laguna, California

40. Defendant Shanda Lake Shore Hospital in Lake City, Florida

41. Defendant Baptist Hospital in Jacksonville, Florida.

42. Defendants Florida Attorney General Ashley Moody Office in Tallahassee, Florida.

43. Defendants Corona Regional Medical Center in Corona, California.

44. Defendants Huntington Beach Imaging in Huntington Beach, California.

45. Defendants Redlands Hospital in Redlands, California.

46. Defendants SoCal Emergency Medicine Urgent Care Centers in Colton, California.

## OPENING STATEMENT

47. Defendant former Attorney General Kamala Harris Office of Mission Statement:

It is Our Duty to Serve Our State & Work Honorably Everyday fulfill California's Promise.

The Attorney General & Department of Justice employee provide leadership, information

& Education in Partnership with State & Local Government & The People of California to:

(A1) ENFORCE AND APPLY ALL OF OUR LAWS FAIRLY AND IMPARTIALLY
(A2) ENSURE JUSTICE, SAFETY AND LIBERTY FOR "EVERYONE"
(A3) ENCOURAGE ECONOMIC, PROPERTY, EQUAL OPPORTUNITY & TOLERANCE
(A4) SAFEGUARD CALIFORNIA'S HUMAN, NATURAL & FINANCIAL RESOURCES.

48. Deprivation of Rights under Color of Law

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

  For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

  The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

49. Justice must be done for willful intentional misconduct, willful misconduct & willful

neglect of duty because No One is Above the Law & No President is Above the Law.

### III.    NATURE OF THE CASE

50.    Plaintiff bring this Federal violations/Tort, Racketeering Malpractice Aid & Extortion under Racketeering/RICO, & Federal Human Rights Offenses/Violations for keep continue pursuing Justice & serious medical care needs & surgeries treatment for serious bodily injury pain on right thoracic rib cage & abdominal.

51.    Plaintiff demand with Court Order for the rights adequate severe suffering pain injury treatment with surgeries treatment Before hearing court or Before Summoned to process this Civil Criminal Racketeering/RICO Lawsuit case & Plaintiff demand with Court Order for pursuing immediate Surgeries Treatment base on

[1]. My Constitutional Rights under 5th, & 14th Amendment the U.S. Constitution;
[2]. Duties & responsibilities under 28 U.S.C. § 453 – Oath of Justice & Judge;
[3]. **Title II of the Americans with Disabilities Act of 1990 for serious bodily injury pain;**

[4]. Fundamental investigatory guideline principle under U.S. Constitution & Federal Law;
[5]. Sixth Urine laboratory testing found blood from 01/03/2014, to 09/29/2020;
[6]. Title 42 U.S.C. Section 1395dd(a)(e).

[7]. On October 28, 2014, MRI Chest evidence from AIM Imaging with three picture show my current severe physical suffering pain injuries location on right thoracic rib cage. Also, many X-ray did not stated any bone fracture or many other fraud MRI Chest did not stated any bone fracture or ninth fraud CT scan medical imaging did not stated any fracture bone or fraud whole scan imaging did not stated any fracture bone.

[8]. On January 15, 2014, Medical report from Doctors Alon Englanoof, MD, stated the urinalysis performed on January 03, 2014, shows Trace Occult Blood. I have given the patient a copy of his urinalysis. I have explained to the patient that he needs to follow up with his private medical doctors at County Clinic on a non-industrial basis for a complete workup of his microscopic hematuria. The patient has been advised of the risk of significant morbidity & even mortality if left unevaluated.

[9]. Medical report from Doctors Guy Gottschalks, MD.

**52.    My current suffering severe pain injury causing serious internal organs heads damages for memory or forgetful, confusion, error, emotional pain**

11

distress & other serious severe pain with prostate for urinated if there is a lot dripping internal bleeding. Also, in years 2012 that my other confusion not from series fraud scan medical imaging but in early years 2012 show unreasonable threats & negligence from Golden State Overnight manager Daniel Arias stated I could go to jail cause of not report works injury on the same days. Also, I have serious struggle not only from my current severe physical suffering pain injuries on Right thoracic rib cage & abdominal but I have serious struggle with severe weakness came from my dripping internal bleeding & my prostate will more hurt for urinated if there is a lot dripping internal bleeding the most came from right thoracic rib cage.

53.    Discriminate my case with language or error or weaponized new legislation proven Unconstitutional under Fifth & Fourteenth Amendment the United States Constitution & Federal Human Rights law.

54.    Corrupt battle for running out clock on lawsuits for excuse proven Unconstitutional & serious human rights offenses/violations because evidence proven that this is a serious federal criminal case & criminal investigation should be done from September 2014 to 2018. Also, justice should be done for prosecution from September 2014 to April 27, 2018 or 09/04/2020 to April 2022 but in fact, individual Color of Law or Law Enforcement or officials proven for willful violating due process of law, violating nor deny equal protections under the law, & failure to keep from harm.

55.   United States District Court Central District of California website for People without Lawyers states A civil case is any case other than a criminal case. A civil case is the only type of case you can start without an attorney. IT IS DIFFERENT FROM A CRIMINAL CASE, WHICH CAN ONLY BE STARTED BY GOVERNMENT OFFICIALS.

This one evidence from many others evidence for willfully violating my Constitutional Rights from years 2014 to 2022 & this one evidence through direct email from United States Department of Justice or D O J Website:

[A]. Name Stevanus Gerungan.(Case#SACV18-00737DOC(GJS).

I'm Updating & Follow up since 09/2014 to 05/09/2022, Plaintiff still waiting my investigation demand & Justice demands from A G Merrick Garland & Present U.S. DOJ to Enforce the Law for Serious Criminal Case, Section to Enforce Human Rights Laws & Equal Protections under the Law.

This two from many other evidence show willful misconduct but only current or & present truly independent investigator can finding for the reason because prolonged grossly criminal negligence & failure to stop it this illegal act proven Unconstitutional & willfully violating federal law because abuse power from organized criminal mafia squad should stop & this one from many evidence to slowdown my ongoing Civil Criminal Racketeering/RICO lawsuit so any excuse for deadline on May 24, 2022 proven Unconstitutional.

Evidence:

[#1]. On 3/18/2021 show MY INVESTIGATION DEMANDS & MY HELP REQUEST FROM DOJ TO STOP MASTERMIND RACKETEERING DEFENDANTS FOR NOT CONTINUING FRAUD SCAN IMAGING AT HUNTINGTON BEACH DIAGNOSTIC IMAGING ON MONDAY, MARCH 22, 2021. Dr. Naser Rahbar is the radiologist for fraud CT scan medical imaging at Huntington Beach, CA.

Dr. Naser Rahbar is the Medical Director & Head Radiologist of HBDIC since 2003. What is a CT Scan?

Since a CT scan can be used to view almost every part of the body, it is used to diagnose injury or disease & to plan medical, surgical & radiation treatments.

[#2]. On 4/30/2022, stated On May 2, 2022, I will visit SoCal Emergency Medicine Urgent Care address 1181 N. Mt. Vernon Ave, Colton, CA 92324. My demand to stop it fraud CT scan medical imaging & other.

On 5/2/2022, Fraud CT scan imaging at Colton Urgent Care.

56.    Evidence proven that numerous occasion unlawful delays from color of law

for willfully violating my Constitutional rights & willful deprive serious bodily injury

pain life, & liberties from years 2014 to 2022 because public evidence show battle

war strategy act experience to destroys lawsuit but Unconstitutional & serious

federal crimes violation for using similar battle war strategy with running out clock

for failure to keep from harm & tort or failure to enforce the law/failure to enforce

federal human rights law & abuse of authority for willful ignore series fraud scan

medical imaging & series deprivation serious medical care needs or EMTALA

§1395dd violations, unlawful lengthy delays speedy public a trial, cruel & willful

deprive serious bodily injury pain life & civil liberties without due process of law.

Public Evidence:

Running out clock on lawsuits from Defendants Former President Trump and
Trump White House: "Trump notches court wins by running out clock on lawsuits"
Former President Trump left office as numerous lawsuits against him and his
administration still hung in the balance, a result that legal experts say was part of
a calculated strategy to run out the clock and avoid accountability while in the
White House. His administration also upended the legal process, experts say, by
treating emergency requests to the Supreme Court as a standard litigation move,
often with success. "The administration foot-dragged and played the courts in
very different ways in these cases," said Steven Schwinn, a law professor at the
University of Illinois at Chicago. On Monday, five days after Trump's departure,
the Supreme Court dismissed a pair of emoluments cases against him, ruling that
the lawsuits were moot now that Trump is a private citizen.
The group's president, Noah Bookbinder, said the dismissal of the case reflected
Trump's "CONCERTED STRATEGY OF USING DELAY AND OBSTRUCTIVE
TACTICS. "While going to court and taking advantage of available procedures
can be appropriate," he said, "the Trump administration's moves seemed
calculated to run out the clock so his abuses would not be addressed while he
was president. It was a cynical and damaging strategy." A separate case, which
ping-ponged between the lower and upper courts, concerned a New York grand
jury subpoena for Trump's tax returns.

57.    **Statement of Facts Pertaining to Plaintiff from years 2012 to 2022:**

**(A). Chronology in years 2012.**

[#1]. On March 13, 2012, X-RAY referred by Juan Lizarraga, MD, & X-RAY results stated Multiple views show the visualized costal osseous structures to be intact, without evidence of recent or old fracture.

[#2]. On March 17, 2012, Blue Cross card insurance stated Member ID; JQD584A77247 & effective date on 3/17/2012.

[#3]. March 27, 2012, Ultrasound scan imaging & the result: (a). NO Kidney Stone or Hydronephrosis; (b). NO pancreatic lesion seen; (c). The liver is normal in size, shape echogenic texture; (d). No focal hepatic mass or dilated intrahepatic bile ducts are present;(e). the GALLBLADDER is normal

[#4]. On or about early years 2012, Unreasonable threats & negligence from Golden State Overnight Employer Daniel Arias for Abuse of Authority stated Plaintiff can go to jail cause of not report works injury on the same day. This unreasonable threats for serious discrimination cause of Nationality with very English limit at the time & this threats for one from multiple causing Confusion because Plaintiff not knowing what he's talking about.

[#5]. On 5/24/2012, Second works injury with cars collision at 15 South Fwy. Few from multiple Confusion not only came from my current physical severe suffering pain injuries life, not only came from series fraud scan medical imaging & unreasonable threats from Golden State Overnight manager Daniel Arias stated I could go to jail cause of not report works injury on the same days but also, Cars Collision on May 24, 2012, from third party for denied his fault with force left turn for cars collision at the time but male California Highway Patrol stated Mr. Baker fault because Mr. Baker driving Big Truck F-350 with trailer and Mr. Baker should look for clear safety before left turn, officers said.

[#6]. On June 15, 2012, Letter from GSO Manager Daniel Arias, stated: Re: Current Information: A review of your personnel file show that we may not have a current valid phone/contact number for use when we can't reach you via your Radio. We need a valid # for our records in the in the computer as well. Please write a valid phone number in the box indicated below and check which number you are providing and return it to the personnel department (Daniel or Michelle) as soon as possible. (if your number is still correct & current please write same).

[#7]. In or about June 2015, Hengky Sualang arrive from Indonesia to California & he had easily access treatment Without Paid & immediately for Gallbladder Surgery treatment in years 2012 at Arrowhead Hospital.

[#8]. On July 7, 2012, MRI left knee referred by Doctors James Hess, M.D, and MRI Left Knee performed at Grove imaging by Zaid, Shobi. MD. This MRI left knee evidence stated, finding: <1> PROXIMAL PATELLAR TENDINOSIS; <2>. TINY BAKER'S CYST.

[#9]. On July 12, 2012, Letter referred to Golden State Overnight employer by Doctors Herman Sardjono, MD, for Workers Compensation.

[10]. On 07/23/2012, Medical report from Orthopedic Surgeon, QME, letters for Comprehensive Orthopedic consultation report from Orthopedic Doctor Brent M. Pratley, MD, began with opening stated To whom it May Concern!
Mr. Edward C. Stevanus is a 33-years old male who was seen in my office on 07/23/2012, for an orthopedic consideration, secondary to injuries he sustained when he was involved in a motor vehicle accident that occured on 05/24/2012. The following report is a summary of the patient's history, physical examination findings & Treatment Recommendation.

[11]. On July 27, 2012, Golden State Overnight referred Plaintiff to U.S. Health Works clinics & Doctors Seraphine Mohlie provided Rib Belt for pain & restriction but Golden State Overnight employer intent to willful ignore letters from U.S. Health Works referred by Golden State Overnight. GSO employer should gave light duty without dispute argument after series unreasonable act began from threats & nonsense works injury treatment began with drug/alcohol test after delays twice works injury treatment.

[12]. On August 1, 2012, Strong Drug Painkiller for Tramadol pills prescribe from U.S. Health Works clinics & this clinics referred from Golden State Overnight employer for Workers Compensation injury. Also, I did not understand why there is no Tramadol on medical report from QME/AME Doctors David Wood but only show Naproxen prescribed. Wikipedia stated Naproxen for Menstrual Cramps, fever & others.

On December 9, 2013, medical report from QME/AME Orthopedic Doctors David Wood: Page number 7th stated on 08/01/2012: Records from U.S. HealthWorks discussed the patient had chest wall strain, rule out costochondritis. Ultracet and Polar unit & NAPROXEN PRESCRIBED.

[#13]. On 8/6/2012, Notice of Authorization to the Provider Attention: US HealthWorks - Ontario South. We are receipt of your treatment request dated 08/03/2012 for: in-house ortho consult. After careful review of the submitted medical information, the requested treatment has been certified. Certification code: sedward6414-x-1. This certification expires 90 days from date of this letter.
This recommendation is for medical necessity & appropriateness. This letter does NOT CONFIRM or Guarantee Insurance Coverage or Payment. This letter print name & without signature from Lynn Bega Claims Examiners (916) 609-3614.

[#14]. On August 20. 2012, Medical report from QME Doctors David Wood show Orthopedic report from Carl Smith, M.D, at U.S. Health Works clinics, stated: Diagnosed Probable Intra-Abdominal Pathology; Recommended being seen by a general surgeon For That Because He May Have A HERNIA; CT Scan ordered; "Follow up with Primary Doctor." Also, Orthopedic Doctors Carl Smith stated the same thing by verbal when Doctors Smith examine for my abdominal pain in years 2012.

[#15]. On September 21, 2012, First fraud CT scan medical imaging & Risk radiation at Grove Imaging on 8283 Grove Ave, Rancho Cucamonga, California.

1. Exam: CT Abdomen with and without contrast;
2. History: right upper quadrant pain extending to the mid abdomen for 9th month;
3. Techniques: Contiguous axial images were obtained utilizing a multislice multidetector CT scanner. The images were obtained before and following the administration of 100 cc of nonionic IV contrast;
4. Post processed reformations were also submitted for review;
5. Comparison: None;
6. Finding: The liver demonstrate moderately decreased attenuation with mild hepatomegaly. There are no focal hepatic lesions. The Gallbladder, Pancreas & the adrenal glands are normal. The spleen is normal in appearance. The Kidney demonstrate No nephrolithiasis or hydronephrosis. There is a low attenuation lession in the interpolar region of the right kidney measuring 1cm with attenuation of 20 hounsfield units on the noncontrast images, likely cyst. There is No evidence of retroperitoneal or mesenteric lymphadenoparhy. The small and large loops are normal in caliber. There is No evidence of free fluid or free air. There is no focal bowel wall thickening. The visualized structures are normal;
7. Impression:
a. Moderate Fatty Infiltration of the Liver with Mild Hepatomegaly.
b. No Acute Inflammatory Process in the Upper Abdomen.
c. 1 cm Right Renal Lesion, likely cyst.
8. This CT scan had been performed using low protocol to limit radiation exposure

[#16]. On 10/3/2012, Email from doctor John Campise, dc, in Fresno, CA.

[17]. On 10/9/2012, Another visit to Doctor H Sardjono, M.D, in Arcadia, CA.

[18]. On October 29, 2012, Fraud CT scan medical imaging at Defendants Diagnostic Medical Group of Southern California on 208 N. Garfield Ave, Monterey Park, CA 91764

First interpreting provider or radiologist signed by Abe Javed Shaikh, MD, & there is no second radiologist for printed he/her name but Abe Javed Shaikh stated Please refer to separately dictated report of CT abdomen and Pelvis from the same day for findings in the upper abdomen.

CT scan medical imaging result: 1. Procedure: CT Chest/thorax w/o contrast; 2. History: right Chest pain & Abdominal pain; 3. Techniques: using philips brilliance 64-slice CT scanner, 5 mm axial scan were obtained through chest without Intravenous contrast administration; 4. Finding: A. Central airways are patent. There is no focal consolidation, or pneumothorax. No lung modules greater than 3 mm are identified on either side. No Lymphadenopathy is seen. Heart is normal in size without pericardial effusion; B. Please refer to separately dictated report of CT abdomen & pelvis from the same day for findings in the upper abdomen; C. Visualized osseous structures are intact without evidence of acute fracture. 5. Impression: a. Lungs Are Clear No Discrete Lung Nodules. b. Visualized Osseous Structures Are Intact. NO Acute Fracture Seen. Second Document statement:
#1. Procedure CT abdominal & pelvic w/o contrast;
#2. History: right chest pain & abdominal;
#3. Finding: (a) Please refer to separately dictated report for CT chest from the same day for findings in the lung bases. (b). There is diffuse Fatty Infiltration of the liver.  Patchy areas of focal fatty sparing are seen within the liver. The liver, gallbladder, spleen, pancreas, adrenal glands & kidney are otherwise normal in appearance.

[#19]. On 11/9/2012, First denied claims letter, stated Dear Mr. Edward:

[A]. Paragraphs #1, stated: LWP Claims Solutions, Inc, is handling your workers' compensation claim on behalf of Golden State Overnight.

[B]. Paragraphs #2: After careful of available information, we are denying for your claim of injury. Workers Compensation benefits are being denied because there is no substantial factual or medical evidence to support that your sustained any cumulative trauma injuries as a of result your employment at Golden State Overnight. You have a right to disagree with decisions affecting your claim. Enclosed for your review with this notice is an information fact sheet addressing questions about qualified medical evaluators & agreed medical evaluators (QME/AME).

[C]. Paragraphs #3: For claims reported on or April 19, 2004, regardless on the date of injury, if you submitted a claim form to your employer or claims administrator, Labor Code section 5402(c) provides that within one working day after you file the claim form, the employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for the alleged injury & shall continue to provide such medical treatment until the claims administrators accepts or denies liability for the claim. Until the date claim is accepted or rejected, or liability for medical under this Labor Code section shall be limited to a maximum of ten thousand dollars ($10.000).

[D]. Paragraphs #4: Unless you have done so already, you should send all medical treatment bills for consideration of payment.

[E]. Paragraphs #5: The State of California requires that you be given the following information: You have a right to disagree with decision affecting your claim. If you have any questions regarding the information provided to you in this notice, Please call: Lynn Bega at (916) 609-3614.

[F]. Paragraphs #6: For recorded information and a list of offices, call (800)736-7401. You may also visit the DWC website: http://www.dlr.ca.gov/DWC/dwc_home_page.htm

[G]. Paragraphs #7: You also, have a right to consult with an attorney of your choice. Should you decide to be represented by an attorney, you may or may not receive a large award, but, unless you are determined to be ineligible for an award, the attorney's fee will be deducted from any award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits.

[H]. Paragraphs #8: To resolve a dispute, you may apply to the Workers Compensation Appeals Board.
[I]. Paragraphs #9: Enc: DWC Fact Sheet E (QME/AME), Rev. 04/2012.
[J]. Signed & printed name by Lynne Bega Executive Adjuster (916)609-3614 & cc: Dulio Chavez, II, Esq; Golden State Overnight.

[#20]. On November 12, 2012, Plaintiff & wife driving from Rancho Cucamonga, CA, to Fresno, CA, for visit Doctors John Campise, DC, in Fresno, CA.

[#21]. In or about on 11/12/2012, Attempted murders for seeks cars collision from individual by waiting plaintiff from above the bridge 99 South Freeway for willful drop big rocks/stone after return back from Doctors John Campise in Fresno, California.

[#22]. On or about 10/2012 to 5/2013, Chiropractic & acupuncture from doctor Yao with many thin needle from head to foot and high electric.

[#23]. On 12/4/2012, First denied letter from EDD State Disability (DO26908) stated This is your final payment because information in your disability insurance Claim indicates that you are no longer disabled. If you are still disabled; see supplemental Certification. You & your doctor must complete a supplemental certification for you to receive continuing benefits.

[#24]. On December 13, 2012, Fraud Whole Bone Body scan imaging at DMG on 1129 S. San Gabriel Blvd, San Gabriel, CA 91776, & radiology signed by David Chen MD. The whole bone body scan: Procedure: NM Bone scan whole body.
After intravenous injection of 25.2 MDP, multiple delayed images were performed over the whole skeleton. Mild increased activity is noted in both shoulders.
Impression: 1. No Acute bony remodeling in either rib; 2. No metastatic bone disease; 3. Arthritis, or old trauma in both shoulders.

[#25]. On 12/20/2012, Letter from Dietz, Gilmore & Chazen law firm for Notice of Taking Deposition for Production of Documents stated Letters demand is made for the production of documents as follows:
1. ANY & All Licenses, identification cards or other Licenses issued by the Department of Motor Vehicle;
2. Any & All Social Security used for the purpose of employment;
3. Any & All Immigration & Naturalization Documents;
5. If Deponent is not a U.S. Citizen, document evidencing alien registration number.

(B). Chronology in years 2013.

[#1]. On 01/10/2013, Letter # DO12867 from EDD State Disability, stated This is your final payment because information in your Disability insurance claim indicates that you are no longer disabled. If you are still disabled: See supplemental certification. <(DE 2525XXrev.(7/96))>.

[#2]. On or about on December 2012, Female Asian State Disability workers in Los Angeles stated Doctor Tam Licenses already expire then I went back again to Doctor Tam office but Doctor Philemon Tam, stated his Doctor license still active.
[#3]. On 01/10/2013, at YVR Airport in Vancouver, Canada & Female Canada Border Custom asked, did you ever murders someone? how you get Citizenship?
[#4]. On 02/20/2013, First Deposition meeting with insurance LWP attorney Dietz, Gilmore & Chazen law firm represented by Attorney Dung at Vertex Court in LA.

[#5]. On February 26, 2013, 2nd denied claims letter from Defendants LWP Claim Sacramento: [A]. Paragraphs #1: We are in receipt of Doctors Tam's request for authorization for continued chiropractor treatment, acupuncture and a psychology study received 2/18/2012. [B]. Paragraphs #2: Please be advised that we will NOT be authorizing this request as your claims have been denied in entirely. [C]. Paragraphs #3: This dispute under subdivision shall be resolved either by agreement of the parties or through the dispute resolution process of the Workers Compensation Appeals Board. [D]. Paragraphs $5: You have a right to disagree with decision affecting your claim. If you have questions about the information in this notice, please call me at (916)609-3614. [E]. Signed & printed name by Lynn Bega Executive Claims Examiner & Distribution: II Dulio Chavez (via fax); Esq, Braedon Dung (via fax); DC Philemon Tam (via fax).

[#6]. On March 6, 2013, Letter #DO12216 from EDD State Disability, stated This is your final payment because information in your Disability insurance claim indicates that you are no longer disabled. You and your Doctor must complete a supplemental certification. You and your Doctor must complete a supplemental certification for you to receive continuing benefits. <(DE2525XX Rev. 1 (7/96)>

**[#7]. On 3/25/2013, Willful denied the rights adequate for serious medical care needs near front door on waiting rooms at Arrowhead hospital.**

[#8]. On April 9, 2013, Letter # DO22319 from EDD State Disability, stated stated: This is your final payment because information in your disability insurance claim indicates that you are no longer disabled. If you are still disabled: see supplemental certification. You & your doctor must complete a supplemental certification for you to receive continuing benefits. <(DE 2525XX REV. 1 (7/96)>.

[#9]. On April 27, 2013 Letter # DO11046 from EDD State Disability, stated This is your final payment because information in your disability insurance claim indicates that you are No longer Disabled. If you are still disabled: See supplemental certification. You & your Doctor must complete a supplemental certification for you to receive continuing benefits. <(DE 2525XX REV.1 (7/96)>

[#10]. On May 8, 2013, Drug prescriptions letters show LWP name with Capital letters on the left top & Progressive Medical on the right top. Also, smallest trick words show under LWP for c/o Progressive Medical Inc, 250 Progressive Way, Westerville, OH 43082.
Drug prescriptions Letter, stated: RE: Workers' Compensation Pharmacy Program - Retail Drug Card. [A]. Paragraphs #1: Progressive Medical, INC, has been chosen to manage your Workers Compensation Prescription Plan on behalf of your insurer or employer. "We Can Provide You With Our Retail drug or Home Delivery Program." [B]. Paragraphs #2: Below is your retail drug card that allow you to fill your approved Workers Compensation Prescription at your local pharmacy at "NO EXTRA COST TO YOU." [C]. Paragraphs #3: For ongoing medication, you may have your prescription shipped to your home at "NO EXTRA COST THROUGH SCRIPT-WISE, progressive medical's home delivery pharmacy program. By using this program, you may order your prescription refills or by calling our automated system. "You Would NO Longer to Wait in line to pick up your prescription. [D]. Paragraphs #6, stated: A basic list of covered medication is available at wwww.progressive-medical.com under Tools & Resources, as well as full information detailing your rights and Responsibilities as a claimant & Progressive Medical's complaints & appeals process.

**[#11}. May 10, 2013, First Acceptance claims from Defendants LWP, stated:**
[A]. Paragraphs #1: This letter shall Confirm that we are now accepting your claim for date of injury 05/24/2012. I am currently the adjuster assigned to handle your case. We promote open communication and encourage you to call or email us with any questions or concerns you may have regarding your claim, benefit payments, return to work assistance or medical treatment needs. [B]. Paragraphs #4: If you have received any medical bills, or receive any in the future, please send them directly to me so that we can expedite payment. [C]. Paragraphs #5: Your employer is part of an Health Care Organization through Medex. If you desire a change in treating physician, please contact me so we can assist with the process and ensure NO DELAYS with CARE OCCUR. [D]. Paragraphs #6: Your employer is also part of Pharmacy Benefit Management Network (PBM) through Progressive. As such, all prescriptions and ancillary services need to be provided through them. [E]. Paragraphs #7: We would like to send future benefit notice and communication letters to you via email. If you are open to receiving future information via email (as opposed mail), please send me an email with your full legal name and claim number in the subject line. This will allow us to capture your email address for future communications. My email address is l_bega@lwpclaims.com.

[F]. Paragraphs #8: We Wish You Speedy recovery & Are here to Help You with Process
[G]. Printed name & signed by Lynn Bega Executive Adjuster (916)609-3614 & cc: GSO
Employer; attorney Dulio Chavez, II, Esq; Attorney Braedon Dung, Esq; Philemon Tam.

[#12]. On 7/10/2013, Letter from 2nd Works Injury attorney Ainbender & Pratt at
5150 E. Pacific coast highway, Long Beach & letter stated, Re: Your Workers
Compensation case. In order to manage my practice so as to give you the best
possible service, I ask that you please observe the following guidelines:
<1>. Please notify me of any change of address or telephone number.
<2>. I will keep you promptly informed of important development in your case. In order to
properly represent you, I must a great deal of time out of my office in court or elsewhere.
I cannot always respond immediately by telephone. My assistant can answer most of
your question & will bring important matters to my attention.
<3>. If Your Disability Check is More Than Five Days Late, You Should Let Me Know,
Please save the stubs and envelopes of all late checks.
<4>. Please be sure to keep all your medical appointments, unless I tell you not to go.
<5>. Be sure to keep copies of all notices, checks stubs, letters relating to your case
<6>. Please keep a record of mileage traveled to doctors' exams, treatment visits, and
vocational rehabilitation/retraining activities. You are entitled to be reimbursed for
mileage for these trips at $. 585 per mile. Also keep track of any medical expenses you
pay for, or doctor bills for the injury. Save the bills & receipts & send them to me.
<9>. Do not give any statements to your employer, their insurance company, their
adjuster, or investigators. The only time that you should call or write to them is if there is
a delay in your benefits. Do not sign any papers without checking with me first. Do not
discuss your case with anyone other than me, my office personnel, or your doctors.
<10>. Your employer or the insurance company will usually contest some aspect of your
case. They do not pay money willingly.
<12>. You understand that I Represented you only in your Workers' Compensation case.
You may other legal rights, including the right to sue another person or company, other
than your employer, who was responsible for your injury. You may also have additional
rights against your employer for things like wrongful termination, violation of
discrimination or violations ofthe Americans with Disabilities Act, sexual harassment &
others. If you think you have other legal rights, feel free to discuss the situation with me. I
will try to help you find another attorney for represent you in such matters.
<13>. If you are not receiving temporary Disability Payments from your workers
compensation insurance carrier and you are unable to work, you should apply for State
Disability Insurance. This requires certification from your treating physician that you are
unable to work. You should ask the doctor's office to coordinate with you your application
for State Disability benefits. If you have been off work for more than five (5) months, you
should also apply for Social Security Disability. These Payments can supplement your
Worker Compensation benefits without affecting your case, and will help ease the
financial burden that the effects of the injury may cause.

[#13]. On 07/19/2013 Letter #D13320 from EDD State Disability, stated This is
your Final Payment because information in your Disability insurance claim
indicates that you are No longer disabled. If you are still disabled: See
supplemental certification. You & your Doctor must complete a supplemental
certification for you to receive continuing benefits. <(DE 2525XX REV. 1 (7/96)>.

[#14]. On July 25, 2013, Third Denied Letter from LWP Claim Sacramento after first acceptance claims letters on May 10, 2013: Re: Stevanus Edward; DOI; 01/01/2012. [A]. Paragraphs #1, stated: We are in receipt of Dr. Kaiser's request for authorization for 6 cognitive behavioral therapy sessions, biofeddback sessions & for 2 medication management sessions received 7/18/2013.

[B]. Paragraphs #2: Please be advised that We will NOT be Authorizing this request as YOUR CLAIM WAS DENIED ENTIRELY ON 10/15/12.

[C]. Paragraphs #3: This dispute under this subdivision shall be resolve either by agreement of the parties or through the dispute resolution process of the Workers Compensation Appeals Board.

[D]. Paragraphs #4: You have a right to disagree with decisions affecting your claim. If you have questions about the information in this notice, please call me at (916)609-3614. However, if an attorney represents you, please contact your attorney instead of me.

[E]. For information about the Workers compensation claims process & your rights & obligations, go to www.dwc.ca.gov or contact an information & assistance (I&A) officer of the state Division of Worker Compensation. For recorded information & a list of offices, call 1-800-736-7401.

[F]. Signed & printed by Lynn Bega Executive Claims Examiner & Distribution: II Dulio Chavez (via fax), Esq. Braedon Dung (via fax), Stevanus Edward (via mail).

[#15]. On August 22, 2013, Laboratory report from Metropolitan Family Medical Clinic at 1574 W. Baseline St, San Bernardino, CA 92411, & this laboratory report by Lopez, Raymond P.A, & this Laboratory document report, stated:

<a>. Should patient be fasting? Yes.

<b>. Panel Tests stated Lipid Panel (light green); Panel 14 (light green (Comp Metabolic Panel); Hematology stated CBC + Diff (lavender) includes plts.

<c>. Chemistry stated ISHR (light green) FT4, TSH abnormal.

<d>. Urine Testing: Urinalysis (UA).

<e>. Diagnosis Required stated Hyperlipidemia.

<f>. Diagnosis Required stated Urinary Tract Infection.

<g>. Other Diagnosis/Reason for Tests Health Maintenance by his in writing.

<h>. This form laboratory show Arrowhead Regional Medical Center 400 B. Pepper Ave, Colton, CA 92324. Phone (909)580-0015. OUTPATIENT LABORATORY REQUEST FORM with the Code Number LABOPCTO.

[#16]. On 08/27/2013, Plaintiff return back to Arrowhead Regional Medical Center at 400 N Pepper Avenue, Colton, CA 92324, Department of Medical Imaging for X-ray & Ordering from Doctors Raymond Lopez, PA. X-ray result stated: Right Rib Series, Four Views. Indication: Rib pain. Findings: Examination of the right ribs fails to reveal any fractures, dislocations or other bone or joint abnormalities. Impression: Negative Right Ribs. Dictated & signed by: Frederick L Orr, MD.

[#17]. On September 11, 2013, Doctor Guy Gottschalk, MD, stated HE NEEDED DISABILITY SOON BECAUSE HIS STATE DISABILITY WAS RUNNING OUT.

[#18]. On September 24, 2013, Letters # DO23762 from EDD State Disability stated This is your Final Payment because information in your Disability insurance claim indicates that you are No Longer Disabled. If you are Still Disabled: See Supplemental Certification. You and your Doctor must complete a supplemental certification for you to receive continuing benefits. <(DE 2525XX REV. 1 (7/96)>.

[#19]. On October 25, 2013, Plaintiff wife miscarriage base on her fear for financial cause of many denied for delays State disability benefit.

[#20]. On October 31, 2013, Letters # DO14472 from EDD State Disability stated This is your final payment because information in your Disability insurance claim indicates that you are No Longer disabled. If you are still disabled: see supplemental certification. You & your doctor must complete a supplemental certification for you to receive continuing benefits. <(DE 2525XX REV. 1 (7/96).

Other evidence: I had EDD State Disability only from 12/2012 to 10/31/2013.

[#21]. On December 9, 2013, First Appointment with AME/QME State California Orthopedic Doctor David Wood, M.D, & Doctor Wood medical report, stated:
<1>. First page began with GENTLEPERSONS (instead dear & name).
<2>. CURRENT COMPLAINTS: THIS PATIENT SPEAKS POOR ENGLISH;
<3>. Page number 12: Examination was performed by Maria Ramirez stated Blood Pressure 145/90 mmHg
<4>. Page number 15: In-house X-ray were taken by Carolyn Caruana XT, stated X-Ray examination of the thoracic spine revealed the overall osseous density was within normal limits. There was NO fracture or dislocation. The disc space were well maintained. There was no sign of arthritis. X-ray examination of the AP pelvis revealed that the overall osseous density was within normal limits. There were NO abnormalities of the sacroiliac joints. The hips appeared to be normal. There was no sign of fracture or dislocation.
<5>. Page number 16, stated: (a). After reviewing the case, I believe that there is some discrepancy between my history & the record.
(b). I do not believe that it is bad faith on Mr. Edward's part, but he just could not recall all the details.
(c). His biggest problem at this point is the right rib pain.
(d). I really CANNOT explain this. He has had work Up with BONE SCAN & CT SCAN WITHOUT ANY CLEAR CUT EXPLANATION.
(e). I Defer to a Cardiothoracic Surgeon Who Might Be Able to Explain These Symptoms better at this time.
<4>. Page number 16th & 17th, stated: HE REASONABLY REACHED A PERMANENT AND STATIONARY LEVEL following the May 24, 2012, industrial injury within sixth month of the injury on the basis of the left knee and left ankle conditions.

(C). Chronology in years 2014.

[#1]. On January 3, 2014, Urine Laboratory Test Result find Occult Blood with Trace at Quest Diagnostics on 4646 Brockton Ave, Ste 102, in Riverside, CA. This Urine Laboratory Test order from Doctor Alon Englanoff, at RMS Medical.

[#2]. On January 6, 2014, MRI Lumbar Spine Evidence find related tear & pain at Eagle Eye imaging center, stated: L-5-S1, 3.1 mm circumferential disc bulge which mildly impresses on the THECAL SAC. A high intensity zone is present within the posterior right Paracentral Annular Fiber of the Disc May which may represent an annular Fissure/Tear that may associated with pain.

[#3]. On January 15, 2014, Serious Treatment Recommendation from Doctor Alon Englanoff, M.D, stated, Discussion/recommendations:
<a>. At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied.
<b>. I have also NOT Received Any Medical Records including the Patient's prior CT scans of the Abdomen to Review.
<c>. I have Advised the Patient to Follow up with Dr. Gottschalk, his Primary Treating Physician for Continued Treatment & Evaluation of his Orthopedic Pain and possible Costochondritis. I have given the patient a copy of his urinalysis.
<d>. I have explained to the patient that He Needs to Follow up with his private medical doctor at County Clinics on a Non-Industrial basis for a complete workup of his microscopic hematuria.
<e>. The Patient has been Advised of the Risk of Significant MORBIDITY and even MORTALITY if left unevaluated.
<f>. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries.
<g>. Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

[#4]. On March 4, 2014, Medical report from works injury Doctors Guy Gottschalks, M.D, stated Permanent & Stationary & Qualified Injured Worker.

[#5]. On March 5, 2014, Medical report from works injury Doctors Guy Gottschalks, M.D, stated He diagnosis depressive disorder secondary to pain and disability, CONSIDER HERNIA, torn muscle or rib pathology, right sided, chronic strain/sprain thoracolumbar spine & associated musculoligamentous structures, moderate multilevel degenerative disc disease with 2 mm disc bulge L2-3, 3.1 mm disc bulges at L4-5 & L5-S1 & an annular Tear at L5-S1. Permanent & Stationary.

Also, those medical report can finding from QME/AME Doctors David, MD.

[#5]. On March 22, 2014, First MRI Chest prescription prescribe from primary Doctor Michael Mostyn, M.D, at Desert Urgent Care on 74-990 Country Club Dr #310, Palm Desert, CA 92260.

[#6]. On April 18, 2014, Paid Cash for Fraud MRI Chest at Spectrum MRI on 14365 Pipeline Ave, Chino, CA 91710 & radiologist signed & print name by Anita M. Bajaj, MD. MRI Chest prescribe from primary Doctors Michael Mostyn, MD.

MRI Chest scan medical imaging result: Findings: An oil Marker has been placed along the axial abdominal wall, lateral to the rib cage & the liver at the level of the Morison fossa. No massed are noted in the soft tissues. Both kidney appear unremarkable. No masses are noted. Both kidney appear unremarkable, except for a cyst measuring up to 1 cm noted in the lower pole of the kidney. The marrow signal of the visualized osseous structure appears unremarkable.

**[#7]. On May 4, 2014, Permanent report from Doctor G Gottschalk Discussed that His Care Dispute & the Carrier DID NOT PAY TEMPORARILY TOTALLY DISABLED, PERMANENT & STATIONARY & Qualified Injured Workers.**

[#8]. On May 6, 2014, Unlimited civil lawsuit file by/from Golden State Overnight Employer & insurance attorney Dietz, Gilmore & Chazen law firm for Subrogation complaint at Superior Court.

[#9]. On May 11, 2014, Willful denied the rights adequate for serious medical care needs at HOAG hospital in Newport Beach, CA. Medical report, stated:

(a). Doctor David Meyers, M.D, stated SPECIAL ADVICE for Stevanus Gerungan;
(b). Call your primary physician in Palm Desert for an appointment to be seen within the next 3 days; (c). When you call to make the appointment tell the Secretary that "you were referred from this facility HOAG Hospital in Newport, CA;
(d). When you go to see the Doctor, bring these instruction with you;
(e). Doctor David Meyer typing second paragraphs with Capital Letters stated Follow Up with YOUR PRIMARY MD to Obtain Follow with NEUROLOGIST;
(f). Return to this Facility if you are not improving as expected;
(g). Other capital letters for Referrals & Your Primary Physician in Palm Desert?

[#10].    On May 19, 2014, Triangle broken glasses sharp designed like knife point find from Jamba Juice drinks.
<A>. I order small/regular drinks Jamba Juice but Male Jesse stated he gave me large drinks & Jesse stated that he gave me more fruits.
<B>. This incident happened had the same timing cause of second MRI Chest and they will blame those triangle broken glasses if Plaintiff swallow that.

[#11]. On May 20, 2014, First time with willful denied for seeks police report incident number & open investigation.

[#12]. On May 20, 2014, Second MRI Chest Prescription prescribe from Primary Doctor Michael Mostyn, M.D, at Desert Urgent Care in Palm Desert, California.

[#13]. On June 27, 2014, Letter from Defendants insurance Attorney Richard Lynn for Arrangements have been made for you to be examined by: Doctors David Wood, MD, - PQME RE-EVALUATION, address 900 E. Washington Street, Suite 100, Colton, CA 92324; Telephone: 909-433-3200; Date on September 8, 2014; Time 1:30 p.m. This letter send to my address 77777 Country Club Drive, Apt, 109, Palm Desert, CA 92211. This letter stated: Dear. Mr. Edward: Your presence is required as this appointment has been set aside for you. Please telephone Dr. Wood's office upon receipt of this letter to confirm the appointment. If you are not able to attend this appointment, please contact the doctor's office no later than 72 hours before the schedule time to avoid incurring a no-show fee. Please bring with you to Dr. Wood's office any x-rays previously taken for him to review. Under separate cover you will receive a check for mileage to attend this medical examination. This letter signed & printed name by attorney Richard Lynn & the above signature show Dietz, Gilmore & Chazen Law Firm; cc: Lynne Bega, LWP Claims Solutions, VIA FAX/EMAIL; Ainbender & Pratt; David Wood, M.D.

[#14]. On July 14, 2014, Fraud MRI thoracic ribs at Defendants Desert Medical Imaging on 1133 N Palm Canyon Drive in Palm Springs, CA, & radiologist signed & printed name by Stuart May, MD. This MRI Chest prescribe by primary Doctors Michael Mostyn, MD, at Desert Urgent Care. MRI Chest scan imaging result: Chest Wall: A marker was placed over the area of concern laterally in the right lower chest. Beneath the marker normal subcutaneous tissue is present with normal signal. There is no evidence of a muscle injury. The underlying ribs exhibit normal morphology and signal intensity. There is NO OSSEOUS CONTUSION or CORTICAL FRACTURE. Chest Wall: "DEEP TO THE RIBS, the liver is normal. Impression: Normal MRI examination of the chest and right chest wall. Specifically, there is no evidence of an occult musculoskeletal injury or lesion.

[#15]. On August 18, 2014, Third MRI Thoracic Rib Cage Prescription prescribe from physician Craig Estes, PA-C, at Desert Urgent Care in Palm Desert, CA.

[#16]. On August 19, 2014, Response email from Congressman Raul Ruiz in Palm Desert, CA, Response email AT Heather.Garcia@mail.house.gov, at 4:32. On May 14, 2017 FISA Abuse intent to control My iPhone Device & intent to show Contact Representative Raul Ruiz to Thank him CO-SPONSOR HR 849. RUIZ.HOUSE.GOV (Paid for by center forward) and in this date, Plaintiff was live in Redlands and San Bernardino County.

[#17]. On September 9, 2014 Letter with PIU number 599351 from former California Attorney General Kamala Harris stated Dear Mr. Gerungan: Thank you for your correspondence to the office of the Attorney General Regarding Workers Compensation. We have reviewed your correspondence & determined that the following agency is in much better position to render assistance to you in this matter. If you wish to Pursue the matter further, We Suggest you contact: CA Department of Industrial Relations Division of Worker Compensation P.O. Box 420603, San Francisco, CA 94142, (510)286-7100. We hope that our effort to help you to Identify the correct government office to address your concern will be beneficial to you. In addition, because you may need your photographs in any future, we care returning them to you. Again, thank you for contacting the office the Attorney General. Sincerely, C. Hallinan (Public inquiry unit for Kamala D. Harris Attorney General).

Public Evidence:

<a>. On 9/10/2017, 13:00, by Conservative news at BIZPACReview twitter, stated Kamala Harris doesn't believe men deserve due process in rape case, terrifying statement dlvr.it/Pm5p1k.

<b>. On September 13, 2017, at 11:05 AM, by Kamala Harris@Senkamalaharris twitter, stated HEALTH CARE IS A CIVIL RIGHT. #MedicareForAll.

[#18]. On September 11, 2014, Response Letter from U.S. Homeland Security for 1/10/2013 case. This 5 paragraphs letter from U,S. Homeland Security Director Deborah Moore with "REDRESS CONTROL NUMBER 2201241, stated: DHS Received your application along with all the require identification documents & the signed privacy statement that were requested. At the top of this letter, you will find your redress control number. When traveling by Air to or within the U.S, DHS recommends that you provide this number when making your reservations. This letter constitutes an interim response. We take request for redress seriously, & we understand the inconvenience that additional inspections may cause DHS Strives to process travelers in the most efficient & professional manner possible without compromising our mission to safe guard the U.S., its people & its visitors.

[#19]. On September 12, 2014, Letters from Defendants Obama DOJ, stated We Reviewed the information you provided and it appears that this matter does not involve federal law and/or the Department of Justice or DOJ.

[#20]. On September 2014, Willful ignore my complaint by phone called & speak with Judy Adlam & she gave manager Brian phone number. Also on 10/2014.

[#21]. On September 24, 2014, Fraud MRI Thoracic Rib Cage at Envision imaging on 925 W. Royal Lane, st 100 Irving, TX 75039.

Facts & evidence for September 24, 2014, at Envision Imaging:

(a). Radiologist signed & printed by Warren Martin MD;
(b). This MRI prescribe by Doctor Estes at Desert Urgent Care in Palm Desert;
(c). Plaintiff gave multiple fraud scan medical imaging result from California & I gave this result to Karen front or Christine manager while in the front desk;
(d). I travel back again to this facility imaging & speaks with Christine Manager in or about on early 2015 before I move forward with Lawsuit;
(e). I did file a Police report on City of Irving Police Department on 5992 Riverside Blvd, Irving, Texas, by male officer Mark Michniacki.
(f). MRI Thoracic Rib Cage result: The patients placed a surface marker overlying the area of concern. This overlies the right anterolateral lower chest overlying the costochondral junction of the right lower ribs. While evaluation is slightly limited by patient respiratory motion no displaced rib fracture is demonstrated. No osseous edema. No periskeletal or intramuscular edema is demonstrated.
No subcutaneous soft tissue lesion is demonstrated in this area. The visualized portions of the liver demonstrates no abnormality. There are cysts within the right kidney measuring 1.4 cm on image 29 of series 7 and a miniscule cyst on image 27 of series 7. Impression: No acute abnormality to correlate with the patient's symptoms. The etiology of the patient's right chest wall pain is not determined.

[#22]. On September 27, 2014, Fraud MRI thoracic rib cage at Northwest imaging on 3606 N. 156th St #104, Omaha, Nebraska 68116 & radiologist signed & printed name by Bruce Baron, DO. This MRI Thoracic Rib Cage prescribe by Doctors Estes at Desert Urgent Care in Palm Desert, CA.
Facts & evidence:

(a). Willfully change it from thoracic rib cage to thoracic back spine;
(b). Defendants willful denied for RE-DO again with MRI thoracic rib cage;
(c). willful ignore my complaint that I already pointing finger for severe suffering pain injury location;
(d). willful ignore MRI thoracic rib cage prescriptions already using from Defendants Envision imaging in Irving, Texas.

[#23]. On 9/29/2014, Willful denied the rights adequate for serious medical care needs at Baptist hospital in San Antonio, Texas.

[#24]. On October 3, 2014, Second letter from Defendants insurance attorney Richard Lynn. This letters said: Stevanus Edward address 77777 Country Club Drive, Apt 109, Palm Desert, CA 92211. RE: Edward, Stevanus v. Golden State Overnight. EAMS NO: ADJ8608356; ADJ8608836. Claims No: SAC0000130319 (MASTER). D.O.I: 1/1/2012; 5/24/12; 10/17/12.

29

Dear Mr. Edward: Arrangement have been made for you to be examined by: Doctor: David Wood- PQME RE-EVALUATION; Address: 900 E. Washington St, #100, Colton, CA 92324; 909-433-3200; Date: November 5, 2014; Time 8:00 a.m. Your presence is required as this appointment has been set aside for you. Please telephone Dr. Wood's office upon receipt of this letter to confirm the appointment. If you are not able to attend this appointment, please contact the doctor's office no later than 72 hours before the schedule time to avoid incurring a no-show fee. Please bring with you to Dr. Wood's office any x-rays previously taken for him to review. Under separate cover you will receive a check for mileage to attend this medical examination. This letter signed & printed name by attorney Richard Lynn & above signature show Dietz, Gilmore & Chazen Law Firm; cc: Lynn Bega, LWP Claims Solutions, VIA FAX/EMAIL; Rebecca Sinion/Golden State Overnight, VIA-E-MAIL; Ainbender & Pratt; David Wood, M.D.

[#25]. On October 8, 2014, Letter from Insurance attorney Richard Lynn began with Workers Compensation Appeals Board 732 Corporate Center Drive, St 200, Pomona, CA. RE: Stevanus Edward vs Golden State Overnight. EAMS NO: ADJ8608350, ADJ8608836, ADJ8621671; WCAB Venue: POM; Claim No: SAC0000130319 (MASTER) D.O.I: 1/01/2012, 5/24/2012, 10/17/2012; Our File No: LWPB.004. This letter stated Dear Gentleperson(s): Enclosed please find a copy of the following documents regarding Stevanus Edward in the above referenced case: Order Compelling Panel Qualified Medical Examination. Thank you for your courtesy & corporation. Very truly yours, Dietz, Gilmore & Chazen & signed with printed name by Richard Lynn, ESQ.

[#26]. On October 10, 2014, at Morning: Unreasonable stop from Utah K9 Highway Patrol & male officer asked where I'm going, which Doctors for treatment & other unnecessary question.
On 10/10/2014, at Night: attempted murder from picks up truck with many steel folding chair & tight with plastics wrappers looking for Car Collision at 15 South Freeway in Utah (Pick Up Truck) by running faster more than speed limit from behind then suddenly slowed down with willful running in the middle of lane then I'm running little fast to past pick up truck but this pick truck repeatedly did the same thing then Plaintiff exit for safety and stop with stay for a few hours at gas station with many Truck parked in there;

[#27]. From 10/8/2014, to 10/13/2014, Letter from Defendants Workers Compensation Board in Oakland, CA, for Reference #10-14-0014, stated Dear Stevanus Edward: The CA Division of Workers Compensation (DWC) has received your correspondence of 10/8/2014. Upon review of the submitted Complaint, it has been determined that this issue is not within the authority of the DWC Utilization Review investigation. No Complaint will be logged at this time.

However, there may be alternative venue available for this issue:

1. Denial &/or payment issue of non-medical service such as interpreter & transportation may be resolved through the Workers' Compensation Appeals Board (WCAB).
2. Fee schedule or billing matters may be resolved with the claims administrator directly, through, a second bill review or the Independent Bill Review (IBR) process or, as allowed, by filling a lien with the WCAB.
3. Disputes as to whether your injury is works related may be resolved through WCAB.
4. Treating physician conduct issues may be addressed through the California Medical Board, Chiropractic Board, or other relevant licensing agency.
5. Medical Provider Network (MPN) physician & MPN participation issues may be directed to MPN Assistance at (510) 286-3700.
This unreasonable denied letter without signature or name but this letters only stated Sincerely,,,,, Utilization Review Investigation Team & DWC Medical Unit.

[#28]. On October 24, 2014, Second letter from U.S. DHS redress #22012441:
Dear Mr. Stevanus Gerungan:
Thank you for submitting your travel inquiry form & Identify Documentation to (DHS) Travel Redress Inquiry Program. We take request for redress seriously & we understand the inconveniences that additional inspections may cause. We consult & share Information with other agencies, when appropriate, to relieve you from the burden of seeking on an agency by agency basis & to address the issue that you Identified in your applications. DHS has researched & completed our review of your case. DHS trip can neither nor deny any Information about you which may be within federal watchlist or reveal any law enforcement sensitive Information. However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

[#29]. From September 22, 2014 to October 17, 2014, until October 28, 2014, Violations Letter from Workers Compensation Board & Administrative Law Judge in Pomona, CA. This violations letters had two stamp with different location began from 09/22/2014, received by Division of W C District Office San Francisco, and second stamp on 10/17/2014, received by WCAB in Pomona, CA.
This violation letter stated: Gentleperson (Instead dear & name):
I am in receipt of an Ex parte letter dated 9/17/2014, In violation of Rule 10324, from Stevanus Edward. A copy of this letter is enclosed here with pursuant 10324. No Document, including letters or other writings, shall be filled by Party or Lien Claimant with the Workers Compensation Appeals Board Unless Service of a copy thereof is made on all parties together with the filing of proof Service as provided for in rule 10514. No parties or lien claimant shall discuss with the Appeals Board or that judge without the presence of all necessary parties to the proceeding except as providing these Rule.

The policy & procedural manual of the Workers Compensation Appeals Board § 1.0, stated. When WC receives an ex parte letter or other document from any party or lien claimant in a case pending before the WCJ, he or she shall serve copies of the letter or document on all other parties to the case with a cover letter explaining that the letter of document was received ex parte in violation of WCAB rule 10324." By copy of this letter, I am serving a copy of this correspondence and all attachments to all parties in this matter and am specifically requesting that all persons connected with this matter comply with Rule 10324 and not send ex parte communications to the Board.

This letters signed by Workers Compensation Administration Law Judge. Served by mail on the following parties on October 28, 2014, by K. Belhomen, includes: Ainbender & Pratt law firm address 4510 E. Pacific Coast Hwy ste 120, Long Beach, CA 90804; Dietz, Gilmore law firm address 3333 Concours St, Bldg 7, Fl 2, Ontario, CA 91764; LWP Claims Sacramento insurance company address PO BOX 349016 Sacramento, CA 95834; Stevanus Edward injured Worker address 77777 Country Club Dr, Apt #109, Palm Desert, CA 92211.

[#30]. On 10/29/2014, Willful denied from Doctor Greg Hart for follow up treatment after 2nd visit at Abbotsford village medical clinic in Abbotsford, BC, & Doctor Hart stated don't come back again & go get severe pain injury treatment in the U.S.

**[#31]. On or about October 31, 2014, Unlawful searches from U.S. Border Custom at YVR Airport in Vancouver, Canada, for excessive force because evidence show officers Pappaz willful ignore redress travel control number from DHS Director Deborah Moore.**
**This unlawful searches happened not on screen machine detector & there is no danger chemical weapon destruction on my school bag pack but they tried to stop Plaintiff again by using airports speakerphone & Plaintiff open my back pack then I show to airline employer because there is nothing danger on my school bag pack.**

[#32]. On November 5, 2014, Second appointment with AME/QME Orthopedic Doctor David Wood, M.D, & medical report, stated:

Page number 1: began with Gentlepersons (Instead dear & name);

Page number 7: Examination was performed in the presence of Maria Ramirez stated Blood pressure: 136/100.

Page number 10: In-house X-rays were taken by Carolyn Caruana, XT, stated X-ray examination of the ribs revealed NO Acute Fracture or Dislocation seen. The overall alignment was satisfactory.

[#33]. On November 5, 2014, Second Appointment with QME/AME Doctors David Wood, MD, & medical report, stated on Page number 10:

Discussion from QME/AME Doctors David Wood, MD, stated

<a>. He has had SEVERAL MRI Scans that Come Back Normal
<b>. and One MRI scan done in Canada shows there is Chondral Damage to a FREE FLOATING T7 Rib on the right. That is the only one that, I am Not Sure WHY THEY SAID IT IS A FREE FLOATING T7.
<c>. IT APPEARS TO ME THAT ALL THE RIBS ARE ATTACHED. I DID NOT SEE ANYTHING.
<d>. Quite honestly, he has seen multiple doctors on his own and nobody has come up with suggestions.

<e>. I want to specifically request that he be seen by Doctors Kim and have a nerve block it.

<e>. I THINK THAT HE REMAINS PERMANENT & STATIONARY. I APORTION 100% OF THE PRESENT RIGHT RIB DISABILITY TO THE MAY 24, 2012 INDUSTRIAL MOTOR VEHICLE ACCIDENT.

[#34]. On November 13, 2014, Denied Letter from Minority Leaders Nancy Pelosi stated since you reside i the 36th Congressional District of California, I have taken the liberty of including the contact information for U.S. Representative Raul Ruiz.

[#35]. On December 2, 2014, Unexpected willful denied the rights adequate for serious physical suffering severe pain injury treatment with Primary Doctor Michael Mostyn, M.D, at Desert Urgent Care in Palm Desert, California.

Unexpected willful denied the rights adequate for serious medical care based on:

(1). Three MRI Chest/Thoracic rib cage prescriptions prescribe from Doctors Mostyn, MD, & Doctors Estes in years 2014;
(2). Doctors Mostyn stated he will help me to process surgeries treatment if MRI Chest can find injury location because Surgeon Doctors need to know injury locations from MRI Chest treatment;
(3). Timing after MRI Chest already found severe suffering pain injury location from October 28, 2014.

[#36]. **On December 18, 2014, Second Acceptance Claims Letter.**

**RE: Employer: Golden State Overnight; Date of Injury: 05/24/2012; Claim Number: SAC0000131788; Regarding: Acceptance Letter.**

**[A]. Paragraphs #1, stated this letter shall Confirm that we are now accepting your claim for your Ribs Along with your already accepted right knee for date of injury 5/24/2012 "Based on the opinion of the AME, Doctor Wood." I am currently the adjuster assigned to handle your case.**
**We Promote Open Communication & Encourage you to Call or Email us with any questions or concerns you may have regarding your Claim, Benefit Payments, return to works assistance or "MEDICAL TREATMENT NEEDS."**

**[B]. Paragraphs #4: If you have received any medical bills, or receive any in the future, please send them directly to me so that we can expedite payment**
**[C]. Paragraphs #5: Your employer is part of a Medical Provider Network (MPN) through Medex. If you desire a change in treating physician, please contact me so we can assist with the process and ENSURE NO DELAYS WITH CARE OCCUR.**
**[D]. Paragraphs #6: Your employer is also part of a Pharmacy Benefit Management Network (PBM). If you require use prescriptions, durable medical goods, translation, or transportation, please contact either the PBM direct at 800-777-3574 or myself.**
**[E]. Paragraphs #7: We would like to send FUTURE BENEFIT NOTICE and communication to you via email. If you're open receiving future information via email (as opposed to Regular MAIL), please send me an email with your full legal name & claim # in the subject line. This will allow us to capture your email for future communication. My email is l_bega@lwpclaims.com.**

**[F]. Paragraphs #8: WE WISH YOU SPEEDY RECOVERY AND WE'RE HERE TO HELP YOU WITH THE PROCESS.**
**[G]. This fraud benefits letters with No signature & printed name by Lynn Bega Executive adjuster (916)609-3614 & cc: Golden State Overnight; Richard Lynn, Esq; Ainbender & Pratt Long Beach.**

(D). Chronology in years 2015.

[#1]. On February 2, 2015, Plaintiff wife seeks prayer request from Pastor Benny Hinn when I was in Austin, Texas. She sent to cservice@imail.bennyhinn.org, at 8:19 PM. Her Email Letter, stated

I'd like to send a prayer request for My Husband Who has been dealing with Bad Workers Compensation Insurance. The people from Work Compensation Insurance have been Threatening, Spying, Tracking, Attempted Murder and Making a Fraud Result for My Husband since My Husband got injured at the job. THEY USE GOVERNMENT AUTHORITY TO STOP AND BLOCK MY HUSBAND. So I need you to pray for My Husband situation so he can bring these Bad People from the Worker Compensation Insurance to the Justice. Thank you Pastor Benny Hinn. God Bless You.

[#2]. On February 3, 2015, (prayer@imail.bennyhinn.org) Prayer Response from Pastor Benny Hinn Ministries and Fourth from Twelve Paragraphs, stated:

Dear Friend: This is your day for a Miracle!
Your request has been received by the ministry. It has already been prayer for by our staff and the Mighty Warrior Prayer Army more than 100.000 Saints Committed to Intercede on your behalf. Pastor Benny Himself will be praying along with the other Request on the set of this your day. We are asking God to answer your Prayer with a Resounding Yes and Amen! In Accordance with the Promise Found in His Word: For All The Promise of God in Him are Yes, and in Him Amen. To the Glory of God Through Us II Corinthians 1:20.

[#3]. On February 13, 2015, Response email from Top Senate Diane Feinstein:

Dear Stevanus,
Thank you for your e-mail about the difficulties you are having with a federal agency. Please know that as soon as your request is received, we will go to work on your problem. I am glad you came to me for help & I hope that my staff will be able to assist you.

[#4]. On February 24, 2015, E-mail response from Obama DOJ, stated:

if you believe that this matter may constitute Federal Criminal activity, you should contact the Federal Bureau of Investigation (FBI), The Investigative arm of the Department of Justice. The FBI will determine whether a federal Investigation may be warrant. if appropriate, the FBI will refer the matter to a U.S. Attorney for a final determination regarding legal action, Reference # PS30047413.

[#5]. On April 16, 2015, Legal document from Defendants insurance attorney Richard Lynn for State of California Workers Compensation Appeals Board stated other comments APRAsubed out today.

[#6]. In or about on April/May, 16, 2015, Plaintiff signed notice Dismissal of Attorney Ainbender & Pratt at Workers Compensation Court in Pomona, CA.

[#7]. On or about 4/16/2015 to 6/25/2015, Twice threats or extortion & negligence from Insurance LWP Attorney Richard Lynn for signed $10.000 settlement and free to go. First Extortion happened while ongoing Deposition meeting room at WCAB Court in Pomona, CA & Second Extortion happened when we are at waiting room near window clerk but Second Extortion hear by/from Wife said.

[#8]. On April 7, 2015, Willful denied letter from Office Civil Rights Region IX in San Francisco, CA, for open investigation related to civil rights or human rights.

[#9]. On April 29, 2015, Letters from insurance attorney Dietz, Gilmore & Chazen law firm represented by Richard Lynn began with Workers Compensation Appeals Board address 732 Corporate Center Drive, Pomona, CA. RE: Stevanus Edward vs Golden State Overnight EAMS NO: ADJ8608350, ADJ8608836, ADJ8621671. WCAB VENUE: POM. CLAIM NO: SAC0000130319 (MASTER), SAC0000130319 (MASTER); SAC0000130319 (MASTER). D.O.I: 1/01/2012, 5/24/2012, 10/17/2012. OUR FILE NO: LWPB.004

Dear Gentleperson(s):

Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: Minutes of Hearing Dated 4/16/15. Thank you for your assistance in this matter. Very Truly Dietz, Gilmore & Chazen Law Firm; signed & printed name by attorney Richard Lynn (Managing Attorney);

[#10]. On June 25, 2015, First WCAB Judge Rodney Johnston stated they should not do that & they can not blocking my medical report.

Other evidence proven by Doctor Alon Englanoof medical report stated I have also Not received any Medical Records including the Patient's prior CT scans of the Abdomen to Review.

[#11]. On June 25, 2015, Legal document from insurance attorney Richard Lynn stated Applicant is unable to prepare his exhibit & Set on Date 8/4/15 at 8:30 A M Before Judge Coutts.

[#12]. On June 25, 2015, Objection with first WCAB judge Rodney Johnston from Insurance LWP Attorney Richard Lynn then he chose second WCAB judge with female gender for judge Catherine Coutts.

Other evidence: Judge Coutts stated she had a good Friendship with Defendants QME/AME Doctors David Wood, M.D, for many years.

[#13]. On June 25, 2015, Pre- Trial Conference Statement from insurance attorney Richard Lynn for Stipulation, stated The Following Facts Are Admitted:

1. Edward Stevanus while employed on 5/24/2012;
5. The Employer has FURNISHED: Some. The Primary Treating Physician is Anthony Fenison, MD;
7. Other Stipulations Valid MPN, Valid, Notice Provided. Defendants to take 3rd party credit in the amount of $13.500,00 against claim.

[#14]. On June 25, 2015, Pre-Trial Conference Statement from Defendants insurance attorney Richard Lynn for Pre-Trial Conference statement with case number ADJ8608836, stated issues:

a. Permanent and Stationary Date: Employer/Carrier Claims 3/15/14, based on PQME David Wood, MD.
b. Need for Further Medical Treatment.
c. Liability for Self-Procured Medical Treatment.
d. Defendants object to applicant exhibits, as not admissible, not substantial evidence, not served by msc on defendants per judges request, & historically incorrect.

[#15]. On June 30, 2015, Letters from insurance Dietz, Gilmore & Chazen represented by attorney Richard Lynn began with Workers Compensation Appeals Board address 732 Corporate Center Drive, Pomona, CA 91768. RE: Stevanus Edward vs Golden State Overnight. EAMS NO: ADJ8608350, ADJ8608836, ADJ8621671. WCAB VENUE: POM. CLAIM NO: D.O.I: 1/01/2012, 5/24/2012, 10/17/2012. OUR FILE NO: LWPB.004.

Dear Gentleperson(s):

Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: Notice of Trial. Thank you for your assistance in this matter. Very Truly yours, Dietz, Gilmore & Chazen; Richard A. Lynn Managing Attorney.

[#16]. On July 16, 2015, Fourth email sent to NSA Government website:
1. nsaarc@nsaarc.net;
2. smallbusiness@nsa.gov;
3. nsapao@nsa.gov;
4. customercare@usa.gov.

[#17]. On July 30, 2015, 12:24 PM, Called FBI & speaks with male Agents. He asked my name, phone number, City & State. He Documented for my Complaint but he stated Don't go away then he hang up the phone without called back.

[#18]. On July 30, 2015, 12:36 PM, Plaintiff called back FBI & speaks with female agents. She asked where are you calling from? I answer California & she stated on moment then she transfer my phone called to different agents for few time suddenly they hung up my phone.

[#19]. On July 20, 2015, 12:45 PM, Plaintiff called FBI office & speaks with Cathy. She asked My name, Phone number, address & she documented My Complaints;

[#20]. On August 4, 2015, I called FBI Los Angeles & speaks with Amanda. She ask similar question & I stated this is criminal matter.

[#21]. On August 12, 2015 Fraud CT scan imaging at Providence hospital in Washington. Xr Chest Ap Portable. EXAM: Chest Radiography. 8/12/2015 07:01 PM. Clinical History: Right axillary rib pain. Techniques: 1 view. Findings: Lung/Pleura: No focal opacities evident. No pneumothorax or pleural effusion. Mediastinum: Within Exam limitations, cardiomediastinal contour is normal. Other: NO Acute Osseous Abnormality are identified. Impression: No Acute Disease in the Chest. RADIA Dictated by: Milan Juan MD & Signed by Milan Juan MD. CT Angiofram Chest W Contrast. EXAM Date: 8/12/2015 07:08 PM. Clinical history: Chest Pain. Technique: Routine helical imaging was performed through the chest in the pulmonary arterial phase. IV Contrast: 100 cc Omnipaque 350. Reconstructions: Coronal 3-D MIP reconstructions. Finding: Pulmonary Arteries: Diagnostic quality: Adequate through the segmental arteries. No evidence for acute or chronic pulmonary emboli. There is no intraventricular septal bowing. There is no reflux of contrast material in the IVC. Lungs/Pleura: No Pleural effusion or pneumothorax. Mediastinum: Normal. No Cardiac enlargement or adenopathy. Thoracic Aorta: Aortic arch is left-sided & normal in caliber. Upper Abdomen: Right renal cyst measuring 13 mm. Other: None. Impression-Unremarkable CTA Chest. No evidence of pulmonary embolus. RADIA Dictated by: Caldwell Douglas MD 2015-08-12: 16:16.877 Signed by Caldwell Douglas.

Fact & evidence for August 12, 2015:
1. Unreasonable for 2nd Ambulance deliver to Defendants Providence Hospital;
2. First ambulance with two paramedic stated I had high blood pressure 169/99;
3. Fraud CT Scan medical imaging;
4. Some medical report document on Paragraphs 5th of 9th from Defendants Providence Hospital in Everett, Washington, stated: Your blood pressure was found to be greater than 120/80 mmHg during today's visit. It is possible that elevation of your blood pressure is ONLY TEMPORARY. However, it may also mean you have "Pres-Hypertension or Hypertension (High Blood Pressure). "Please Follow up with your Primary Care Provider to check your blood pressure."
5. Bill Letter stated Pharmacy-Drug Requiring ID & Bill letter stated Uninsured?
6. Other evidence: on 12/2/2014, Unexpected willful denied the rights for severe physical suffering pain injury treatment with primary Doctors Mostyn, MD.

[#22]. From August 12, 2015, to September 8, 2015, Letter response from Defendants Providence hospital, stated Re: your Providence Regional Medical Center Everett (PRMCE) Emergency Department (ED) visit on 08/12/2015. Date Received: 08/26/2015 & Date Reviewed: 09/01/2015. Dear Mr. Gerungan: Thank you for bringing your concerns to our attention regarding your visit to PRMCE on

the above date referenced. Our goal at PRMCE is to Serve Each Patient with the Highest Level of Compassion and Care Possible. On behalf of the PRMCE community, WE APOLOGIZE IF WE FELL SHORT IN ANY WAY. Specifically, you contacted our Customer Support/Billing Department with Concerns you felt the Physician in the ED did not tell you the truth about your medical evaluation and you felt you had internal bleeding which did not show in the computerized tomography (CT) scan. We have Completed the investigation into the Circumstance surrounding your ED visit through our Medical Quality Improvement Review Process. A team of physicians & nurses Reviewed your medical record & your Concerns to make a determined your evaluation regarding your care. Based on through REVIEW, it was determined your evaluation and treatment were appropriate for your presenting systems. Your laboratory results were normal & did not show indication of internal bleeding. WE SINCERELY APOLOGIZE IF THIS WAS NOT CLEARLY COMMUNICATED TO YOU AT THE TIME OF YOUR VISIT. If you would like to request a copy of your medical records, please contact our Medical Records Department at (425)317-0770. At Providence, we encourage & value feedback from our patients, their families, & the community we serve. We thank you again for Sharing your Concerns with us. It is through this Sharing that WE HAVE OPPORTUNITY TO IMPROVE OUR PROCESS AND SERVICES. Signed & Printed by Ryan Keay, MD, Medical Director, Emergency Department; signed & print by Cher'ie Echelbarger, BSN, RN, Nurse Manager, ED.

[#23]. On August 27, 2015, Letter from Defendants Envision Radiology Corporate in 8610 Explorer Drive, Suite 300, Colorado Springs, CO 80920 (719)955-4332.

This letter stated: Re: Images taken at Envision Imaging at Las Colinas.

Dear Mr. Edward:
Health Imaging Partners, LLC dba Envision Imaging of Las Colinas strives to provide excellence in health care for every patient. I am very sorry that you feel our company is not revealing the true results of the MRI of your chest taken on 09/24/2014. I can assure you that was not the case & a thorough investigation was done with respect to your allegations. Since you have contacted us regarding this matter, your results were sent to two different radiologist who reviewed your images and they both agree with the original report that stated there was "No Acute Abnormality to Correlate with the Patient's Symptoms. The etiology of the patient's right chest wall pain is not determined". At no time was there anything changed and/or amended to your report. It has been concluded that the care you received at Envision Imaging of Las Colinas was appropriate and, at no time, did the staff and radiologist act in an IMPROPER or MALICIOUS CONDUCT TOWARDS YOU. Signed & Printed by Tiffany M. Haywood-Henry (Compliance Specialist).

[#24]. On 9/1/2015 at 02:03 PM, First visit Sheriff department at crosses street & female officer stated I should file fraud report at Seattle police. First visit to Seattle Police stated you need to call 9911 for file fraud complaint in Seattle, according to male Bernie said & dialed 9911 instead 911 for file fraud complaint in Seattle, Washington but that's fraud phone number because Plaintiff called 9911 after left from Seattle Police at the time. Also, I visit Seattle police for 2nd attempts but male officer with arms sling refused to provide a police report & investigation. He repeatedly telling with emotional & angry for go back to California.

[#25]. On September 10, 2015, Exhibit from Defendants insurance attorney Richard Lynn, includes:

(A). Applicant letter to claims date on June 24, 2015;
(B). Applicant letter to claims date on January 22, 2015;
(C). Applicant letter to EDD date on September 17, 2014;
(D). David Wood MD PQME Report date on 11/5/2014;
(E). David Wood MD PQME Report date on 12/92013;
(F). David Chen MD for Bone scan whole body date on December 13, 2012;
(G). Abe Javed Shaikh MD for CT ABD & Pelvic date on October 29, 2012;
(H). Abe Javed Shaikh MD for CT Chest/Thorax date on October 29, 2012;
(I). Mohammad Mahmud MD for CT Abdomen date on September 21, 2012;
(J).David Chang MD X-Ray Right Ribs date on June 6, 2012;
(K). Ved Prakash MD Ultrasound Abdomen date on March 27, 2012;
(L). LWP Denial DUI 1/1/2012 date on 10/15/2012;
(M). LWP Denial DUI CT 12/1/11-10/17/12 date on 11/9/2012;
(N). 3rd Party settlement/cause of all claims DUI 5/24/12 date on 10/12/2012;

[#26]. On September 10, 2015, Letter from attorney Dietz, Gilmore & Chazen represented by attorney Richard Lynn began with HAMLIN PSYCHE CENTER at 14351 Hamlin st, Can Nuys, CA 91411. RE: Stevanus Edward V. Golden State Overnight: EAMS NO: ADJ8608350, ADJ8608863, ADJ8621671. CLAIM NO: SAC0000130319. D.O.I: 1/01/2012, 5/24/2012, 10/17/2012.

Dear Gentleperson(s):

Our office represents LWP Claims Services in the Stevanus Edward matter. We object to your services, charges, and lien as not authorized, self-procured, not needed, reports factually & historically incorrect. Very Truly yours, Dietz, Gilmore & Chazen; signed & printed name by Richard Lynn Managing Attorney.

[#27]. On September 10, 2015, Letter from Defendants insurance attorney Richard Lynn began with Psychological Assessment Services at P.O. BOX 6299, Laguna Niguel, CA 92607. RE: Stevanus Edward V. Golden State Overnight.

EAMS NO; ADJ8608350, ADJ8608836, ADJ8621671. WCAB VENUE: POM. CLAIMS NO: SAC0000130319. D.O.I: 1/01/2012, 5/24/2012, 10/17/2012.

Dear Gentlepersons:

Our office represents LWP Claims Services in the Stevanus Edward matter. We object to your services, charges, and lien as not authorized, self-procured, not needed, charges unreasonable, reports factually & historically incorrect. Very Truly yours, Dietz, Gilmore & Chazen; signed & printed name by Richard Lynn Managing Attorney.

[#28]. On or about October 2015, I hired paralegal for legal help process for first civil lawsuit but in fact, hardly to understand for her language & I had to revised again in years 2016. FISA Abuse intent to show legal help message in years 2017-2020.

[#29]. On 10/19/2015, Email from Crystal Ponce (cponce@tellerialevy.com). Crystal Ponce cponce@tellerialevy.com Monday, October 19, 2015 at 11:01 AM. Good Morning Mr. Edward: My name is Crystal and I'm from Telleria, Telleria & Levy. I read your recent message regarding Workers Compensation Fraud. Please called me so I can be able to help you. Our number is 626-585-0017. Crystal Ponce, Intake Coordinator Telleria, Telleria & Levy, LLP.

[#30]. On October 21, 2015, Letters from Defendants attorney Telleria & Levy, stated: Began with Ainbender & Pratt law office address. RE: Stevanus Edward v. Golden State Overnight Delivery Service, Inc. WCAB: ADJ8608350,ADJ8608836, ADJ8621671. CLAIM NO: SAC0000130319, SAC0000131788, SAC0000130313. DATE OF INJURY: 01/01/2012, 05/24/2012, CT 12/01/2011-10/17/2012.

Dear Gentry,

The above applicant has elected our office for further representation on the above caption matter. Attached enclosed Please Find Copy of the Notice of Dismissal of Attorney and Substitution of Attorneys.

Please, cease further contact & additional work on this matter.

KINDLY, We Ask that You NOT HESITATE in Contacting Our Office if You Have ADDITIONAL REQUESTS OR CONCERNS.

We thank you in advance for your VALUABLE TIME & IMMEDIATE ATTENTION. VERY TRULY YOURS, Law Office Telleria, Telleria & Levy; and signed & printed name by Anthony F. Telleria.

[#31]. On 10/21/2015, Letter from attorney Telleria & Levy for Substitution of Attorney but Plaintiff already fire second works injury attorney Ainbender & Pratt from 04/16/2015 & Defendants knew plaintiff already proceed three case number without attorney for WCAB Hearing trial court on 09/10/2015.

[#32]. On October 23, 2015, Letters from Defendants insurance attorney Dietz, Gilmore & Chazen law firm represented by attorney Richard Lynn began with Workers Compensation Appeals Board 732 Corporate Drive, Pomona, CA. RE: Stevanus Edward vs Golden State Overnight

Dear Gentle[erson(s): Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: Notice of Trial.

[#33]. On November 12, 2015, Letter to wife Tiara Sualang from Commissioner Jon Weizenbaum on Texas Department of Aging & Disability Services, stated, Dear Mr/Ms. Tiara Sualang: Re: Transferring to Texas. The Texas Department of Aging & Disability Services Nurse Aide registry has received your request to transfer to Texas. Your form has not been proceed for the reason (listed) below: X-Need criminal history from the Texas Department of Public Safety for all names used, see note below, X- OTHER: NEED CRIMINAL CHECK FOR IROOT.

[#34]. On 11/17/2015 First civil lawsuit file at Superior Court in San Bernardino.

[#35]. On November 19, 2015, Legal document from Defendants insurance attorney Richard Lynn for State of California Workers Compensation Appeals Board stated on other/comments: THERE IS "PROPOSED SETTLEMENT" I WANT TO CONSIDER. Matter will proceed to Trial on next date. Set on 12/21/2015 at 8:30 A.M, location Pomona Before Judge Catherine Coutts.

[#36]. On December 21, 2015, Defendants works injury attorney Telleria & Levy law firm represented by Rubin intent to dismissed my Workers Compensation case from three case to one case by unusual lengthy dispute argument at Workers Compensation Court property in Pomona, CA. Also, unexpected represented by bastard Rubin instead Attorney Anthony Telleria & Plaintiff did not meet him at Attorney Telleria & Levy office but female staff stated Rubin suddenly no longer working with Attorney Telleria & Levy.

[#37]. From December 2015 to or about April 2016, Plaintiff repeatedly contact Attorney Anthony Telleria by phone called & directly go to their law office for seeks severe suffering pain injury treatment but in fact, female staff intent to willful ignore & willful ignore my complaint for the rights adequate for serious physical suffering pain injury treatment at Huntington hospital on 01/30/2016.

(E). "Chronology in years 2016"

[#1]. On January 31, 2016, Willful denied the rights adequate for serious physical suffering severe pain injury treatment & willful denied CT scan medical imaging at Huntington hospital in Pasadena, California.

Facts & evidence:
(A).
1. Plaintiff visit Huntington Hospital with Paramedics Ambulance;
2. My visit after unusual collapsed on counter Shabu restaurant in Pasadena;
3. I'm collapsed after several minutes for drink or eating my food;
4. Unreasonable question from Male Paramedics stated Do you want to transfer or go to Arrowhead hospital?
5. Unusual with repeatedly throw up for on or about three times after collapsed on counter Shabu-Shabu Restaurant and in the front Video Camera Surveillance.
(B). Letter: First page from tenth pages:
#1. The following includes patient education materials & information regarding your injury/illness. It is important for you to know that examination & treatment you have received in the Emergency Department today have been rendered on an Emergency basis only & are not intended to be a Substitute for an effort to provide complete medical care
#2. You should contact your follow up Physician as it is important that you let him or check you & report any new or remaining problems since it is impossible to recognized & treat all element of any injury or illness in single in Emergency visit.
#3. Fourth of 10th page, includes: Follow up instructions: With: Harry Webb (Primary Physician), when 2 to 3 days.
(C). Letter: 6th of 56th page, stated:
<1> General: The Patient is well developed, well nourished, & in NO Apparent Distress. Awake, alert, and oriented x4. Well appearing and IN NO Distress.
<2>. Diagnostic studies: The patient workup in the ER was going to includes an abdominal Ultrasound but the patient declined.
<3>. Laboratory Data: Blood work is significant for a CBC that is completely within normal limits. Chemistry panel completely within normal limits. Lipase is normal. Blood Alcohol Level is Zero. Blood Toxicology is negative.
<4>. ER Course: The patient was going to be treated here under my direct supervision with Pepcid, "TORADOL," IV Fluid Bolus & Zofran. The patient denied all of these medications.
<5> The patient at some point was requesting that he be worked up with CT of the abdomen & Pelvis. It was explained to the patient at this point the risks of the study including radiation outweighed the benefits of the study which was not indicated. At this point's request was not honored. The patient subsequently Declined the abdominal Ultrasound.

<6> Diagnostic Impression: a. Acute Exacerbation of Chronic Epigastric Abdominal Pain of unclear Etiology (MRI Chest evidence & lumbar spine proven for severe pain injury); b. History of gastrointestinal (GI) bleed with no evidence of GI bleed today; c. Possible Malingering.

(D). Other Letter Evidence from Huntington Hospital for review on 2/17/2016, letter report stated: You mentioned that nurse Angie was rude and that your Blood Pressure Machine was turned off.

[#2]. On February 23, 2016, Letter from Defendants insurance attorney Richard Lynn. RE: Stevanus Edward v. Golden State Overnight. EAMS NO: ADJ8608350, ADJ8608836, ADJ8621671. WCAB VENUE: POM. CLAIM NO: SAC0000130319. D.O.I: 1/01/2012, 5/24/2012, 10/17/2012. OUR FILE NO: LWPB.004.

Dear Mr. Edward: Arrangements have been made for you to be examined by Doctors David Wood MD, —PQME RE-Evaluation. Your presence is required as this appointment has been set aside for you. Please bring with you to Doctors Wood's office any x-rays previously taken for him to review. Dietz, Gilmore & Chazen. Signed & printed by Richard A. Lynn Managing Attorney.

{#3}. On February 29, 2016, Letter from Defendants insurance attorney Dietz, Gilmore & Chazen represented by attorney Richard Lynn began with Workers Compensation Appeals Board 732 Corporate Center Drive, Pomona, CA. RE: Stevanus Edward vs Golden State Overnight. EAMS NO: ADJ8608350, ADJ8608836, ADJ8621671. WCAB: Venue. Claim No: SAC0000130319. D.O.I: 1/01/2012, 5/24/2012, 20/17/2012. Our File N0: LWPB.004.

Dear Gentleperson(s): Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: Order Compelling Attendance at Medical Examination. Dietz, Gilmore & Chazen. Signed & print by Richard A. Lynn Managing Attorney.

(#4). On June 21, 2016, Letter from Defendants insurance attorney Dietz, Gilmore & Chazen represented by Richard Lynn began with Workers Compensation Appeals Board & letter. RE: Stevanus Edward vs Golden State Overnight. EAMS: ADJ8608836. WCAB Venue: POM. Claim No: SAC0000131788 (MASTER). D.O.I: 5/24/2012. Our File No: LWPB.004.

Dear Gentleperson(s): Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: Notice of Status Conference. Very Truly yours Dietz, Gilmore & Chazen. Signed & Printed by Richard A. Lynn Managing Attorney.

[#5]. On June 21, 2016, to June 28, 2016, First attempts federal lawsuit with case number EDCV16-1312-JGB(KK) & dismissed without prejudice from Defendants federal judge Jesus Bernal at District in Riverside, California.

44

[#6]. From 06/30/2016, to 09/20/2016, Civil lawsuit with case # RIC1608069 & dismissed with prejudice from Judge Sunshine Sykes at Riverside Superior Court.

[#7]. On August 3, 2016, California Workers Compensation Hearing Court in Pomona, California.

a. Judge Coutts had knowledge & aware for my federal lawsuits on 6/21/2016.
b. Judge Coutts willful ignore my complaint.
c. Judge Coutts stated Plaintiff need to asked Defendants LWP attorney Richard Lynn for Workers Compensation benefits.

d. Judge Coutts intent to willful denied my Workers Compensation benefits with willful ignore medical report from her longtime good friends Defendants QME/AME Orthopedic Doctors David Wood stated Permanent & Stationary.

e the most reason for asked my Workers Compensation benefits because my Wife pregnant already had miscarriage one times.
f. Plaintiff not working with no income but Color of law violation intent to keep continuing fraud CT scan medical imaging, deprivation serious medical care needs, theft, tort & prolonged EMTALA Section 1395dd;
g. Two willful denied the rights adequate for serious physical suffering severe pain injury while ongoing/pending Workers Compensation Court from April 16, 2015 to August 3, 2016, proven from Providence hospital in Washington on August 12, 2015, & January 30, 2016, at Huntington hospital in Pasadena, CA. Also, fraud CT scan medical imaging at Providence hospital.
h. Workers Compensation Board provided unexpected California Highway Patrol.

[#8]. On 8/5/2016, Letters from Defendant insurance attorney Richard Lynn began with Workers Compensation Appeals Board & address. RE: Stevanus Edward vs Golden State Overnight. EAMS NO: ADJ8608836. WCAB Venue: POM. Claim No: SAC0000131788 (MASTER). D.O.I: 5/24/2012. Our File No: LWPB.004. Dear Gentleperson(s): Enclosed for filing please find the following documents, copies of which are being served upon the interested parties as indicated by the attached Proof of Service: MINUTES OF HEARING DATED 8/3/2016. Dietz, Gilmore & Chazen. Signed & Print name by Richard A. Lynn Managing Attorney.

[#9]. On August 8, 2016, Letters from insurance attorney Dietz, Gilmore & Chazen law firm represented by attorney Richard Lynn began with another unusual act for typing two full my name & two address on the top left side & on the top right side stated Mr. Stevanus Edward, 10801 Lemon Avenue, #221, Rancho Cucamonga, CA. RE: Stevanus Edward vs Golden State Overnight. EAMS #: ADJ8608836. Claim #: SAC0000131788 (MASTER). D.O.I: 5/24/2012.

Dear Mr. Edward: Arrangement have been made for you to be examined by: Doctor: David Wood M.D,-PQME RE-EVALUATION on 900 E. Washington St, Suite 100, Colton, CA 92324; Telephone 909-433-3200; Date on September 28, 2016; Time 2:00 p.m. Dietz, Gilmore & Chazen; and signed & printed name by Richard A. Lynn Managing Attorney; and cc: Lynn Bega, LWP Claims Solutions, via fax/email, Teleria Telleria & levy, David Wood, M.D, & Helios.

[#10]. On August 22, 2016, Letters from Defendants insurance attorney Dietz, Gilmore & Chazen law firm represented by attorney Richard had similar language from August 8, 2016 but only add up for Order Compelling Applicant to Attend Medical Appt & with no typing name Telleria, Telleria & Levy.

[#11]. On 09/09/2016, to 1/12/2017 until March 2017, Second attempts civil criminal federal lawsuit with case # 8:16-cv-1677-JGB-KKx at Santa Ana District Court & dismissed without prejudice from Defendants federal judge Jesus Bernal.

[#12]. On September 28, 2016, Third attempts meeting with QME/AME Doctors David Wood, MD, & Defendants willful ignore for mortality & morbidity.

[#13]. On or about September 2016, Plaintiff called 911/San Bernardino Police and two male officer arrive to apartment & my report for incident cause of unlawful act from individual female driver intent to seeks cars collision after she came from behind by herself intent to crossing double yellow line into carpool lane in 91 East Freeway then suddenly stop immediately in the front our cars causing my wife had serious cramping. This unlawful act happened after she had ultrasound for or about 5th months pregnancy on 09/29/2016. FISA Abuse intent to show the same model for this cars for numerous occasion in years 2016 & 2017.

[#14]. On November 1, 2016, Letter from Defendants insurance attorney Dietz, Gilmore, & Chazen law firm represented by attorney Richard Lynn began with Worker's Compensation Appeals Board, 732 Corporate Center Dr. Pomona, CA. RE: Stevanus Edward vs Golden Stated Overnight. EAMS NO: ADJ8608836. WCAB VENUE: POM. Claim No: SAC0000131788 (MASTER). D.O.I: 5/24/2012. Dear Gentleperson(s):
Enclosed for filing please find the following documents, copies of which are being served upon interested parties as indicated by attached Proof of Service: Medical Report of David Wood, M.D. Dated 9/28/2016.

[#15]. On November 29, 2016, First Denied letter from Social Security Administration at 1100 E. Holt Blvd, Ontario, CA 91761, stated your application for (SSI) disability benefit filed on 11/22/2016 is denied because you have too much income to be eligible for SSI.

46

(F). "CHRONOLOGY "IN YEARS 2017."

[#1]. The worst FISA Abuse intent for threats, harassed, distraction & unlawful act

[#2]. On January 20, 2017, Letter from Defendants LWP on 9055 S 1300 E Ste 11, Sandy, Utah.

[#3]. On March 1, 2017, Second Denied letter from Social Security Administration Retirement Survivor & Disability insurance for Notice of Disapproved Claims stated We are writing about your claim for Social Security Disability Benefits based on review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

[#4]. On 5/4/2017 to 8/28/2017, Third attempts civil criminal Lawsuit with case # SAC17-00792JVS-KES at Santa Ana District Court in Santa Ana, California & dismissed with prejudice from Defendants federal judge Jesus Bernal.
Facts & evidence: Error Summoned.

[#5]. On or about July or August 2017, I sent email to U.S. DOJ.

[#6]. On November 20, 2017, by email from Laney, Terri, to GihanThomaslawoffice@gmail.com. The motion to reopen request for the above respondent has been declined by the Chief Counsel. Lee P. Crystal (Senior Attorney Immigration and Customs Enforcement Department of Homeland Security on 606 S. Olive St., 8th Floor, Los Angeles, CA 90014.

(G). Chronology in years 2018.

[#1]. On January 3, 2018, Letter from Law Offices of Gihan Thomas.
Re: Joint Motion to Reopen & Dismiss. Dear Ms. Thomas: The Joint motion to reopen for the above respondent has been "Decline" by the Chief Counsel."
We regret to inform you that your Joint motion to reopen has been Decline by the Chief Counsel. I have inquired with office of the Chief Counsel, and learned that the new administration under the current President, has been Strict in Reopening cases, where a removal order has been previously issued. There is no appeal from this decision, as it is completed by the District Counsel. Given that more than 90 days have lapsed since the Court ordered your removal, a motion to reopen Cannot be filled with the Court. Other letter for attachment stated Received DHS response of declining to join in a motion to reopen Without Any Stated Reasons. I **believe Respondent is eligible to adjust. She has an approved 1-130 petition. She was admitted and inspected, thus eligible to adjust under 245(A) of the Act. She has no criminal and she would not be a public charge on the US government based on the 1864 affidavit of support filed, could you please explain? Thank you in advance for your anticipated corporation.**

47

[#2]. On January 11, 2018, Letter from Defendants LWP on 9055 S 1300 E Ste 11, Sandy, Utah.

[#3]. On or about early years 2018, I called 911/Redlands Police & two male Police arrived to apartment & report for FISA Abuse intent to control my iPhone 7 & intent to shut it down with Reboot again & shutting down until March 2021.

[#4]. On April 27, 2018, to October 3, 2018, Fourth attempts civil criminal Lawsuit with case #SACV18-00737-DOC-GJS & dismissed without prejudice.

[#5]. On April 30, 2018, FISA Abuse intent to showing mocking/Humiliated for Depression Treatment message with Female picture stated feel like yourself again searches the latest depression treatment.

[#6]. On July 23, 2018, Two evidence find from Redlands Urgent Care center on 301, W. Redlands Blvd, includes: (a). Urine Laboratory Testing find blood; (b). Nurse & Doctor K Morris Almost Denied to Prescribed CT scan Prescription.

[#7]. On August 8, 2018, Fraud CT imaging at Orange County Diagnostic in Laguna Wood, CA, & Radiologist signed & printed by Shahrokni, Seyed MD.

Facts & evidence:

#1. I asked review for those fraud CT scan medical imaging with their supervisor/manager (Female) & other by phone called for review;

#2. CT scan medical imaging result: Findings: Liver, spleen, pancreas, adrenal and gallbladder are unremarkable. The Lung bases are clear. Kidney are significant for the presence of a simple cyst measuring 1.9x1.5x1.8cm. Prostate appears prominent measuring 4.0 x 4.2 x 4.4 cm. The musculoskeletal structures are grossly unremarkable.
Impression: Unremarkable loops of large or small bowel. No inflammatory change is seen. Unremarkable liver, gallbladder & biliary tree. Prominent prostate. Right renal simple cyst.

[#8]. On October 3, 2018, Fourth Attempts Civil Criminal Lawsuits case dismissed without prejudice at District Court in Santa Ana, CA.

[#9]. On October 22, 2018, Three mail from IRS delivery to Hengky Sualang at Sierra Heights, 10801 Lemon Ave, Apt#2525, Rancho Cucamonga, CA 91737.

[#10]. On 12/26/2018, Help request letter to president Trump & White House by UPS with tracking # 123Y47011314554019 & received by CHACG, 10:12 AM.

(H). Chronology in years 2019.

[#1]. On January 29, 2019, FISA Abuse, Geolocation & others device monitoring Not only targeting for Plaintiff but targeted My toddler son Activity by unlawful searched with FISA Abuse for sent direct message with NO SCHOOL ON MONDAY when My Toddler Son at Gymboree Class (Playground).

[#2]. On 7/19/2019, FISA Abuse for threats stated: Should Crimes be Rewarded?

[#3]. On September 16, 2019, Willful denied CT scan prescriptions from Doctor Chinh Vien Van, M.D, at White Wilson Urgent Care in FWB, Florida.

Other fact & evidence:

Doctor Van stated, No one won't help Plaintiff for surgeries even CT Scan could finding vein tear cut location; Doctor Van stated, plaintiff have to go to Emergency Hospital at Crosses street; Doctor Van Return My money back.

[#4]. On September 20, 2019, Plaintiff travel to visit Health & Wellness Urgent Care with Doctor Yvette Mignon, MD in Tallahassee, Florida.

Fact & evidence for follow Medical law or Doctor Oath:

<A>. Doctor Yvette Prescribe CAT scan Prescription;
<B>. Finding Clear Blood from Urine Labs Test;
<C>. Free Urine Laboratory test & labs test found blood;
<D>. Doctor Yvette stated, Plaintiff have to go to Hospital.

[#5]. On September 21, 2019 at Noon, Willful denied the rights adequate for serious physical suffering severe pain injury treatment at Shands Lake Shore Hospital on 365 NE Franklin Street, Lake City, Florida.

1. Nonsense Urine Labs test find No Blood after less than 24 hours from Health & Wellness Urgent Care in Tallahassee & several hours later find blood from Baptist Hospital for urine labs test.
2. Hospital refused to printout medical report result on the same day & only one female nurse willing to printout but other female nurse stated no;
3. High blood pressure for severe suffering pain injury symptom, includes: First: 152/97; Second: 150/97; Third 128/87; Fourth 129/75;
4. Doctor Cynthia willful denied CT scan request after long waiting to follow her step then she denied CT Scan request;
5. No need CT scan, risks radiation;
6. no reason to seeks another CT scan after 7 years;

7. Unreasonable to prescribe ZOFRAN ODT & BENTYL Prescriptions.

[#6]. On September 21, 2019, at Evening, EMTALA § 1395dd(a)(d)(e) & fraud CT scan imaging at Baptist Hospital on 14450 St. Augustine Rd in Jacksonville, FL.

Fact & evidence:

1. Urine Laboratory Test Result Find Blood;
2. Doctor Steve stated, It's Nothing for urine laboratory test find blood;
3. Appearing Cyst in the Interpolar region of the right Kidney measuring 20 cm;
4. There is Trace Reticulation Change at the Lung bases;
5. Doctors refused to review with double check for My CAT scan result;
6. Doctors stated not for today for writing tissue tear cut pain injury after 7 years;
7. Others: willful ignore MRI Chest already found severe suffering injury location;

[#7]. On October 17, 2019, Letter from Florida Attorney General Ashley Moody: Dear Stevanus Gerungan: Florida Attorney General Ashley Moody received your correspondence regarding doctors, urgent care clinics, and hospitals in Florida, including Baptist Hospital in Jacksonville. Attorney General Moody asked that I respond. We appreciate hearing from you. I have receive your correspondence and hope the following information and resources prove helpful. In regard to your quality of health care concerns, we are forwarding your correspondence to the Florida Department of Health's Consumer Services Unit, which reviews complaints about healthcare professionals in our state. 1. Florida Department of Health Consumer Service Unit (850) 245-4339; 2. We are also forwarding your correspondence to the Agency for Health Care Administration, which licenses and oversees medical facilities in Florida: 3. Agency for Health Care Administration (888)419-3456; 4. You may also wish to visit the following website regarding health care complaint in Florida:

[#8]. On October 23, 2019, Letter from State Florida Surgeon General Scott A. Rivkees, M.D, office stated: Ref # 201945702 & Respondent: Unknown Unknown. Dear Mr. Gerungan: Thank you for submitting your complaint to the Consumer Service Unit. You should be aware that there is no law requiring a physician to provide medical care to a patient should he/she choose not to do so. We have determined from our review that we can take no further action because the healthcare providers have not violated any laws or rules regulating this profession. Florida law requires that all information in this complaint remain Confidential. The mission of the Department of Health is to protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts. If you have any questions, please call Consumer Services unit (850)245-4339. Signed & print name by Aliza Hopkins Government Analyst I.

50

(I). Chronology in years 2020.

[#1]. On 7/27/2020, Prolonged organized cruel & crimes act causing divorce from wife.

[#2]. On August 6, 2020, Unusual act from Ex-wife for failure sexual offender entrapment.

[#3]. On September 29, 2020, at 9:00 to 10:00 AM, Urine Laboratory Test Result found Blood from Norco Urgent Care and the most reason to visit Norco Urgent Care for seeks CT scan prescriptions but Norco urgent care request for urine labs test before they prescribe CT scan prescriptions.

[#4]. On September 29, 2020, at Defendants Corona Hospital in Corona, CA.

1. In or about 11:50 AM, Male Nurse stated Computer System is down at front door Emergency Department hospital & he stated everything will be manually.
2. Doctor Takamura stated kidney stone & long hours before CT scan treatment.
3. Fraud CT Scan Imaging & fraud Kidney Stone for other study report said.
4. Urine Laboratory found blood & Urinalysis report by Boris Shlopov, MD, stated Blood result 1+. Analysis Time Stamp: 2020-09-29 16:07:02.
5. From in or about 12:00 Noon to 9:06 PM, at Corona Hospital showing serious High blood pressure for severe veins tear cut pain injury began from 135/? TO 144/?; 139/?; 129/?; 145/90; 152/?; 156/96; 167/88; 148/93; 143/?; 163/92;

6. Urine laboratory test find No blood, nurse Javier said & willful denied to provide all the result on the same days by printed out or manually and Nurse Javier stated We do not to print the result for the people & you need to do online by self.
Also, Nurse Javier stated ER Doctors denied to review CT scan medical imaging result and the Doctors stated sent home, according to nurse Javier said when he did discharge me from hospital at 9:06 PM. This conversation should easily to hear because they put me on hospital rooms number 11 if I'm not wrong & near in the front nurse desk or video surveillance and wifely open so they can see me back & forth and other unreasonable act.
7. On 9/31/2020, Extended unlawful delays CT scan result or other test result from hospital Administration with Nurse Supervisor Paul and denied to provided the result by manually even the system is down. Our conversation near front desk hospital or waiting rooms and different building from Emergency Department hospital department. Also, securities guard hospital in there too.

8. On 9/29/2021, Unreasonable lengthy delays from Noon to 09:06 PM & Lengthy willful delays with fraud CT scan medical imaging & not busy at the time.

(J). Chronology in years 2021.

[#1]. On March 18, 2021, My direct email to U.S. Department of Justice website, stated

Name Stevanus Gerungan and Case Number SACV18-00737DOC(GJS).

I'm Updating and follow up since 9/2014 to 3/18/2021, Plaintiff still waiting my Investigation Demand and Justice Demand from A G Merrick Garland & Present U.S. DOJ to Enforce Human Rights Laws & Equal Protection under the Law. My investigation Demand & My help request from DOJ to Stop Mastermind Racketeering Defendants for Not Continuing Fraud Scan Imaging at Huntington Beach Diagnostic Imaging on Monday 22, 2021.

[#2]. On March 23, 2021, Fraud CT scan imaging at new Defendants Huntington Beach imaging with Radiologist Naser Rahbar, on 17822 Beach Blvd #101, Huntington Beach, CA 92647. This CT scan prescribed from Doctor Chidi George at Medicross Clinics & Urgent care on 340 N. Mckinley St #105, Corona, CA.

<A>. Plaintiff PAID CASH FOR THIS FRAUD CT SCAN IMAGING;

<B>. Clinical Indication: Pain in the low chest/upper abdomen with possibility of the lower for chest/upper abdominal lesions.

<C>. There is normal size, shape and density of the liver, the biliary ducts, gallbladder, pancreas and the spleen. No calcified lesions originating from the solid organs of the abdomen is noted. There is normal abdominal aorta and inferior vena cava. No aneurysm of aorta is seen. There is no retroperitoneal mass or enlarged lymph node. Adrenal glands in both side appear normal.

<D>. There is normal size, shape and density of the liver, the biliary ducts, gallbladder, pancreas and the spleen. No calcified lesions originating from the solid organs of the abdomen is noted. There is normal abdominal aorta and inferior vena cava. No aneurysm of aorta is seen. There is no retroperitoneal mass or enlarged lymph node. Adrenal glands in both side appear normal.
<E>. There is normal size & density of the kidneys bilaterally with NO Visible Stones or Hydronephrosis. A 2 cm Simple Cyst in Midportion of the Right Kidney is Noted. No ascites seen. Normal size of the loops of small & large bowel noted. There is Dense & Solid Fecal Material in the Colon, indicating Constipation. Normal appendix is visible. The Urinary Bladder & Pelvic organs appear intact with NO mass lesions or enlarged lymph nodes in the pelvis.
IMPRESSION: No Acute abdomen. Dense & solid fecal material in normal sized colon, "INDICATING CONSTIPATION.

[#2]. On May 26, 2021, Letter from Riverside Family Courthouse with Judge Dorothy McLaughlin for Divorce with case number FLRI2004482.

[#3]. On August 30, 2021, My divorce response show on Superior Court of California County of Riverside Request for Order Packet form, stated:

<a>. DNA Paternity Testing for Asher Gerungan;

<b>. I need Child Support Waiver because I don't works for many years;

<c>. Stevanus Gerungan seeks the right adequate severe pain injury treatment.

Other Request for Order form FI-300 page 2 of 4, show on the order that I request are in the best interest of the children because (specify):

<a>. My rights to know DNA Paternity testing for Asher Gerungan for his future;

<b>. I have a hard time for taking care toddlers son with my current severe physical suffering pain injury & I NEED COURT ORDER FOR THE RIGHT ADEQUATE MEDICAL CARE NEEDS base on my Constitutional Rights under Fifth & Fourteenth Amendment the United States Constitution & Federal law under Title 42 U.S.C. Section 3002(1)(13)(14)(19)(49), Title 18 U.S.C. Section 242 & Title 28 U.S.C. Section 453.

Other Request for Order form FI-300 page 4 of 4, show on OTHER ORDERS REQUESTED (Specify):

<a>. DNA Paternity testing for Asher Gerungan base Title 45 C.F.R. Section 303.5, Title 18 U.S.C. Section 242;

<b>. Stevanus Gerungan seeking the right adequate medical care needs from Court order with Surgeries Treatment needed for my current physical suffering Veins Tear Cut Pain injury base on Section 242.

[#4]. On October 25, 2021, 03:55, This email from Riverside Family Courthouse, stated:

This CCC recommends the father participate in a mental health assessment and provide the results of the assessment to the court. The information in a psychology evaluation will assist the court and support the best interest of the children in having information regarding the fathers ability to the caregiving parent to the young children and his ability to participate in decision making on behalf of the children.

(K). Chronology in years 2022.

[#1]. On January 12, 2022, or January 24, 2022, I asked Riverside family Courthouse judge with court order to stop it this illegal act but Judge John Somers stated NO & he intent to willful denied my Court Order for DNA Paternity testing because judge McLaughlin already denied before this court date on 2/24/2022.

[#2]. On February 8, 2022, Fraud CT scan medical imaging & willful denied the rights adequate for serious physical suffering severe pain injury treatment needs and willful denied surgeries treatment demand at Redlands hospital in Redlands, CA.

Fact & evidence: ER Doctors Amy stated MRI can find tissue tear cut or injury location better than CT scan and ER Doctors Amy willful denied surgeries treatment base on Redlands hospital from EKG for 149/85 & 150/89 show serious medical care needs for physical suffering severe pain injury & base on others evidence, includes: MRI Chest evidence from 10/28/2014 & many urine laboratory test found blood.

[#3]. This one from many evidence for seeks help request from U.S. DOJ by direct email to U.S. DOJ website, includes: On May 1, 2022, stated:

Name Stevanus Gerungan. (Case number SACV18-00737DOC(GJS).

I'm Updating & Follow up since 09/2014 to May 1, 2022, Plaintiff still waiting my investigation demand & Justice demand from A G Merrick Garland & Present U.S. DOJ & FBI to enforce the law for serious criminal case, section to enforce human rights laws & equal protection under the law.

The most reason for my series email because I will visit SoCal Emergency Medicine Urgent Care in May 2, 2022, & my demand to stop it this bastard organized criminal mafia squad for not keep continuing abuse civil rights & obstruction freedom access to clinics entrance for fraud CT scan medical imaging & deprivations serious medical care needs for surgeries treatment.

[#4]. On May 2, 2022, or about Noon but Not on evening or No late phase for CT scan medical imaging treatment show Fraud CT scan medical imaging at Colton urgent care in Colton, CA, & female workers stated CT scan medical imaging won't see tissue tear cut better than MRI Chest. Female Doctors stated Plaintiff had to called Rapid Radiologist for review & she gave Rapid Radiologist phone number then I talked with two female but first female workers stated that she will let their manager know & she will call Plaintiff but in fact, there is no phone called & second female workers stated Colton urgent care should follow their policy through them so they could provided review fraud CT scan medical imaging & I stated that I believe those fraud CT scan so fix it by review.

Also, I stated to Doctors Dustin Ware, Do you think I'm lying with my Current physical suffering severe pain injury? Doctors answer I don't stated you lying & all of those conversation proven by phone called. I asked for review with female Doctors, female

Colton urgent care manager Rubi, & two female workers at Rapid Radiologist. I asked Doctors Dustin Ware for the top management phone number & Doctors Dustin Ware answered that he is the top leader management. from SoCal Emergency Medicine Urgent Care Centers.

Printed on: 05/06/2022, 19:26, ADDENDUM for Fraud CT Abdominal & Pelvis W/O Contrast result & showing Second Opinion Requested:

#1. CT scan of the abdomen was performed without IV Contrast. Images were acquired at arterial, venous & LATE PHASES.

#2. Liver Normal density. It is normal size & edge. No focal parenchymal abnormality. The Portal vein, intrahepatic biliary radicals & the bile ducts are normal.

#3. Gallbladdr: Inadequate repletion. No Percholecystic collection or radio dense calculi in the gall bladder. #4. Pancreas: Normal Density. No Focal Lessions.

#5. Spleen: Normal size & Density. #6. Kidneys & Ureters: Simple Right Renal Cyst Noted. Normal Density & Size. No Evidence of Focal Lesions.

#7. Colon: Unremarkable. MODERATE CONSTIPATION.

#8. Reproductive Organs: PROSTATE CALCIFICATION.

#9. Retroperitoneal & Mesenteric Lymph nodes: There is NO Evidence of Significant Enlargement of the mesenteric or retroperitoneal lymph nodes, Morphology is preserved.

#10. ABDOMINAL VASCULATURE: MULTIPLE PELVIC PHLEBOLITHS.

#11. ABDOMINAL WALL & SOFT TISSUE: NORMAL DENSITY. UNREMARKABLE.

#12. BONE STRUCTURE: The Osseous structure in the lower Rib Cage & Lumbar Spine show No Abnormality. No Lytic or Sclerotic Bone Lesions.

#13. ADDITIONAL FINDINGS: NONE.

#14. IMPRESSION: <1>. Simple Right Renal Cyst; <2>. Multiple Pelvic Phleboliths; <3>. Prostate Calculation; <4>. Moderate Constipation.

58.    Surgeries treatment should be done at any hospital & the reason because I have current serious bodily injury pain, unlawful lengthy color of law misconduct & I don't have current primary Doctors since unexpected willful denied the rights adequate for serious physical suffering severe pain injury treatment with primary Doctor Michael Mostyn, MD.

59.    My due process of law for keep continue pursuing the rights adequate for serious physical suffering severe pain injury treatment needs & surgeries treatment demand.

Fourth Amendment the United States Constitution: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

The Fourth Amendment originally enforced the notion that "each man's home is his castle", secure from unreasonable searches and seizures of property by the government.  It protects against arbitrary arrests, and is the basis of the law regarding search warrants, stop-and-frisk, safety inspections, wiretaps, and other forms of surveillance, as well as being central to many other criminal law topics and to privacy law.

Fifth Amendment the United States Constitution: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Fourteenth Amendment the United States Constitution: All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

60.   My due process of law demand for keep continue pursuing full investigation demand & justice demand base on 4th, 5th & 14th Amendment the U.S. Constitution, Federal Human Rights Law & Federal Law. Justice must be done Because No One is Above the Law & No president is Above the law based U.S. Constitution, Federal Law & based on former Attorney General Kamala Harris Office of Mission Statement:

It is Our Duty to Serve Our State & Work Honorably Everyday fulfill California's Promise. The Attorney General & Department of Justice employee provide leadership, information & Education in Partnership with State & Local Government & The People of California to:

(A1) ENFORCE AND APPLY ALL OF OUR LAWS FAIRLY AND IMPARTIALLY
(A2) ENSURE JUSTICE, SAFETY AND LIBERTY FOR "EVERYONE"
(A3) ENCOURAGE ECONOMIC, PROPERTY, EQUAL OPPORTUNITY & TOLERANCE
(A4) SAFEGUARD CALIFORNIA'S HUMAN, NATURAL & FINANCIAL RESOURCES.

FIRST CAUSE OF ACTION

ABUSE, NSA WARRANTLESS SURVEILLANCE, WILLFUL NEGLECT OF DUTY AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; FORMER PRESIDENT OBAMA & ADMINISTRATION; NSA AGENCY; WCAB JUDGE CATHERINE COUTTS; CA WORKERS COMPENSATION BOARD; USFI; LWP;

61.    Plaintiff re-alleges the information set forth in Paragraphs I-60 and those

paragraphs as though fully stated in this cause of action.

62.    All Defendants with intentional or willful misconduct & willful neglect of duty for

willful violating severe suffering pain injury rights under 4th, 5th & 14th Amendment

the U.S. Constitution & willful violated nor deny equal protections under the law on

14th Amendment, & serious bodily injury pain or Americans with Disability Act or ADA

(42 U.S.C. § 12101) is a civil rights law that prohibits discrimination based on disability.

63.    Defendants with intent or willful misconduct & willful neglect of duty for willful

violated federal law under Title 18 U.S.C. § 242; 5 U.S.C. § 3331 or 28 U.S.C. § 453;

Title 18 U.S.C. § 2511, Title 18 U.S.C. § 2518 and Supreme Court Rule on

Carpenter v. United States: Writing for the court majority, Chief Justice John Roberts

said that cellphone location information is a "Near Perfect" Tool for government

surveillance, analogues to the an electronic monitoring Ankle Bracelet. The writers of the

Constitution, he said, would certainly have understood that an individual has a privacy

interest in the day-to-day, hour-to-hour and even minute-to-minute records of his

whereabouts--a privacy interest that requires the government to get a searches warrant

before gaining access to the information.

Facts & evidence for Abuse, NSA Warrantless Surveillance & Willful Neglect of Duty:

#1. Abuse NSA Surveillance for Unlawful Control/Monitoring;

#2. The worse FISA Abuse under former president Trump & Administration.

#3. Unreasonable Searches for willful denied green card petition;

#4. Unreasonable Searches repeatedly happened at YVR Airport, LAX Airport, & U.S. border & Canada;

#5. Abuse NSA Surveillance for Failure to keep from harm from years 2014 to 2022;

#6. Abuse NSA Surveillance for Cruel or willful ignore cruel & degrading treatment;

#7. Abuse NSA Surveillance for monitoring targets with deprivation serious medical care needs or willful ignore deprivation serious medical care need for many years & until 2022

#8. Abuse NSA Surveillance for monitoring targets with Influence & federal tort.

#9. Abuse NSA Surveillance for unlawful control/monitoring multiple apple device by remove, hidden, & some with REBOOT & Shutting down from years 2018 to 03/2021.

#10. On years 2022, Abuse NSA Surveillance for unlawful control/monitoring while Plaintiff working on it with this federal lawsuit.

#11. On or about March 2022, Abuse NSA Surveillance for unlawful control/monitoring at State California government website or property.

#12. Abuse NSA Surveillance for Monitoring Targets with Fourteenth fraud scan medical imaging from years 2012 to 2022 for cruel & degrading treatment.

FISA Abuse intent to monitoring everyday life that similar words from Chief Justice John Roberts said,

that cellphone location information is a "Near Perfect" Tool for government surveillance, analogues to the an electronic monitoring Ankle Bracelet. The writers of the Constitution, he said, would certainly have understood that an individual has a privacy interest in the day-to-day, hour-to-hour and even minute-to-minute records of his whereabouts--a privacy interest that requires the government to get a searches warrant before gaining access to the information.

Defendants insurance attorney RMKB intent to blame government for surveillance but degrading treatment should easily to stop it began from Defendant insurance or Workers Compensation agents/officials because severe physical pain injury treatment & surgeries treatment should be done through them under Workers Compensation injury jurisdiction.

#13. From years 2017 to 2020, Abuse NSA Surveillance for monitoring targets with Divorce & Asher Gerungan for DNA Paternity Testing still be questionable for force to cruel divorce if true that Asher Gerungan not my son & he was born on 12/30/2019.

Also, Justice must be done for DNA Paternity fraud & other crimes act if true that Asher Gerungan not my son because there is no evidence for adultery and Unreasonable Searches already targeted wife life began from 11/12/2015 & FISA Abuse show series family divorce attorney began from years 2017.

#14. Abuse NSA Surveillance for failure to keep from harm from years 2014 to 2022. Public evidence: According to former FBI Director James Comey at hearing House Committee stated the NSA, FBI, CIA, National Security Adviser, Main Justice, former A G Loretta Lynch, Any Attorney General have access to an Unmasked United States Citizens name.

#15. Under the U.S. Constitution & Article II that executive branch have a duty to enforce the law & former president Trump & administration are the most knowledge for prolonged NSA Warrantless Surveillance base on 3 of 4 civil criminal lawsuit.

#16. Public evidence show on years 2018, NSA Deleted all of the calls & texts it collected since 2015 under former president Trump power.

#17. Other evidence shows unlawful monitoring & criminal investigation that intent to targeted wife family member for IROOT. On November 12, 2015, Letter from Commissioner Jon Weizenbaum on Texas Department of Aging & Disability Services, stated, Your form has not been proceed for the reason (listed) below: X- Need criminal history from the Texas Department of Public Safety for all names used, see note below, X- OTHER: NEED CRIMINAL CHECK FOR IROOT.

#18. FISA Abuse intent to show criminal defenses attorney, FBI finger print, police psychology for serious prosecution misconduct threats.

#19. FISA Abuse intent to show Police Psychology, Ex-wife text message intent to show her unusual mental illness words, & Individual corrupt State California government employee or Riverside Family Courthouse intent to willful neglect of duty for Psychology Evaluation & color of law violations with failure to keep from harm or deprivation serious medical care needs based on my legal document for divorce demand.

#20. Other evidence find from FISA Abuse, includes:

<1>. Series for many years shows Drug/Alcohol rehab, & Riverside luxury rehab.
<2>. Series for many years shows DUI, & DUI Attorney.
<3>. A war on cops means more lives at risk show on big full screen by intentionally to control my iPhone device shows serious threats.
<4>. Help with Long-term Disability shows willful denied the rights adequate for severe suffering pain injury treatment & EDD State Disability benefits from 12/2012 to 10/2013 for series denied for delays & many years without EDD State Disability benefits. This FISA Abuse had the same timing after unreasonable denied Disability benefits from Social Security Administration on November 2016 & years 2017.

<5>. Covfefe never tasted so good & this show on full screen on iPhone & first Covfefe words began from Defendants former president Trump with his twitter & this Covfefe shows prolonged unlawful monitoring with serious grossly negligence for see my serious struggle with Weakness. This bastard organized criminal mafia squad knew that Plaintiff depend with Strong Coffee or more than double shot expresso for helping not much to fight my struggle with serious weakness.

<6>. MRI scan $295, Hernia mesh surgeries, colon cancers, & intent to show my current physical suffering severe pain injuries on abdominal shows cruel & degrading treatment for prolonged with series fraud scan medical imaging.

<7>. No school on Monday & this message while we are at Gymboree class in Corona shows unlawful monitoring not only targeting severe physical suffering pain injury life but also, targeting my toddler son activities & civil liberties.

<8>. south east Asian mosquito shows serious threats for dengue fever because there is similar or the same mosquito that I Found in Canyon Park apartment & I did take a picture for this mosquito on 6/30/2019. This mosquito attacked shows that organized criminal mafia squad knew that the most dengue fever came from Asian. In or about years 2019, I did not know for what's reason that wife suddenly watching dengue fever survivor & unusual that she turn on those very loud from her iPhone & other act in 2019. Also, this similar mosquito should never happened at Canyon Park Apartment because we are never open window apartment & there is screens doors.

<9>. Contact Rep. Raul Ruiz thank you for co-sponsoring HR-849 on 10/30/2017 shows unlawful monitoring for mafia mocking humiliation techniques because they knew that I did contact Rep. Raul Ruiz office by letter & phone called in years 2014.

Other facts and evidence:

1. On 12/13/2013, According to William Binney, who worked for NSA over 30 years stated They're Targeting & Looking Domestic Collection of Data on U.S. Citizen, Everything were doing; Phone Called, Email, Financial Transactions, Credit Cards & Your Budget. They're targeting & looking at all members of the Supreme Court, The Joint Chiefs of Staff, Congress, Both House & Senate, as well as the White House, Binney said.

The idea is to See What they think, what they think you should be doing or planning to do to you, Your Budget, or Whatever so you can try to Counteract before it Actually happens, he said.

2. On 3/31/2020 Justice Department IG finds widespread problem with FBI's Application.

3. On 9/4/2020, FISA Court Opinion outlines FBI Abuse of Key Intelligence Surveillance Authority.

4. United States District Court Central District of California website for People without Lawyers states: A civil case is any case other than a criminal case. A civil case is the only type of case you can start without an attorney. It is Different from a CRIMINAL CASE, Which Can Only Be Started by Government Officials.

**5. Deprivation of medical care:** People in custody have a right to medical treatment for serious medical needs. An official acting under color of law who recognizes the serious medical need, but knowingly and willfully denies or prevents access to medical care may have committed a federal violation.

6. **Failure to keep from harm:** The public counts on its law enforcement officials to protect local communities. If it's shown that an official willfully failed to keep an individual from harm, that official could be in violation of the color of law statute.

64.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for deprive severe suffering pain injury life, property or civil liberty under 4th, 5th (Federal: Nor Deny Equal Protection under the Law) & 14th (State: Nor Deny Equal Protections under the law) Amendment the United States Constitution, & Title 18 U.S.C. § 2511-2520, causing prolonged current severe suffering pain injury, divorce, intentional emotional pain distress, mental anguish, loss enjoyment of life, loss of society and companionship, debts/credit damages, psychology injury, severe fear & severe trauma.

65.    As result of Defendants "Abuse, Warrantless Wiretapping & Willful Neglect of Duty," Plaintiff has been damages in an amount of $30.000.000.000,00 ($30 Billion).

SECOND CAUSE OF ACTION
ABUSE CIVIL RIGHTS & FRAUD SCAN MEDICAL IMAGING
AGAINST
GROVE IMAGING, CA; DMG IMAGING SAN GABRIEL, CA; DMG IMAGING
MONTEREY PARK, CA; SPECTRUM MRI IMAGING, CA; DMI IMAGING, CA; ENVISION
IMAGING, TX; NORTHWEST IMAGING, NEB; PROVIDENCE HOSPITAL, WA; ORANGE
COUNTY DIAGNOSTIC, CA; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA;
HUNTINGTON IMAGING, CA; REDLANDS HOSPITAL, CA;
SO-CAL EMERGENCY MEDICINE URGENT CARE CENTERS, CA

66.    Plaintiff re-alleges the information set forth in Paragraphs I-65 and incorporate

those paragraphs as though fully stated in this cause of action.

67.    All Defendants willful violated severe suffering pain injury rights under 14th

Amendment the U.S. Constitution and All color of law misconduct for willful deprive severe

physical suffering pain injury rights & willful violated the law under Title 18 U.S.C. § 242; Title

18 U.S.C. § 1346 - Definition of "Scheme or Artifice to Defraud," states For the purposes of

this chapter, the term "scheme or artifice to defraud" includes a SCHEME OR

ARTIFICE to deprive another of the intangible right of honest services.

68.    My Constitutional rights & my current severe suffering pain injury rights to keep

continue pursuing justice & full investigation demand even some facility imaging

Defendants from 9/21/2021 because due process of law violations act began from

Workers Compensation board agents/officials, Department of Justice, FBI & other

officials for failure to enforce the law from years 2014 or 2015 to 2022.

69.    Facts & evidence for Abuse civil rights & fraud scan medical imaging:

[#1]. On 9/21/2012, Fraud CT Scan Medical Imaging at Grove Imaging, CA;
[#2]. On 10/29/2012, Fraud CT Scan Medical Imaging at DMG Imaging San Gabriel, CA;
[#3]. On 12/13/2012, Fraud the Whole Bone Body Scan Imaging at DMG Monterey Park;
[#4]. On 4/18/2014, Fraud MRI Chest/Abdominal Imaging at Spectrum MRI Imaging, CA;
[#5]. On 7/14/2014, Fraud MRI Chest Imaging at Desert Medical Imaging (DMI), CA;
[#6]. On 9/24/2014, Fraud MRI Thoracic Rib Cage at Envision Imaging, Texas;
[#7]. On 9/27/2014, Fraud MRI Thoracic Rib Cage at Northwest Imaging, Nebraska;
[#8]. On 8/12/2015, Fraud CT Scan Imaging at Providence hospital, Washington;
[#9]. On 8/8/2018, Fraud CT Scan Medical Imaging at Orange County Diagnostic, CA;
[#10]. On 9/21/2019, Fraud CT Scan Medical Imaging at Baptist hospital, Florida;
[#11]. On 9/29/2020, Fraud CT Scan Medical Imaging at Corona hospital, CA;

[#12]. On 3/22/2021, Fraud CT Scan Medical Imaging at Huntington Imaging, CA;

[#13]. On 2/8/2022, Fraud CT scan medical imaging at Redlands hospital, CA;

[#14]. On 5/2/2022, Fraud CT scan medical imaging at Colton urgent care, CA.

70.    On 1/15/2014, Medical report from Doctors Alon Englanoff, MD, stated:

1). At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied.

2). I HAVE ALSO NOT RECEIVED ANY MEDICAL RECORDS INCLUDING THE PATIENT'S PRIOR CT SCAN OF THE ABDOMEN TO REVIEW.

3). I have given the patient a copy of his urinalysis. I have explained to the patient that He Needs to Follow up with his private medical doctor at County clinics on a Non-Industrial basis for a complete workup of his microscopic hematuria.

4). The Patient has been Advised of the Risk of Significant MORBIDITY and even MORTALITY if left unevaluated.

5). At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries.

6). Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

On August 2012, Orthopedic Carl Smith, M.D, stated: diagnosed probable Intra-abdominal pathology; recommended being seen by a general surgeon for that Because He May Have A HERNIA; CT Scan ordered; "Follow up with Primary Doctor." Also, I believe Hernia for my severe abdominal pain shows weird abdominal fold at the time.

71.    Plaintiff demand for full investigation for Abuse Civil Rights & Fraud Scan Imaging based on 5th & 14th Amendment the U.S. Constitution, Federal law & Series fraud scan.

72.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Abuse Civil Rights & Fraud Scan Medical Imaging for willful deprive severe suffering pain injury life, property or civil liberties under Title 42 U.S.C. § 1983 & Title 28 U.S.C. § 1346, causing prolonged current severe suffering pain Injury, divorce, loss enjoyment of life, Intentional Emotional Distress, Psychology Injury, debts/credit damages, & severe trauma.

73.    As a result of Defendants "Abuse Civil Rights & Fraud Scan Medical Imaging," Plaintiff has been damages in an amount of $ 30.000.000.000,00 ($30 billion).

### THIRD CAUSE OF ACTION
### UNLAWFUL INVESTIGATORY & TORT
### AGAINST
### CA WORKERS COMPENSATION BOARD; USFI; LWP

74.    Plaintiff re-alleges the information set forth in Paragraphs I-73 and incorporate

those paragraphs as though fully stated in this cause of action.

75.    All Defendants with intentional or willful misconduct & willful neglect of duty for

willful violating severe suffering pain injury rights under 4th, 5th, 6th, & 14th Amendment

the United States Constitution, & willfully violated Nor Deny Equal Protections under the

Law on 14th Amendment & serious bodily injury pain or Americans with Disabilities Act

of 1990 is a civil rights law that prohibits discrimination based on disability.

All Defendants with intent or willful misconduct & willful neglect of duty for willful

violated federal law under Title 18 U.S.C. § 242; Title 28.U.S.C. § 1346; 5 U.S.C. § 3331.

76.    Facts & evidence for Unlawful Investigatory & Tort (Other on chronology):

Deprivation of Medical Care: People in Custody have a right to Medical Treatment for
Serious Medical Needs. An official acting under color of law who recognizes the serious
medical care need, but Knowingly & Willfully denies or Prevents Access to Medical Care
may have committed a federal violation.
Failure to keep from Harm: The public counts on its law enforcement officials to protect
local communities. If it's shown that an official willfully failed to keep an individual from
harm, that official could be in violation of the color of law statute.

[A]. Defendants CA Workers Compensation Board:
1.. From 9/22/2014 to 8/3/2016 shows Color of law violations for failure to keep from
harm based on violations letter for threats on 10/28/2014, willful denied investigation on
10/13/2014, my exhibit on 09/10/2015, & Civil Criminal Lawsuit knowledge on 8/3/2016;
2. Violation letter with abuse of authority & willful neglect of duty for threats 10/28/2014;
3. from 09/22/2014 to 10/28/2014, Violations letter with abuse of authority & willful
neglect of duty for failure to keep from harm causing series or deprivation of rights still
keep continue from 09/22/2014 to 08/03/2016 or 2022 & causing life damage for divorce;
4. On 10/13/2014, Willful neglect of duty & intentional failure to act from investigation unit
for willful denied investigation;
5. Willful ignore deprivation serious medical care needs based on exhibit on 9/10/2015;
6. Willful ignore perjury on 09/10/2015 & continue to 08/03/2016 for abuse of authority &
willful neglect of duty for willful ignore serious medical care needs.

7. On August 3, 2016, Willful ignore deprivation serious medical care needs based on Civil Criminal lawsuit on June 21, 2016;

[C]. Defendants USFI & LWP.
<1>. First Deprivation serious medical care needs from first denied claims letters on 11/09/2012, based on
a. Drug Tramadol pills provided or prescribed by Doctors Mahmud at U.S. Healthworks clinics referred by Golden State Overnight Employer shows serious medical care needs;
b. Serious medical care needs shows on August 2012, Orthopedic Doctors Carl Smith, stated may hernia diagnose, referred to general surgeon, & CT scan order;
<2>. Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery & Fraud we are here to help you with the process.
<3>. Flattery from two fraud acceptance claims letter for fraud medical treatment needs, fraud we wish you speedy recovery & fraud we are here to help you with the process.
<4>. Threats or Extortion for Signed $10.000,00 & FREE TO GO.
<5>. Perjury for misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014.

77.    Other evidence for Unlawful Investigatory & Tort:

1. Color of law violation from Workers Compensation Board agents/officials, law enforcement, & other color of law for failure to keep from harm;
2. Series or 14th fraud scan medical imaging from years 2012 to 2022;
3. Series EMTALA § 1395dd violations;
4. DNA Paternity Testing for Asher Gerungan still be questionable for Influence Flattery with willful misused unlawful/false crimes accusatory for new rape techniques if true that Asher Gerungan not my son that forcing to cruel divorce from ex-wife show her series unusual unlawful entrapment, flip flop, other her unusual act & her phone called/text message show unusual negligence words pointing to toddler son, unusual sexual offender entrapment, & multiple other unusual shows on her phone called/text message.

78.    Plaintiff demand for full investigation for Unlawful Investigatory & Tort that massive

evidence show not only for Workers Compensation investigation but pointing to criminal

investigation began from unlawful searches find gossip then misused unlawful/false

accusatory without due process of law, deprive life with due process violations, unlawful

lengthy delays speedy public a trial & unlawful lengthy delays serious medical care

needs because of unlawful/false crimes accusatory. Indicated for Unlawful criminal

investigatory shows on many fact & evidence from years 2012 to 2022 based on:

(#1). Golden State Overnight Employer:

1. In years 2012, Threats began from Golden State Overnight Employer manager Daniel Arias, stated Plaintiff can go to jail because of not report works injury on the same days;

2. On June 15, 2012, unreasonable act from Golden State Overnight manager Daniel Arias by letter stated Employer needs personal phone number for Courier & duty. Unreasonable act based on Golden State Overnight already provided Nextel phone for every courier & his demand after twice works injury for delays treatment & threats for first works injury report in or about early years 2012.

3. Other unreasonable act from Golden State Overnight employer for seeks drug/alcohol testing after lengthy delays treatment from first works injury began with threats.

4. Other unreasonable act show not how to treat works injury but threats, negligence & other unreasonable act pointing to how to treat criminal.

(#2). Fourteenth fraud scan medical imaging from years 2012 to 2022:

(#3). On January 10, 2013 at YVR airport, Female Canada border custom asked Plaintiff, did you ever murder someone?
But on or about January 17, 2013, at LAX airport, that U.S. male TSA intent to show unreasonable act for seeks intentional emotional pain distress by pointing into interrogation rooms section after he already pointing me to exit doors with his hands but suddenly change after he look up his device. Also, unreasonable for pointing me to interrogation rooms section or other screening security rooms section because Plaintiff only carry shopping hands bags & old shoes inside bags but in fact, other male TSA did not even check or interrogated me like incidents at YVR airport in Canada.
Other unusual series distraction for intentional emotional pain distress show numerous occasion from 01/10/2013-01/17/2013, & other or about 10/31/2014 at YVR airport, & Border Crossing Vehicle on 08/12/2015 that Canada border custom intent to denied entry because of Plaintiff did not had Canada Health insurance. All of this series unusual prolonged distraction for numerous occasion with different color of law show Unlawful Control from organized unknown corrupt investigator squad for misused United States government power because of unlawful/false crimes accusatory.

(#4). On February 2013, Unreasonable act from Defendants insurance attorney Dietz, Gilmore & Chazen Law Firm represented by attorney Braedon Dung showing his unreasonable emotional act while on deposition meeting rooms at Vertex Reporter Court in Los Angeles after his delays because of flat tire, he said, but in this deposition meeting already showing not to treat works injury but how to treat criminal. Other evidence from Defendants insurance for first willful denied claims letter on 11/9/2012 show deprivation serious medical care needs;

(#5). Insurance USFI & LWP:

1. Series or prolonged deprivations serious medical care needs, flattery with two fraud acceptance claims letters for the worst fraud medical treatment needs, fraud SPEEDY Recovery, & Fraud we're here to help you show not to treat works injury but those prolonged tort & unlawful act from years 2012 to 2016 show how to treat criminal.

2. Extortion & Perjury for serious Unusual Punishment;

3. Willful ignore my complaint by phone called for cruel show from September 2014;

4. On 09/10/2015, Exhibit show Unreasonable multiple DUI instead D.O.I. Other evidence show the same act message find from Unlawful Searches with FISA Abuse intent to shows prosecution misconduct threats for criminal defenses attorney, FBI finger print, DUI, DUI Attorney;

5. On 09/10/2015, Other unreasonable act from two unusual letter on the same days intent to show Gentleperson & Psychology for bastard mafia mocked or humiliation techniques. Also, this is not to treat works injury for force until bastard asshole psychology but prolonged tort, unlawful act & series deprivation serious medical care needs with this bastard two unreasonable letter pointing to how to treat criminal for mental illness strategy act.

<1>. On September 10, 2015, Letter from attorney Dietz, Gilmore & Chazen represented by attorney Richard Lynn began with HAMLIN PSYCHE CENTER at 14351 Hamlin st, Can Nuys, CA 91411.

<2>. On September 10, 2015, Letter from Defendants insurance attorney Richard Lynn began with Psychological Assessment Services at P.O. BOX 6299, Laguna Niguel, CA 92607.

6. Many dear Gentleperson & fraud acceptance claims letter stated based on Doctors Wood show cruel, humiliation & Unusual Punishment for silent unlawful execution from color of law for willful ignore risk nerve block shot injection side effect can causing mortality & complication because surgeries treatment should be done for physical sufferings severe pain injuries on right thoracic rib cage & abdominal that I believe tissue tear cut for dripping internal bleeding proven from 6th urine laboratory testing find blood.

(#6). Massive unreasonable dear Gentleperson words for cruel, humiliation & tort with willful intentional emotional pain distress began from medical report from Defendants QME/AME Doctors David Wood on December 9, 2013, & other unreasonable dear Gentleperson words show from WCAB for violations letter on 10/28/2014, many dear Gentleperson from Defendants insurance attorney Dietz, Gilmore & Chazen law firm began from 10/08/2014 until August 2016 for numerous occasion & all of those dear Gentleperson pointing not about works injury but how to treat criminal for prolonged cruel, negligence, many other unlawful act, & humiliation for grossly mocked.

(#7). Willful denied green card petition under former president Trump Administration power for causing divorce show not to treat serious bodily injury pain or ADA but how to treat criminal without due process of law.

(#8). Unlawful searches with FISA Abuse intent to showing series serious real threats for family divorce attorney in years 2017 & DNA Paternity testing for Asher Gerungan still be questionable for new rape techniques with influence flattery but series serious real threats & continue to cruel divorce from ex-wife for series unusual flip flop, unusual entrapment, & other her unusual act proven from her text message/phone called & her action show not for treat serious bodily injury pain but extended overtime for destroyed disability or serious bodily injury pain life because of unlawful/false crimes accusatory;

(#9). Targeting my food or drinks began from white powder & liquid or dirty water then triangle broken glasses sharp designed like a knife that show how to treat criminal.

(#10). Negligence entrapment strategy for targeting my toddler son began from ex-wife for her unusual using negligence words began from years 2020 then series abdominal pain, black pu & repeat vomit keep continue from years 2020 to May 2022 but this negligence entrapment pointing to how to treat criminal for seeks corrupt negligence entrapment came from their bastard unknown organized crimes act.
Not vomit because of bullshit germ but serious series repeat vomit from his food because unknown organized corrupt investigator looking for Negligence entrapment from danger series unusual vomit can causing mortality from dehydration & those Negligence entrapment for seeks mortality have similar battle corrupt investigatory strategy act related to dripping internal bleeding originated from tissue tear cut.
Negligence words began from Ex-wife in years 2020 & her unusual sexual offender entrapment show in years 2020, & many other her unusual act & other series unusual find from phone called/text message began from years 2020.

(#11). Other evidence showing not to treat serious bodily injury pain but how to treat criminal for prolonged new unlawful control, cruel & degrading treatment force to silent execution for mortality & morbidity because of this bastard organized corrupt investigator squad knew that Plaintiff have current serious bodily injury pain can causing complication & mortality or death. This series unusual treatment act, includes:
a. On 10/29/2014, Unreasonable act from Doctors Greg Hart in Vancouver, Canada, for willful denied to follow up & his rude act shows from 2nd visit, stated don't come back again & get treatment in the U.S;
b. On November 5, 2014, Nerve block shot injection request from QME/AME Doctors David Wood, MD, for willful ignore serious side effect from prolonged dripping internal bleeding & serious bodily injury pain can causing complication & mortality or death;
c. On June 2018, Unreasonable dispute argument for seeks CT scan prescriptions even Doctors prescribed CT scan after urine laboratory test find blood;
d. On September 2019, denied CT scan prescriptions from Doctors Van at White Wilson urgent care (Florida) stated No one to help Plaintiff for surgeries treatment even CT scan medical imaging can find severe physical suffering pain injury location;
e. On September 2019, denied CT scan prescription at Crestview urgent care, FL;
f. On September 26, 2021, denied CT scan prescription at Premier urgent care, CA.

(#12). More evidence that show not for treat works injury but how to treat criminal with new interrogations techniques, cruel, & new unusual punishment strategy act.
Misused Workers Compensation investigation or Criminal Investigation or both investigation that corrupt individual government professional or corporate or color of law could get easily access for Unlawful searches with FISA Abuse & other electronic device monitoring for easily targeting for everyday life & wherever I'm going.

Prohibition of use as evidence of intercepted wire or oral communications base on 4th Amendment & Title 18 U.S.C. § 2515, & CA § 632 PC & many other federal law.

79.    Full investigation demand for unlawful investigatory & tort based on:

a. 4th, 5th, & 14th Amendment the U.S. Constitution & Federal Law;
b. Cruel & degrading treatment;
c. Extortion & Perjury;
d. Series or Failure to keep from harm;
e. Series or deprivation serious medical care needs;
f. Abuse power or abuse of authority;
g. Prolonged with Current Serious Bodily Injury Pain because of prolonged Tort;
h. Unlawful searches with FISA Abuse for serious threats & unlawful control/monitoring;
i. Series or 14th fraud scan medical imaging & other series fraud;
j. Series or Deprivation of rights under Color of Law & Abuse Civil Rights;
k. Unlawful searches & Unreasonable Searches;
l. Fraud medical treatment needs & Fraud SPEEDY Recovery;
m. many evidence show there is indicated criminal investigation without following investigatory & accusatory police procedure.

Series fraud medical treatment needs & Series Fraud SPEEDY Recovery from 05/10/2013 & 12/18/2014, & Extortion stated Signed $10.000 Settlement & Free to go, & Perjury with exhibit show multiple DUI instead D.O.I, show cruel & prolonged tort with Unreasonable SPEEDY Recovery word straight to Extortion pointing to willful violating 6th Amendment the U.S. Constitution based on SPEEDY public a trial.

All investigation should stop from 2015 to 2018 because unlawful investigatory with unlawful entrapment for fraud scan imaging began from 2012 proven Unconstitutional.

80.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for Unlawful Investigatory & Tort for willful deprive severe physical suffering pain injury life, & liberties under 4th, 5th, & 14th Amendment the U.S. Constitution, USA Patriot Act, investigatory & accusatory police procedure violation, & Title 18 U.S.C. § 2511-2520; Title 18 U.S.C. § 242; Title 28 U.S.C. § 1346, Title 42 U.S.C. § 1986, Title 18 U.S.C. § 4243, Title 42 U.S.C. § 1983, causing prolonged current serious bodily injury pain, divorce, intentional emotional pain distress, loss enjoyment of life, injury to reputation, car repossession, debts/credit damages, severe fear & trauma.

81. Aa a result of Defendants "Unlawful Investigatory and Tort," Plaintiff has been damages in an amount of $30.000.000.000,00 ($30 Billion).

FOURTH CAUSE OF ACTION
ABUSE OF PUBLIC OFFICE
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; FEDERAL JUDGE JESUS BERNAL; CA WORKERS COMPENSATION BOARD; WCAB JUDGE CATHERINE COUTTS;

82.    Plaintiff re-alleges the information set forth in Paragraphs I-81 and incorporate those paragraphs as though fully stated in this cause of action.

83.    All Defendants with intentional or willful misconduct & willful neglect of duty for willful violating severe suffering pain injury rights under 4th, 5th, & 14th Amendment the United States Constitution, willful violated Nor Deny Equal Protections under the Law on 14th Amendment & serious bodily injury pain or Americans with Disabilities Act of 1990 is a civil rights law that prohibits discrimination based on disability. All Defendants with intent or willful misconduct & willful neglect of duty for willful violated federal law under Title 18 U.S.C. § 242; Title 28.U.S.C. § 1346; 5 U.S.C. § 3331 or 28 U.S.C. § 453.

84.    Defendants knew the value better than Plaintiff for great bodily injury pain & crimes act from the insurance & other Defendants.

Facts and evidence for abuse of public office (Other on Chronology):

[1]. Former president Trump & Administration: On 11/20/2017, Willful denied green card petitions under Trump Administration policy by Chief Counsel & email from Laney Terri:
1. Color of law violation with Article II, action neglect to prevent interference with civil rights, & willful neglect of duty for willful denied green card petition based on 5th & 14th Amendment the U.S. Constitution & Title 42 U.S.C. §1986.
2. Color of law violation for abuse of public office base on 25 C.F.R. § 11.448.
3. Color of law violation with deprivation rights under color of law & willful neglect of duty for Abuse of public office based on Title 18 U.S.C. § 242;
4. Color of law violation with conspiracy against rights or serious bodily injury pain for Abuse of public office based on Title 18 U.S.C. § 241;
5. Color of law violation with Article II, willful neglect of duty & Retaliation for Abuse of public office based on 5th, & 14th Amendment, & Title 42 U.S.C. § 12203.
6. Color of law violation with Article II, Failure to keep from harm & willful neglect of duty for Abuse of public office based on 5th, & 14th Amendment the U.S. Constitution, Serious Bodily Injury Pain & Title 42 U.S.C. §1986, Title 18 U.S.C. §242, Title 28 U.S.C. § 1346;

**Failure to keep from harm:** The public counts on its law enforcement officials to protect local communities. If it's shown that an official willfully failed to keep an individual from harm, that official could be in violation of the color of law statute.

[2]. Defendants federal judge Jesus Bernal:

1. Color of law violation with judge oath, series failure to keep from harm, obstruction, & willful neglect of duty for willful ignore serious civil criminal act based on 5th, & 14th Amendment the U.S. Constitution & Title 18 U.S.C. § 242;

2. Color of law violation with judge oath, series obstruction, willful ignore serious bodily injury pain, & due process of law violations for dismissed the case with prejudice for Error Summoned in years 2017 causing serious fear & trauma based on 5th, & 14th Amendment the U.S. Constitution, & Federal law under Title 18 U.S.C. § 242;

3. Color of law violation with judge oath & willful neglect of duty for repeat recognizes the serious medical care need but knowingly & willfully denied by his series obstruction to dismissed the case without due process of law or access to medical care;

4. Color of law violation based on 5th & 14th Amendment the U.S. Constitution & violated federal law under Title 18 U.S.C. Section 242, Title 42 U.S.C. Section 1986;

**Deprivation of medical care:** Individuals in custody have a right to medical treatment for serious medical needs. An official acting under color of law who recognizes the serious medical need, but knowingly and willfully denies or prevents access to medical care may have committed a federal color of law violation.

[3]. Defendants Workers Compensation Board: Violations letters show 1st received stamp from Division of Workers Compensation or DWC District Office San Francisco on 9/22/2014 & 2nd received stamps from WCAB in Pomona on 10/17/2014.

1. 10/28/2014, Color of law violation with law administrative judge oath, failure to keep from harm & willful neglect of duty for Abuse of public office by violations letter based on 14th Amendment the U.S. Constitution, & federal law under Title 18 U.S.C. § 242;

2. Color of law violation with law administrative law judge oath & willful neglect of duty for recognizes the serious medical care need but knowingly & willfully denied by violations letter for Deprivation Rights under Color of Law based on 14th Amendment the United States Constitution & federal law under Title 18 U.S.C. § 242;

3. Color of law violation with law administrative judge oath for abuse of public office by violations letter & dear Gentleperson based on 14th Amendment & Federal law under Title 18 U.S.C. § 241, & Title 42 U.S.C. § 1986;

4. Color of law violation with law administrative judge oath, & willful neglect of duty for violations letter & tort based on 14th Amendment & Title 28 U.S.C. § 1346;

5. From 10/28/2014 to 08/03/2016, Color of law violation from multiple color of law with judge oath, failure to keep from harm, or violation letter & dear Gentleperson, or willful ignore perjury & engaged in the practice of law, & willful neglect of duty for abuse of

public office based on 14th Amendment the U.S. Constitution, & federal law under Title 18 U.S.C. § 241, Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346.

6. From 10/28/2014 to 08/03/2014, Color of law violation with failure to keep from harm, & willful neglect of duty for Prohibition Coercion & Retaliation shows from Defendants judge Catherine Coutts words & male California Highway Patrol officer attended to Workers Compensation hearing court in Pomona, CA.

[4]. Defendants WCAB Judge Catherine Coutts:

<A>. On 09/10/2015, Color of law violations with judge oath, failure to keep from harm & willful neglect of duty for willful ignore perjury & willful ignore my exhibit based on 14th Amendment the U.S. Constitution, & Federal law under Title 18 U.S.C. § 242;

<B>. On 09/10/2015, Color of law violations with judge oath & willful neglect of duty for recognizes the serious medical care need but knowingly & willfully denied by willful ignore my exhibit show willful denied the rights adequate for serious physical suffering severe pain injury treatment at hospital, MRI Chest evidence already found severe suffering pain injury location, & willful ignore medical report stated Permanent & Stationary from Doctors Guy Gottschalks, MD, and QME/AME Doctors David Wood, MD.

<C>. From 09/10/2015 to 08/03/2016, Color of law violations with judge oath, willful ignore perjury & willful neglect of duty for abuse of public office while ongoing/pending Custody recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit, willful ignore my civil criminal lawsuit on 06/21/2016, & Defendants willful ignore medical report stated Permanent & Stationary from Doctors Guy Gottschalks, MD, and QME/AME Doctors David Wood, MD. Also, QME medical report show other medical report from Doctors Alon Englanoof, MD.

<D>. On 08/03/2016, Color of law violations with judge oath, Failure to keep from harm, other unlawful act, & willful neglect of duty for abuse of public office based on 14th Amendment the U.S. Constitution, & Title 18 U.S.C. § 241, Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346, & Title 42 U.S.C. § 1986.

<E>. From 09/10/2015 to 08/03/2016, Color of law violations with judge oath, deprivation of rights under color of law & willful neglect of duty for Abuse of public office based on 14th Amendment the U.S. Constitution, & Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346.

85.   Plaintiff demand for full investigation for former president Trump based on:

a. 4th, 5th & 14th Amendment the U.S. Constitution;

b. Prohibition Coercion & Retaliation;

c. willful denied green card petition;

d. the worst unreasonable searches with FISA Abuse for prolonged with series threats for criminal defense attorney & others series threats pointing to criminal investigation since under former president Trump power & causing divorce from ex-wife keep continue to her unusual act & unlawful entrapment pointing to unlawful/false crimes accusatory;

e. Public evidence for Mr. Donald Trump meeting with Speaker Setya Novanto & others top Indonesian leader on September 3, 2015, at Trump Tower in New York City that my rights to know if there is any unlawful investigation demand from Mr. Trump for personal

gain/interest while his on campaign but Mr. Trump stated We will do great thing for U.S. after unreasonable act that Mr. Trump let Americans public knows for corrupt Speaker Setya Novanto here to meet him?

86.     On 1/15/2014, Medical report from Doctors Alon Englanoff, MD, stated:

The Urinalysis performed on January 03, 2014 shows trace occult blood and Discussion/Recommendation:

1). At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied.
2). I HAVE ALSO NOT RECEIVED ANY MEDICAL RECORDS INCLUDING THE PATIENT'S PRIOR CT SCAN OF THE ABDOMEN TO REVIEW.
3). I have given the patient a copy of his urinalysis. I have explained to the patient that He Needs to Follow up with his private medical doctor at County clinics on a Non-Industrial basis for a complete workup of his microscopic hematuria.
4). The Patient has been Advised of the Risk of Significant MORBIDITY and even MORTALITY if left unevaluated.
5). At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries.
6). Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

On August 2012, Orthopedic Carl Smith, M.D, stated: diagnosed probable Intra-abdominal pathology; recommended being seen by a general surgeon for that Because He May Have A HERNIA; CT Scan ordered; "Follow up with Primary Doctor."

87.     Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for Abuse of Public Office for willful deprive severe suffering pain injury life, property or civil liberty under 5th (Federal Nor Deny Equal Protections under the Law) & 14th (State Nor Deny Equal Protections under the Law) Amendment the United States Constitution & 18 U.S.C. § 242; 28 U.S.C. § 2672. Abuse of public office causing prolonged current severe suffering pain injury, divorce, psychology injury, loss enjoyment of life, severe fear & severe trauma.

88.     As a result of Defendants "Abuse of Public Office," Plaintiff has been damages in an amount according to proof.

FIFTH CAUSE OF ACTION
UNJUST & UNUSUAL PUNISHMENT
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; WCAB JUDGE CATHERINE
COUTTS; CA WORKERS COMPENSATION BOARD

89.    Plaintiff re-alleges the information set forth in Paragraphs I-88 and incorporate

those paragraphs as though fully stated in this cause of action.

90.    All Defendants with intentional or willful misconduct & willful neglect of duty for

willful violating severe suffering pain injury rights under 4th, 5th, 6th, & 14th Amendment

the United States Constitution & willful violated federal law under Title 18 U.S.C. § 242;

28.U.S.C. § 1346; 5 U.S.C. § 3331 or 28 U.S.C. § 453.

The Fourteenth Amendment secures the right to due process; the Eighth
Amendment prohibits the use of cruel and unusual punishment. During an
arrest or detention, these rights can be violated by the use of force
amounting to punishment (summary judgment). The person accused of a
crime must be allowed the opportunity to have a trial and should not be
subjected to punishment without having been afforded the opportunity of the
legal process.

Facts & evidence for Unjust & Unusual Punishment:

[A]. Former president Trump & Administration.

On 11/20/2017, Willful denied green card petitions under Trump Administration policy by
Chief Counsel & email from Laney Terri, stated The motion to reopen request for the
above respondent has been declined by the Chief Counsel. **She has no criminal
and she would not be a public charge on the US government based on the
1864 affidavit of support filed, could you please explain?**

Began from 2017 show the worst unreasonable searches & unlawful searches with FISA
Abuse for prolonged unlawful control/monitoring & prolonged with series threats for
criminal defenses attorney, FBI finger print, Police Psychology & other threats pointing to
criminal investigation with abuse due process of law for unjust & unusual punishment.

Color of law violations with Article II, failure to keep from harm, deprivation rights under
color of law & willful neglect of duty for unjust & unusual punishment based on 4th, 5th, &
14th Amendment the U.S. Constitution, & Title 18 U.S.C. § 242 & Title 28 U.S.C. § 1346.

74

[B]. Defendants WCAB Judge Catherine Coutts.

<1>. On 9/10/2015, Color of law violations with judge oath, failure to keep from harm, willful ignore perjury, & willful neglect of duty for Unjust & Unusual Punishment based on 14th Amendment the U.S. Constitution, & federal law under Title 18 U.S.C. § 242;

<2>. On 09/10/2015, Color of law violations with judge oath, deprivation rights under color of law, & willful neglect of duty for unjust & unusual punishment while ongoing/pending Custody recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit show willful denied the rights adequate for serious physical suffering severe pain injury treatment at hospital, MRI Chest evidence already found severe suffering pain injury location, & willful ignore medical report stated Permanent & Stationary from Doctors Guy Gottschalks, and Permanent & Stationary from QME/AME Orthopedic Doctors David Wood on 12/09/2013 & 11/05/2014.

<3>. From 09/10/2015 to 08/03/2016, Color of law violation with judge oath, deprivation of rights under color of law, willful ignore perjury & willful ignore my exhibit on 09/10/2015, failure to keep from harm, willful ignore my civil criminal lawsuit on 06/21/2016, & willful neglect of duty for unjust & unusual punishment with prohibition coercion & retaliation by unreasonable male Highway Patrol (CHP) attended to WCAB Hearing court on 08/03/2016 and Defendants judge Coutts willful engaged in the practice of law based on:

(1). Willful ignore perjury & my exhibit from 09/10/2015-08/03/2016;

(2). unreasonable to stop it male I & A talks for the right thing because Defendants judge Coutts already know my civil criminal lawsuit on 06/21/2016 & male I & A employee for Workers Compensation, she said,

(3). from 09/10/2014-08/03/2016, Color of law violations with judge oath, deprivation rights under color of law, & willful neglect of duty for unjust & unusual punishment while ongoing/pending Custody recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my Civil Criminal Lawsuit show series willful denied the rights adequate for serious physical suffering severe pain injury treatment at hospital, MRI Chest evidence already found severe suffering pain injury location, & willful ignore medical report stated Permanent & Stationary from Doctors Guy Gottschalks, MD, and QME/AME Doctors David Wood on 12/09/2013 & 11/05/2014.

[C]. Defendants Workers Compensation Board:
1. From 9/22/2014 to 10/28/2014, Color of law violation with law administrative judge, failure to keep from harm, willful neglect of duty, & violations letter for Unjust & Unusual Punishment with recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by violations letter for threats.

2. From 09/22/2014 to 08/03/2016, Color of law violations with law administrative judge, failure to keep from harm, & willful neglect of duty from Law administrative judge at WCAB in Pomona & judge Catherine Coutts at WCAB in Pomona for prolonged unjust & unusual punishment with recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by violations letters on 10/28/2014, willful ignore my exhibit on 09/10/2015, willful ignore my civil criminal lawsuit on 06/21/2016, & Defendants judge Coutts willful engaged in the practice of law for willful ignore medical report from QME/AME stated Permanent & Stationary and QME medical report show other medical report from Doctors Alon Englanoff, MD, stated The Patient has been Advised of the Risk of Significant Morbidity and even Mortality if left unevaluated. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries.

3. From 10/28/2014 to 08/03/2014, Color of law violation with failure to keep from harm, & willful neglect of duty for Prohibition Coercion & Retaliation shows from Defendants judge Catherine Coutts words & male California Highway Patrol officer attended to Workers Compensation hearing court in Pomona, CA.

4. Color of law violations with judge oath or government oath, failure to keep from harm, & willful neglect of duty for Unjust & Unusual Punishment based on 14th Amendment the U.S. Constitution, & federal law under Title 18 U.S.C. § 242, Title 28 U.S. C § 1346, & Title 18 U.S.C. § 4243, & Title 42 U.S.C. § 1986.

91.    Plaintiff demand for full investigation demand for Unjust & Unusual Punishment based on 4th, 5th, & 14th Amendment the U.S. Constitution, & Federal law under Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346, Title 42 U.S.C. § 1986, & Title 18 U.S.C. § 4243.

92.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for Unjust & Unusual Punishment to willful deprive severe suffering pain injury life, property or civil liberties under 5th & 14th Amendment the United States Constitution, & Title 18 U.S.C. § 242; Title 42 U.S.C. § 1983, causing prolonged current severe suffering pain injury, divorce, intentional emotional pain distress, hedonic damage, debts/credit damages, severe fear & severe trauma.

93.    As a result of Defendants "Unjust & Unusual Punishment," Plaintiff has been damages in an amount according to proof.

SIXTH CAUSE OF ACTION
CRUEL & DEGRADING TREATMENT
AGAINST

WCAB JUDGE CATHERINE COUTTS; CA WORKERS COMPENSATION BOARD; QME DOCTOR DAVID WOOD; USFI; LWP; ARROWHEAD HOSPITAL; HOAG HOSPITAL, CA; BAPTIST HOSPITAL, TX; PROVIDENCE HOSPITAL, WA; HUNTINGTON HOSPITAL, CA; GROVE IMAGING, CA; DMG IMAGING MONTEREY PARK; DMG IMAGING SAN GABRIEL, CA; SPECTRUM MRI IMAGING, CA; DMI IMAGING, CA; ENVISION IMAGING, TX; NORTHWEST IMAGING, NEB; ORANGE COUNTY DIAGNOSTIC; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA; HUNTINGTON BEACH IMAGING; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE CENTERS, CA

94.    Plaintiff re-alleges the information set forth in Paragraphs I-93 and incorporate those paragraphs as though fully stated in this cause of action.

95.    All Defendants for willful violating severe suffering pain injury rights under 14th Amendment the U.S. Constitution & All Defendants willful violated the law under CA § 1714.55; 42 U.S.C. § 2000dd - Prohibition on cruel, inhuman, or degrading treatment or punishment of persons under custody or control of the United States Government, states: **(a)In general:** No individual in the custody or under the physical control of the U.S. Government, regardless of nationality or physical location, shall be subject to cruel, inhuman or degrading treatment or punishment. **(d)Cruel, inhuman, or degrading treatment or punishment defined**

In this section, the term "cruel, inhuman, or degrading treatment or punishment" means the cruel, unusual, and inhumane treatment or punishment prohibited by the Fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States, as defined in the United States Reservations, Declarations and Understandings to the United Nations Convention Against Torture and Other Forms of Cruel, Inhuman or Degrading Treatment or Punishment done at New York, December 10, 1984.

# What is degrading treatment?

Degrading treatment means treatment that is extremely humiliating and undignified. Whether treatment reaches a level that can be defined as degrading depends on a number of factors. These include the duration of the treatment, its physical or mental effects and the sex, age, vulnerability and health of the victim. This concept is based on the principle of dignity - the innate value of all human beings.

# Are there any restrictions to this right?

Your right not to be tortured or treated in an inhuman or degrading way is absolute. This means it must never be limited or restricted in any way. For example, a public authority can never use lack of resources as a defence against an accusation that it has treated someone in an inhuman or degrading way.

Every person who, with the intent to cause cruel or extreme pain and suffering for the purpose of revenge, extortion, persuasion, or for Any Sadistic Purpose, inflicts great bodily injury as defined in Section 12022.7 upon the person of another, is guilty of torture.

The crime of torture does not require any proof that the victim suffered pain.

*(Added June 5, 1990, by initiative Proposition 115, Sec. 13.)*

Facts & evidence for Cruel & Degrading Treatment (Other on chronology):

On September 9, 2014, Defendants former California Attorney General Kamala Harris suggested to California Workers Compensation.

**Deprivation of medical care:** Individuals in custody have a right to medical treatment for serious medical needs. An official acting under color of law who recognizes the serious medical need, but knowingly and willfully denies or prevents access to medical care may have committed a federal color of law violation.

[#1]. WCAB Judge Catherine Coutts:

<a>. On 9/10/2015, Color of law violation with judge oath, willful ignore perjury show unreasonable multiple DUI instead D.O.I,, willful ignore my Exhibit show series fraud scan medical imaging & willful denied the rights adequate for serious physical suffering severe pain injury treatment at hospital, willful ignore MRI Chest evidence for serious medical care needs, failure to keep from harm, & willful neglect of duty for cruel & degrading treatment with recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit.

Defendants judge Coutts willfully violated 14th Amendment the U.S. Constitution, judge oath, & federal law under Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346.

<b>. On 8/3/2016, Color of law violation with judge oath, prolonged willful ignore perjury, prolonged willful ignore my exhibit, prolonged willful ignore MRI Chest evidence for serious medical care needs, prolonged failure to keep from harm, & willful neglect of duty for cruel & degrading treatment with recognizes the serious medical care needs but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit from 09/10/2015, willful ignore civil criminal lawsuit on 06/21/2016, & unreasonable male Highway Patrol (CHP) indicated that there is crimes accusatory. Also, CHP officer pointing to my name while his asked to clerk court in Pomona, CA.

Defendants judge Coutts willfully violated 14th Amendment the U.S. Constitution, judge oath, & federal law under Title 18 U.S.C. § 241, Title 18 U.S.C. § 242, Title 28 U.S.C. § 1346, Title 28 U.S.C. § 454, Title 42 U.S.C. § 1986, & Title 42 U.S.C. § 2000dd.

[#2]. Workers Compensation Board:

<a>. From 9/22/2014 to 10/28/2014 & from District division San Francisco with first stamp until WCAB in Pomona, CA, show Color of law violations with government oath or judge oath, failure to keep from harm, willful ignore my complaint, willful neglect of duty, & violation letters for cruel & degrading treatment.

I did not know why that violations letter from WCAB in Pomona because Plaintiff follow Defendants former California Attorney General Kamala Harris letter by sent to Division Workers Compensation in San Francisco & violations letter began with Unreasonable Dear Gentleperson from WCAB should never happened based on:

1. two fraud acceptance claims letters on 05/10/2013 & 12/18/2014;
2. On May 6, 2014, civil unlimited lawsuit file from Golden State Overnight Employer & Defendants insurance attorney Dietz, Gilmore & Chazen Law Firm;
3. medical report stated Permanent & Stationary from Doctors Guy Gottcshalks;
4. On October 28, 2014, MRI Chest evidence for serious medical care needs;
5. and if there is no bastard misused unlawful/false crimes accusatory not only based on Unreasonable Dear Gentleperson for Violations letter for threats but Extortion stated Signed $10.000 and FREE TO GO. Also, there are many letters from Defendants insurance attorney Dietz, Gilmore & Chazen Law Firm represented by attorney Richard Lynn stated Dear Gentleperson from October 2014 to August 2016.

<b>. On 10/13/2014, Color of law violations with government oath, failure to keep from harm, willful neglect of duty, & willful denied investigation for cruel & degrading treatment.

<c>. From 9/10/2015 to 8/3/2016, Color of law violations with government oath or judge oath, failure to keep from harm, & willful neglect of duty for cruel & degrading treatment with recognizes the serious medical care needs but knowingly & willfully denied or willful prevents access to medical care by violation letter on 10/28/2014, willful ignore my exhibit from 09/10/2015, willful ignore civil criminal lawsuit on 06/21/2016, & unreasonable male Highway Patrol (CHP) indicated that there is crimes accusatory. Also, CHP officer pointing to my name while his asked to clerk court in Pomona, CA.

[#3]. Defendants QME/AME Doctors

From 12/09/2013, 11/05/2014, to 09/28/2016, Color of law violation with medical Doctors oath, prolonged tort, willful neglect of duty, & nerve block shot injection request with willful ignore serious risks side effect or willful ignore serious risks complications & mortality for Cruel & Degrading Treatment.

[#4]. USFI & LWP (More on Chronology):

<1>. On 11/09/2012, 1st denied claims letter for deprivation serious medical care needs Evidence proven from:
a. Plaintiff have the same current severe physical suffering pain injury even two fraud CT scan imaging in years 2012 intent to hidden my severe physical pain injury location & other evidence proven that 7th more CT scan medical imaging still did fraud after MRI Chest evidence already find severe physical pain injury location from 10/28/2014.
b. Twice works injury;
c. Drug Tramadol pills provided or prescribed by Doctors Mahmud at U.S. Healthworks clinics referred by Golden State Overnight Employer shows serious medical care needs;
d. Serious medical care needs shows on August 2012, Orthopedic Doctors Carl Smith, stated may hernia diagnose, referred to general surgeon, & CT scan order;

<2>. From 05/10/2013 & 12/18/2014, Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery, & fraud we are here to help you with process;

<3>. On 12/18/2014, Second acceptance claims letter not only for fraud medical treatment needs but base on Defendants QME/AME Doctors Wood, MD, for nerve block shot injection request because evidence that there is no Permanent & Stationary but extortion & prolonged death threatening with willful ignore mortality & willful ignore serious risk complication by continue tort from perjury for willful misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence & other evidence.

<4>. Prolonged willful ignore deprivation serious medical care needs for EMTALA Section 1395dd violations show on my Exhibit on 9/10/2015 & racketeering/RICO Lawsuit on 8/3/2016.

<5>. Willful ignore MRI Chest evidence for serious medical care needs.
<6>. On January 15, 2014, Willful ignore medical report from Doctors Alon Englanoof, MD, for serious treatment recommendation after Urine Laboratory testing find blood.

<7>. Extortion stated signed $10.000 & FREE TO GO;

<8>. Deprivation Serious Medical Care Needs shows on November 19, 2015, Legal document from Defendants insurance attorney Richard Lynn for State of California Workers Compensation Appeals Board stated on other/comments: THERE IS "PROPOSED SETTLEMENT" I WANT TO CONSIDER. Matter will proceed to Trial on next date. Set on 12/21/2015 at 8:30 A.M, location Pomona Before Judge Catherine Coutts.

<9>. Deprivations Serious Medical Care needs shows on August 3, 2016, while ongoing WCAB Court hearing & willful ignore series EMTALA §1395dd & series fraud scan imaging shows on civil criminal lawsuit from June 21, 2016.

**Deprivation of medical care:** Individuals in custody have a right to medical treatment for serious medical needs. An official acting under color of law who recognizes the serious medical need, but knowingly and willfully denies or prevents access to medical care may have committed a federal color of law violation.

96. These are indicating not to treat works injury for serious bodily injury pain but

pointing to how to treat serious crimes with bastard mafia punishment based on:

a. Extortion for Signed Settlement $10.000 & FREE TO GO;
b. Perjury;
c. Multiple denied claims letter for unreasonable Workers' Comp Appeals Board;
b. Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery & Fraud we are here to help you with the process.
c. many unreasonable dear Gentleperson letters, includes: by many unreasonable dear Gentleperson letters from Defendants insurance attorney Richard Lynn began from October 2014 to August 2016, two medical report from QME/AME Doctors David Wood, MD, for dear Gentleperson, Violation letters from Workers Compensation Appeals Board in Pomona on 10/28/2014 & this violations letters show two stamp with 1st stamp date on 09/22/2014 by Workers Compensation Division in San Francisco & 2nd stamp by WCAB in Pomona, CA.
d. Two fraud acceptance claims letter for fraud SPEEDY Recovery show unreasonable word had the same language indicated for crimes from 6th Amendment for SPEEDY Public a trial.
e. Deprivation Serious Medical Care Needs for willful ignore MRI Chest Evidence on 10/28/2014, Urine Laboratory Testing Find Blood on 01/03/2014, & on November 19, 2015, Legal document from Defendants insurance attorney Richard Lynn for State of California Workers Compensation Appeals Board stated on other/comments: THERE IS "PROPOSED SETTLEMENT" I WANT TO CONSIDER. Matter will proceed to Trial on next date. Set on 12/21/2015 at 8:30 A.M, location Pomona Before Judge Catherine Coutts.
f. Deprivations Serious Medical Care needs shows on August 3, 2016, while ongoing WCAB Court hearing & willful ignore series EMTALA §1395dd & series fraud scan medical imaging shows on civil criminal lawsuit from June 21, 2016.

[#5]. Facility Imaging:
1. Color of law violation based on Title 18 U.S.C. § 242;
2. Willful ignore mortality & willful ignore serious risk complication for fraud scan;
3. Fraud scan medical imaging NOT by accidents or bullshit mafia Error based on Review demand, Perjury for willful misused three fraud scan medical imaging from years 2012, knowledge & aware for my complaint or my current serious

bodily injury pain, Prolonged or many or series fraud scan medical imaging, and seventh fraud CT scan medical imaging intent to kept continue fraud CT scan medical imaging even after MRI Chest evidence already find severe physical suffering pain injury location from 10/28/2014.

97.   Plaintiff demand for full investigation for Cruel and Degrading Treatment based on

4th, 5th, & 14th Amendment the U.S. Constitution, Government employee oath or judge

oath or medical law oath, & Title 18 U.S.C. § 242, Title 42 U.S.C. § 2000dd.

98.   On 1/15/2014, Medical report from Doctors Alon Englanoff, MD, stated:

1). At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied.
2). I HAVE ALSO NOT RECEIVED ANY MEDICAL RECORDS INCLUDING THE PATIENT'S PRIOR CT SCAN OF THE ABDOMEN TO REVIEW.
3). I have given the patient a copy of his urinalysis. I have explained to the patient that He Needs to Follow up with his private medical doctor at County clinics on a Non-Industrial basis for a complete workup of his microscopic hematuria.
4). The Patient has been Advised of the Risk of Significant MORBIDITY and even MORTALITY if left unevaluated.
5). At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries.
6). Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

On August 2012, Orthopedic Carl Smith, M.D, stated: diagnosed probable Intra-abdominal pathology; recommended being seen by a general surgeon for that Because He May Have A HERNIA; CT Scan ordered; "Follow up with Primary Doctor."

99.   Plaintiff has suffered & continue to suffer by Defendants intentional, willful

misconduct & willful neglect of duty for Cruel & Degrading Treatment under Title 42

U.S.C. Section 1983, causing prolonged current severe suffering pain injury, emotional

pain distress, divorce, mental anguish, loss enjoyment of life, injury to reputation, car

repossession, debts/credit damage, severe fear & severe trauma.

100.   As a result of Defendants "Cruel & Degrading Treatment," Plaintiff has been

damages in an amount of $30.000.000.000,00 ($30 billion).

SEVENTH CAUSE OF ACTION
FRAUD SCAN MEDICAL IMAGING & THEFT
AGAINST
SPECTRUM MRI IMAGING, CA; ENVISION IMAGING, TEXAS; ORANGE COUNTY
DIAGNOSTIC, CA; HUNTINGTON IMAGING, CA

101.    Plaintiff re-alleges the information set forth in Paragraphs I-100 and incorporate

those paragraphs as though fully stated in this cause of action.

102.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution

& willfully violated federal law under Title 18 U.S.C. § 242; 18 U.S.C. § 1346.

Facts & evidence for Fraud scan medical imaging & theft:

[1}. Defendants Spectrum Imaging in Chino, California:

[2]. Envision Imaging in Irving, Texas;

[3]. Defendants Orange County Diagnostic in Lagunawood, California:

[4]. Defendants Huntington Imaging, California:

103    Plaintiff demand for Full investigation demand for Fraud Scan Medical Imaging &

Theft Based on 5th & 14th Amendment the United States Constitution & Federal Law.

104.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Fraud scan medical imaging & theft for willful

deprive severe suffering pain injury life, property or civil liberty under Title 18 U.S.C. §

242; Title 18 U.S.C. § 1346; Title 42 U.S.C. § 1983, causing prolonged current severe

suffering pain injury, divorce, loss enjoyment of life, Intentional Emotional Pain Distress,

debts/credit damages, & severe trauma.

105.    As a result of Defendants "Fraud Scan Medical Imaging & Theft,"

Plaintiff is entitled to damages in an amount according to proof.

EIGHTS CAUSE OF ACTION
DEPRIVATION SERIOUS MEDICAL CARE NEEDS & TORT
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; FEDERAL JUDGE JESUS BERNAL; WCAB JUDGE CATHERINE COUTTS; CA WORKER COMPENSATION BOARD; QME DOCTORS DAVID WOOD, M.D; USFI; LWP; ATTORNEY TELLERIA & LEVY, CA; DIETZ, GILMOR & CHAZEN LAW FIRM;ARROWHEAD HOSPITAL, CA; HOAG NEWPORT HOSPITAL, CA; BAPTIST HOSPITAL, TEXAS; PROVIDENCE HOSPITAL, WA; HUNTINGTON HOSPITAL, CA; GROVE IMAGING, CA; DMG IMAGING MONTEREY PARK, CA; ORANGE COUNTY DIAGNOSTIC, CA; SHAND LAKE SHORE HOSPITAL, FL; BAPTIST HOSPITAL, JACKSONVILLE, FL; CORONA HOSPITAL IN CORONA, CA; HUNTINGTON BEACH IMAGING, CA; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE CENTERS, CA

106.    Plaintiff re-alleges the information set forth in Paragraphs I-104 and incorporate those paragraphs as though fully stated in this cause of action.

107.    All Defendants with intentional, willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 5th or 14th Amendment the U.S. Constitution & willfully violated the law under Title 18 U.S.C. § 242; 28 U.S.C. § 1346.

Facts & evidence for deprivation serious medical care needs & tort (other on chronology)

[1]. Former president Trump & Administration:
Based on Article II & Color of law violation with government oath, willful neglect of duty, & willful denied green card petition for intentional misconduct, and willful ignore my civil criminal lawsuit show serious medical care needs, and on September 29, 2020, Trump Department of Justice show willful ignore my help request to stop it this illegal act while I'm going to Corona hospital & I already in Corona hospital.

[2]. Federal Judge Jesus Bernal:
Color of law violation with judge oath, willful neglect of duty, failure to keep from harm & series civil criminal lawsuit for knowledge with my current physical severe pain injury, crimes, and recognizes the serious medical need, but knowingly & willful denies or prevent access to medical care by dismissed the case without access to medical care & without open criminal investigation demand.

[3]. WCAB Judge Catherine Coutts;
Color of law violation with judge oath, willful neglect of duty, & recognizes the serious medical need, but knowingly & willful denies or prevent access to medical care by willful ignore perjury & willful ignore my exhibit on 09/10/2015, willful ignore my complaint, willful ignore MRI Chest evidence for serious medical care needs, willful ignore federal lawsuit show series fraud scan medical imaging & series EMTALA § 1395dd violations.

84

[4]. CA Workers Compensation Board:
Color of law violation with government oath or judge oath, violation letter from Law administrative judge at WCAB in Pomona on 10/28/2014, willful denied investigation from W C investigation unit in Oakland on 10/13/2014 & prolonged tort from judge Catherine Coutts at WCAB in Pomona from 09/10/2015 to 08/03/2016.

[5]. QME/AME Orthopedic Doctors David Wood, MD:
From 12/09/2013, 11/05/2014, to 09/28/2016, Color of law violation with medical Doctors oath, prolonged tort, willful neglect of duty, & nerve block shot injection request with willful ignore serious risks side effect or willful ignore serious risks complications & mortality for Derivation Serious Medical Care Need & Tort.

[6]. USFI & LWP (more on chronology):
Based on Care Providers in public health facilities for treat works injury & Color of law violation with Care Providers oath, on 11/9/2012 denied claims letters (Evidence proven from Orthopedic Doctors Carl Smith medical report, twice works injury, Plaintiff have the same current severe physical suffering pain injury even two fraud CT scan imaging in years 2012 intent to hidden my severe physical pain injury location & other evidence proven that 7th more CT scan medical imaging still did fraud after MRI Chest evidence already find severe physical pain injury location from 10/28/2014, & other), Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery & Fraud we are here to help you with the process, Extortion for Signed $10.000,00 & FREE TO GO, Perjury for misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014, willful ignore MRI Chest evidence for serious medical care needs, & willful ignore medical report from Doctors Alon Englanoff, MD.

[7]. Other Defendants on chronology.

108.    Plaintiff demand for full investigation demand for Deprivation Serious Medical Care Needs & Tort based 5th & 14th Amendment the U.S. Constitution and federal law.

109.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for deprivation Serious Medical Care Needs & Tort for willful deprive severe physical pain injury life, property & liberty under 18 U.S.C. §242 or Title 28 U.S.C. § 1346, causing prolonged severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, mental anguish, debts/credit damages and trauma.

110.    As a result of Defendants "Deprivation Serious Medical Care Needs & Tort,"
Plaintiff has been damages in an amount of $ 30.000.000.000,00 ($30 billion).

NINTH CAUSE OF ACTION
CONSPIRACY AGAINST RIGHTS & TORT
AGAINST

WCAB JUDGE CATHERINE COUTTS; CA WORKER COMPENSATION BOARD; US FIRE INSURANCE, NEW JERSEY; LWP CLAIM SACRAMENTO, CA; ATTORNEY TELLERIA & LEVY, CA; DIETZ, GILMOR & CHAZEN LAW FIRM; ARROWHEAD HOSPITAL, CA; BAPTIST HOSPITAL, TEXAS; PROVIDENCE HOSPITAL, WA; HUNTINGTON HOSPITAL, CA; GROVE IMAGING, CA; DMG IMAGING MONTEREY PARK, CA; ENVISION IMAGING, IRVING, TEXAS; ORANGE COUNTY DIAGNOSTIC, CA; BAPTIST HOSPITAL, JACKSONVILLE, FL; CORONA HOSPITAL IN CORONA, CA; HUNTINGTON BEACH IMAGING, CA; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE CENTERS, CA

111.    Plaintiff re-alleges the information set forth in Paragraphs I-110 and incorporate those paragraphs as though fully stated in this cause of action.

112.    All Defendants with intentional, willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution & willful violated federal law under Title 18 U.S.C. § 241; 28.U.S.C. § 1346. Facts & evidence for Conspiracy against Rights & Tort on Chronology.

113.    Plaintiff demand for Full Investigation demand for Conspiracy against Rights & Tort based on 5th & 14th Amendment the United States Constitution and Federal law.

114.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Conspiracy against Rights & Tort for willful deprive severe suffering pain injury life, property & liberty under Title 42 U.S.C. § 1983, causing prolonged severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, mental anguish, debts/credit damages, & severe trauma.

115.    As a result of Defendants "Conspiracy against Rights & Tort," Plaintiff is entitled to damages in an amount according to proof.

TENTH CAUSE OF ACTION
EMTALA SECTION 1395dd VIOLATIONS
AGAINST
ARROWHEAD HOSPITAL, CA; HOAG NEWPORT HOSPITAL, CA; BAPTIST HOSPITAL, TEXAS; PROVIDENCE HOSPITAL, WA; HUNTINGTON HOSPITAL, CA; SHAND LAKE SHORE HOSPITAL, FL; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA; REDLANDS HOSPITAL, CA

116.    Plaintiff re-alleges the information set forth in Paragraphs I-112 and incorporate those paragraphs as though fully stated in this cause of action.

117.    All Defendants with intentional failure act, willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution, & willfully violated Federal law under Title 42 U.S.C. § 1395dd & Title 18 U.S.C. § 242.

**Title 42 U.S.C. Section 1395dd, states:**

**(a)Medical screening requirement**
In the case of a hospital that has a hospital emergency department, if any individual (whether or not eligible for benefits under this subchapter) comes to the emergency department and a request is made on the individual's behalf for examination or treatment for a medical condition,
the hospital must provide for an appropriate medical screening examination

the hospital must provide for an appropriate medical screening examination within the capability of the hospital's emergency department, including ancillary services routinely available to the emergency department, to determine whether or not an emergency medical condition (within the meaning of subsection (e)(1)) exists.

(e)Definitions In this section:
**(1)**The term "emergency medical condition" means—
**(A)** a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that the absence of immediate medical attention could reasonably be expected to result in—
**(i)** placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy,
**(ii)** serious impairment to bodily functions, or

Facts & evidence for EMTALA § 1395dd Violations (other Defendants on Chronology)::

All Defendants know my complaint that I have current severe physical suffering pain injuries & I'm never had this series EMTALA Section 1395dd but all of this EMTALA Section 1395dd violations happened since after twice works injury & since Plaintiff dealing with Defendants insurance LWP & USFI under Workers Compensation.

#1. On March 25, 2013, Unusual EMTALA Section 1395dd violations near in the front door entrance on waiting rooms at Arrowhead hospital.

#2. On May 11, 2014, Willful denied severe suffering pain injury treatment with unreasonable referred to primary Doctors until Neurologist specialist & unreasonable denied severe suffering pain injury treatment because I already had this severe physical suffering pain injury more than a years & twice medical report show hernia diagnose. Also, MRI lumbar spine from Eagle eye imaging on 01/06/2014 show related to severe suffering pain injury & urine laboratory test found blood at Quest Diagnostic on 01/03/2014 but nothing new in this case for nonsense laboratory test found no blood because evidence proven from new Defendants Shand Lake Shore hospital that they willful ignore Urine Laboratory test already found blood before at Health & Wellness Urgent care in Tallahassee & other urine laboratory test found blood at new Defendants Baptist hospital after several hours visit Shand Lake Shore hospital.

#3. Plaintiff with serious bodily injury pain have the rights to seeks immediate help from hospital based on:

a. serious bodily injury pain for current physical suffering severe pain injury;
b. MRI Chest evidence & Urine Laboratory Testing find blood;
c. willful denied the rights adequate for severe physical suffering pain injury with former primary Doctors Michael Mostyn, MD, on 12/02/2014,

#4. Other Defendants on Chronology.

118.    Plaintiff demand for full investigation demand for EMTALA § 1395dd violations based 5th & 14th Amendment the U.S. Constitution and federal law.

119.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for EMTALA Section 1395dd violations for willful deprive severe suffering pain injury life, property & liberty under 18 U.S.C. § 242, Title 42 U.S.C. § 1395dd, Title 42 U.S.C. Section 1983, causing prolonged severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, debts/credit damages & trauma.

120.    As a result of Defendants "EMTALA Section 1395dd Violations, Plaintiff is entitled to damages in an amount according to proof.

ELEVENTH CAUSE OF ACTION
UNLAWFUL ENTRAPMENT & ABUSE
AGAINST
WORKERS COMPENSATION; USFI; LWP;

121.    Plaintiff re-alleges the information set forth in Paragraphs I-120 and incorporate

those paragraphs as though fully stated in this cause of action.

122.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe physical suffering pain injury rights under 14th Amendment the

United States Constitution & willful violated federal law under Title 18 U.S.C. § 242;

28.U.S.C. § 1346; & CA § 1714.55.

Facts & evidence for Unlawful Entrapment & Abuse (other on Chronology):

Workers Compensation Board:

On 10/28/2014, Violations letter for threats & this violation letters began with Dear
Gentleperson show the same words for dear Gentleperson began using by QME/AME
Doctors David Wood medical report on 12/9/2013, and many letters from Defendants
insurance attorney Dietz, Gilmore & Chazen law firm from 10/08/2014 to August 2016.

USFI & LWP:

a. 5/10/2013, 1st fraud acceptance claims letters with flattery for fraud medical treatment
needs, fraud we wish you speedy recovery & fraud we are here to help you with process;
b. 12/18/2014, second fraud acceptance claims letter with flattery for fraud medical
treatment needs, fraud we wish you SPEEDY Recovery, & fraud we are here to help you
with process but straight to extortion & perjury;
c. Two fraud acceptance claims letters for harassment;
d. Extortion for Signed $10.000 Settlement & FREE TO GO for threats;
e. Series Extortion stated Signed $10.000 Settlement & FREE TO GO & keep continue
proposed settlement show from legal document on 11/19/2015 for harassment;
f. Prolonged Tort & Many letters from Defendants insurance attorney Dietz, Gilmore &
Chazen for Dear Gentlepeson from October 8, 2014 to August 2016 for threats.

123.    Unlawful entrapeson & Abuse for criminal investigation indicated began from

Unlawful Searches find gossip for unlawful/false crimes accusatory then using those

gossip for influence & set up Unlawful Entrapment began from years 2012 to 2022.

Other evidence for Unlawful Entrapment & Abuse show criminal investigation:

<1>. In early years 2012, Unreasonable Threats from Golden State Overnight Employer manager Daniel Arias stated Plaintiff could go to jail because of not report works injury on the same days & nonsense works injury treatment began with drug/alcohol test after delays twice works injury treatment.

<2>. Series or EMTALA § 1395dd violations from 2013 to 2022 and Series or 14th fraud scan medical imaging from years 2012 to 2022 for cruel & degrading treatment show unlawful control for willfully violating 4th, 5th, & 14th Amendment the U.S. Constitution, Investigatory & Accusatory Police Procedure & Federal law under Title 18 U.S.C. § 242, Title 18 U.S.C. § 4243, and similar with Title 42 U.S.C. § 2000dd.

<3>. Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery, & fraud we are here to help you with process;

<4>. Extortion for Signed $10.000 Settlement & FREE TO GO for threats;

<5>. Series Extortion stated Signed $10.000 Settlement & FREE TO GO.

<6>. Perjury with Exhibit show Unreasonable Three D.U.I instead DOI by his in writing.

<7>. Massive Dear Gentleperson from Defendants WCAB in Pomona with violations letter for threats on 10/28/2014, Defendants QME/AME Doctors David Wood medical report with Nerve Block Shot Injections Request for Death Threats with mortality & complication, and Defendants insurance attorney Dietz, Gilmore, & Chazen law firm represented by attorney Richard Lynn from 10/08/2014 to August 2016.

<8>. Unusual act from Ex-wife for seeks failure sexual offender entrapment but DNA Paternity testing for Asher Gerungan still be questionable for Fraud DNA Paternity & new rape techniques must be apply if true that Asher Gerungan not my son because there is no evidence for adultery meeting but influence for misused unlawful/false crimes accusatory based on ex-wife text message/phone called & her unusual act.

<9>. On November 12, 2015, Letter from Commissioner Jon Weizenbaum on Texas Department of Aging & Disability Services, stated Re: Transferring to Texas. Your form has not been proceed for the reason (listed) below: X-Need criminal history from the Texas Department of Public Safety for all names used, see note below, X- OTHER: NEED CRIMINAL CHECK FOR IROOT

<10>. More.

124.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Unlawful Entrapment & Abuse for willful deprive severe physical suffering pain injury life, property & liberty under 42 U.S.C. § 1983, causing prolonged physical suffering severe pain injury, divorce, emotional pain distress, hedonic, severe fear & trauma.

125.    As a result of Defendants "Unlawful Entrapment & Abuse," Plaintiff is entitled to damages in an amount according to proof.

TWELVE CAUSE OF ACTION
ABUSE CIVIL RIGHTS & HARM
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; WCAB JUDGE CATHERINE COUTTS; CA WORKER COMPENSATION BOARD; USFI; LWP; PROVIDENCE HOSPITAL, WA; GROVE IMAGING, CA; DMG IMAGING MONTEREY PARK, CA; ORANGE COUNTY DIAGNOSTIC, CA; BAPTIST HOSPITAL, JACKSONVILLE, FL; CORONA HOSPITAL IN CORONA, CA; HUNTINGTON BEACH IMAGING, CA; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE, CA

126.    Plaintiff re-alleges the information set forth in Paragraphs I-125 and those paragraphs as though fully stated in this cause of action.

127.    All Defendants with intentional, willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 5th or 14th Amendment the U.S. Constitution & willfully violated federal law under Title 18 U.S.C. §242 & Title 28 U.S.C. §1346

Facts & Evidence for Abuse Civil rights & Harm (Other Defendants on Chronology):

[1]. Former President Trump White House & Administration:
Based on Article II & Color of law violations with abuse of authority, willful violated nor deny equal protections under the law, willful neglect of duty, & Willful denied green card petitions on January 3, 2018 for Abuse Civil Rights & Harm causing divorce.

[2]. Workers Compensation Board:
a. 10/28/2014, Color of law violations with government oath or judge oath, failure to keep from harm willful neglect of duty, and violations letters for Abuse Civil Rights & Harm.
b. Color of law violations with government oath or judge oath, failure to keep from harm, violations letter from Law Administrative judge at WCAB in Pomona on 10/28/2014, willful denied investigation from Workers Compensation Investigation unit in Oakland on 10/13/2014, recognizes the serious medical care need from Defendants WCAB judge Catherine Coutts in Pomona but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit & federal lawsuit show series EMTALA §1395dd violations & willful engaged in the practice of law for Abuse Civil Rights & Harm.
[3]. WCAB Judge Catherine Coutts:
a. On 09/10/2015, Color of law violations with judge oath, recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit show willful denied the rights adequate for serious physical suffering severe pain injury treatment at hospital, MRI Chest evidence, willful ignore perjury, willful ignore my exhibit, mistreated, & willful neglect of duty.
b. On 08/03/2016, Color of law violation with judge oath, failure to keep from harm, willful neglect of duty, mistreated, recognizes the serious medical care need but knowingly and willfully denied or willful prevents access to medical care by willful ignore federal lawsuit.

[4]. USFI & LWP based on Care Providers in public health facility (more on Chronology): Based on Care Providers in public health facilities for treat works injury & Color of law violation with Care Providers oath, on 11/9/2012 first denied claims letters for deprivation serious medical care needs (Evidence proven from Orthopedic Doctors Carl Smith medical report, twice works injury, Plaintiff have the same current severe physical suffering pain injury even two fraud CT scan imaging in years 2012 intent to hidden my severe physical pain injury location & other evidence proven that 7th more CT scan medical imaging still did fraud after MRI Chest evidence already find severe physical pain injury location from 10/28/2014, & other), Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery & Fraud we are here to help you with the process, Extortion for Signed $10.000,00 & FREE TO GO, Perjury for misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014, & willful ignore MRI Chest evidence for serious medical care needs.

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated: Urine Laboratory Testing Show Trace Occult Blood. At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied. I Have Also NOT RECEIVED Any Medical Records including The Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries. Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

128.    Plaintiff demand for full investigation demand for Abuse Civil Rights and Harm based 5th & 14th Amendment the U.S. Constitution and federal law.

129.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Abuse Civil Rights & Harm for willful deprive severe suffering pain injury life, property & liberty under 42 U.S.C. Section 1983, causing prolonged severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, mental anguish, debts/credit damages, severe fear & severe trauma.

130.    As a result of Defendants "Abuse Civil Rights & Harm," Plaintiff is entitled to damages in an amount according to proof.

### THIRTEENTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL PAIN DISTRESS & TORT
### AGAINST

WCAB JUDGE CATHERINE COUTTS; CA WORKER COMPENSATION BOARD; QME DOCTORS DAVID WOOD, M.D; USFI; LWP; BAPTIST HOSPITAL, TEXAS; PROVIDENCE HOSPITAL, WA; GROVE IMAGING, CA; DMG IMAGING SAN GABRIEL, CA; DMG IMAGING MONTEREY PARK, CA; ENVISION IMAGING, TX; ORANGE COUNTY DIAGNOSTIC, CA; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA; HUNTINGTON BEACH IMAGING, CA; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE CENTERS, CA

131.    Plaintiff re-alleges the information set forth in Paragraphs I-130 and incorporate those paragraphs as though fully stated in this cause of action.

132.    All Defendants with intentional, willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 5th, or 14th Amendment the U.S. Constitution & willful violated Federal law under CA § 1714.55 & Title 28 U.S.C. § 1346. Facts & Evidence for IIED & Tort on Chronology.

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated: The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied. I Have Also NOT RECEIVED Any Medical Records including The Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries. Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

133.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Intentional Infliction of Emotional Pain Distress & Tort under Title 42 U.S.C. § 1983, causing severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, debts/credit damages, severe fear & severe trauma.

134.    As a result of Defendants "Intentional Infliction of Emotional Pain Distress & Tort," Plaintiff is entitled to damages in an amount according to proof.

FOURTEENTH CAUSE OF ACTION
FOURTEENTH AMENDMENT VIOLATIONS, TORT &
NOR DENY EQUAL PROTECTIONS UNDER THE LAW
AGAINST
FORMER PRESIDENT TRUMP & ADMINISTRATION; FORMER PRESIDENT OBAMA &
ADMINISTRATION; FBI AGENCY; FORMER CA A.G. KAMALA HARRIS; FEDERAL
JUDGE JESUS BERNAL; SUPERIOR JUDGE SUNSHINE SYKES; WCAB JUDGE
CATHERINE COUTTS; CA WORKER COMPENSATION BOARD

135.    Plaintiff re-alleges the information set forth in Paragraphs I-134 and incorporate

those paragraphs as though fully stated in this cause of action.

136.    All Defendants willfully violate severe suffering pain injury rights under 14th

Amendment the U.S. Constitution & willfully violate federal law under Title 18 U.S.C.

§ 242; 28 U.S.C. § 1346; 5 U.S.C. § 3331 or Title 28 U.S.C. Section 453.

137.    Also, All Defendants intent to violating severe physical suffering pain injury rights

based on Serious Bodily Injury Pain or Americans with Disability Act of 1990.

Facts & evidence for 14th Amendment violations, Tort & Nor Deny Equal Protections
under the law (Other Defendants on Chronology).

[1]. Former president Trump & Administration: Based on Article II & Color of law violation
with government oath, failure to keep from harm, willful neglect of duty, knowledge my
federal lawsuit, & willful denied green card petition.

[2]. Former president Obama & Administration: Based on Article II & Color of law
violations with government oath, failure to keep from harm, willful neglect of duty,
knowledge my federal lawsuit, & willful denied investigation from Obama DOJ on
09/2014 by letter & on 02/2015 by email.

138.    Plaintiff has suffered & continue to suffer by Defendants for 14th Amendment

Violation, Tort & Nor Deny Equal Protections under the law under Title 42 U.S.C. §1983,

causing prolonged severe suffering pain injury, divorce, loss enjoyment of life, & trauma.

139.    As a result of Defendants "14th Amendment Violations, Tort, & Nor Deny Equal

Protections Under The Law," Plaintiff is entitled to damages in an amount according to

proof.

FIFTEENTH CAUSE OF ACTION
SERIOUS HUMAN RIGHTS OFFENSES/VIOLATIONS
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION: WCAB JUDGE CATHERINE COUTTS; CA WORKERS COMPENSATION BOARD; QME DOCTORS DAVID WOOD; USFI; LWP; ATTORNEY TELLERIA & LEVY; DIETZ, GILMORE & CHAZEN LAW FIRM; PROVIDENCE HOSPITAL, WA; HUNTINGTON HOSPITAL, CA; GROVE IMAGING, CA; DMG IMAGING MONTEREY PARK, CA; ORANGE COUNTY DIAGNOSTIC, CA; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA; HUNTINGTON IMAGING, CA; REDLANDS HOSPITAL; SO-CAL EMERGENCY MEDICINE URGENT CARE, CA

140.    Plaintiff re-alleges the information set forth in Paragraphs I-139 and incorporate those paragraphs as though fully stated in this cause of action.

141.    All Defendants with intentional or willful misconduct & willful neglect of duty for willful violated severe suffering pain injury rights under 5th & 14th Amendment the U.S. Constitution & willfully violate federal law under Title 18 U.S.C. § 242; 28 U.S.C. § 1346. Facts & evidence for Serious Human Rights Offenses/Violations (Other Defendants based on Chronology).

[1]. Former President Trump White House & Administration:
Based on Article II & Color of law violation with government oath, failure to keep from harm, willful neglect of duty, Abuse power, knowledge prolonged severe physical pain injury from federal lawsuit but unlawful engaged with willful denied green card petition, & willful ignore serious medical care needs for serious human rights offenses/violation. Public evidence for unexpected meeting between Donald Trump & Speaker Setya Novanto at Trump Tower still be questionable if Mr. Trump asked unlawful investigation from foreign Country or Indonesia because willful denied green card petition without reason indicated for neither pending misused crimes accusatory but my Constitutional rights & my current physical suffering severe pain injury rights to seeks full investigation demand related to those questionable meeting at Trump tower on September 3, 2015.
[2]. WCAB Judge Catherine Coutts:
a. On 09/10/2015, Color of law violations with judge oath, recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit show willful denied the rights adequate for serious medical care needs at hospital, willful ignore MRI Chest evidence for serious medical care needs, & willful neglect of duty for serious human rights offenses/violations.
b. On 08/03/2016, Color of law violation with judge oath, failure to keep from harm, willful neglect of duty, recognizes the serious medical care need but knowingly and willfully denied or willful prevents access to medical care by willful ignore federal lawsuit.
c. 09/10/2015 to 08/03/2016, Color of law violations similar with Title 42 U.S.C. § 2000dd

[3]. Workers Compensation Board:

Color of law violations with government oath or judge oath, failure to keep from harm, violations letter from WCAB in Pomona on 10/28/2014, willful denied investigation from W C Investigation unit in Oakland on 10/13/2014, recognizes the serious medical care need from WCAB judge Coutts in Pomona but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit & federal lawsuit show series EMTALA §1395dd violations, & willful engaged in the practice of law for Serious human rights offenses/violations.

[4]. QME/AME Orthopedic Doctors David Wood, MD:

From 12/09/2013, 11/05/2014, to 09/28/2016, Color of law violation with medical Doctors oath, prolonged tort, willful neglect of duty, & nerve block shot injection request with willful ignore serious risks side effect or willful ignore serious risks complications & mortality for Derivation Serious Medical Care Need & Tort.

[5]. USFI & LWP:

Based on Care Providers in public health facilities for treat works injury & Color of law violation with Care Providers oath, on 11/9/2012 first denied claims letters for deprivation serious medical care needs (Evidence proven from Orthopedic Doctors Carl Smith medical report, twice works injury, Plaintiff have the same current severe physical suffering pain injury even two fraud CT scan imaging in years 2012 intent to hidden my severe physical pain injury location & other evidence proven that 7th more CT scan medical imaging still did fraud after MRI Chest evidence already find severe physical pain injury location from 10/28/2014, & other), Two fraud acceptance claims letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY Recovery & Fraud we are here to help you with the process, Extortion for Signed $10.000,00 & FREE TO GO, Perjury for misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014, & willful ignore MRI Chest evidence for serious medical care needs.

142.  Plaintiff demand for Full investigation for Serious Human Rights Offenses/Violation based on 4th, 5th, & 14th Amendment the U.S. Constitution & federal law

143.   Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for Serious Human Rights Offenses/Violations for willful deprive severe physical pain injury life, property & liberty under Title 42 U.S.C. § 1983, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, mental anguish, hedonic damages, debts/credit damages, fear & trauma.

144.   As a result of Defendants "Serious Human Rights Offenses/Violations," Plaintiff is entitled to damages in an amount according to proof.

SIXTEEN CAUSE OF ACTION
COLOR OF LAW VIOLATIONS & TORT
AGAINST

FORMER PRESIDENT TRUMP & ADMINISTRATION; FORMER PRESIDENT OBAMA & ADMINISTRATION; FORMER CA ATTORNEY GENERAL KAMALA HARRIS; FEDERAL JUDGE JESUS BERNAL; WCAB JUDGE CATHERINE COUTTS; CA WORKERS COMPENSATION BOARD;

145.   Plaintiff re-alleges the information set forth in Paragraphs I-144 and incorporate those paragraphs as though fully stated in this cause of action.

146.   All Defendants with intentional or willful misconduct & willful neglect of duty for willfully violated severe suffering pain injury rights under 5th or 14th Amendment the U.S. Constitution & willfully violated the law under Title 18 U.S.C. § 242; Title 28 U.S.C. § 1346. Also, all Defendants violating severe physical suffering pain injury rights/life based on Serious Bodily Injury Pain or Americans with Disability Act of 1990.

Facts & evidence for Color of Law Violations & Tort (Other on Chronology):

[1]. Former president Trump White House & Administration:
Based on Article II & Color of law violation with government oath, failure to keep from harm, willful neglect of duty, & knowledge prolonged severe physical suffering pain injury from federal lawsuit, & willful denied green card petition for Color of law violation & tort.

[2]. Former president Obama & Administration:
Former president Obama & Administration: Based on Article II & Color of law violations with government oath, failure to keep from harm, knowledge my federal lawsuit, & willful denied investigation from Obama DOJ on 09/12/2014 by letter & on 02/24/2015 by email, & willful neglect of duty for Color of law violation & tort.

[3]. Former CA Attorney General Kamala Harris:
Color of law violation with government oath, failure to keep from harm, knowledge by denied letter on 09/09/2014, & willful neglect of duty for Color of law violation & tort

[4]. Federal judge Jesus Bernal:
Color of law violation with judge oath, willful neglect of duty, failure to keep from harm & series civil criminal lawsuit for knowledge with my current physical severe pain injury, crimes, and recognizes the serious medical need, but knowingly & willful denies or prevent access to medical care by dismissed the case without access to medical care & without open criminal investigation.

[5]. WCAB Judge Catherine Coutts:

a. On 09/10/2015, Color of law violations with judge oath, recognizes the serious medical care need but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit show willful denied the rights adequate for serious medical care needs at hospital, willful ignore MRI Chest evidence for serious medical care needs, & willful neglect of duty for serious human rights offenses/violations.
b. On 08/03/2016, Color of law violation with judge oath, failure to keep from harm, willful neglect of duty, recognizes the serious medical care need but knowingly and willfully denied or willful prevents access to medical care by willful ignore federal lawsuit.

[6]. Workers Compensation Board:

Color of law violations with government oath or judge oath, failure to keep from harm, violations letter from Law Administrative judge at WCAB in Pomona on 10/28/2014, willful denied investigation from Workers Compensation Investigation unit in Oakland on 10/13/2014, recognizes the serious medical care need from WCAB judge Coutts in Pomona but knowingly & willfully denied or willful prevents access to medical care by willful ignore my exhibit & federal lawsuit, willful ignore MRI Chest evidence for Serious medical care needs, & willful neglect of duty for Color of Law violation & tort.

147.   Plaintiff has suffered & continue to suffer by Defendants with intentional or willful misconduct & willful neglect of duty for Color of Law Violations & Tort for willful deprive severe suffering pain injury life, property & liberty under 5th & 14th Amendment the United States Constitution, & Title 28 U.S.C. Section 2672, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, mental anguish, hedonic damages, debts/credit damages, severe fear & severe trauma.

148.   As a result of Defendants "Color of Law Violations & Tort," Plaintiff is entitled to damages in an amount according to proof.

SEVENTEEN CAUSE OF ACTION
ABUSE DUE PROCESS & HARM
AGAINST
USFI; LWP; DIETZ, GILMORE & CHAZEN LAW FIRM

149.    Plaintiff re-alleges the information set forth in Paragraphs I-148 and incorporate

those paragraphs as though fully stated in this cause of action.

150.    Defendants with willful violated severe suffering pain injury rights under 4th, 5th, 6th, 8th

& 14th Amendment the U.S. Constitution & willfully violated federal law under Title 18 U.S.C.

§ 242; 28.U.S.C. § 1346; 18 U.S.C. § 1951.

Facts & evidence for Abuse Due Process & Harm:

1. Unreasonable Threats already began from GSO Employer manager Daniel Arias
stated Plaintiff can go to jail because of not report works injury on the same days.

2. On 05/10/2013, First fraud acceptance claims letter with flattery for fraud we wish you
SPEEDY recovery.
SPEEDY words indicated for 6th Amendment based on unlawful lengthy delays speedy
public a trial for false crimes accusatory.
Other SPEEDY words pointing to driving & there is Unreasonable 3 D U I word instead
D.O.I shows on perjury with Exhibit from Defendants insurance represented by attorney
Richard Lynn & by his in writing on September 10, 2015.
Also, speedy words find from Unlawful Searches proven unconstitutional.
FISA Abuse for crimes accuser threats & distraction intent to show Riverside Luxury
drug/alcohol rehab & this rehab accuser proven for false crimes accusatory because I'm
never went to drug/alcohol rehab but this FISA Abuse for crimes accuser threats similar
with Title 42 U.S.C. Section 2000dd & new interrogation techniques.
2. On 12/18/2014, Second fraud acceptance claims letter with flattery for fraud we wish
you SPEEDY Recovery.
This Second SPEEDY words proven by purpose.
3. Extortion stated Signed $10.000 Settlement & FREE TO GO.
4. Perjury show cruel exhibit for DUI instead D.O.I. by his in writing.
5. On 12/20/2012, Letter from Dietz, Gilmore & Chazen for notice of taking
deposition for production of documents show repeat words for Any and All
LICENSES, or Other LICENSES ISSUED BY the Department of Motor Vehicle.
**6. Series letter from years 2014 to 2015 from Defendants insurance attorney
Dietz, Gilmore & Chazen Law Firm show unreasonable GENTLEPERSON
instead dear name; Violations letter from Defendants WCAB show
Unreasonable GENTLEPERSON. This GENTLEPERSON pointing to false
crimes accusatory with sexual offender.**

Other Evidence for Abuse Due Process show from others unreasonable act:

1. On January 10, 2013, at YVR Airport in Vancouver, Canada, and by Female Canada Border Custom asked me, did you ever murders someone?

2. On July 19, 2019, FISA Abuse through apple device show threats message stated: SHOULD CRIME BE REWARDED?

3. FISA Abuse through apple device intent for threats with DUI Attorney in Orange County, fix traffic tickets for $49, & other threats related to CA DMV.

**4. unlawful entrapment for sexual offender from ex-wife act on 8/6/2020 & other her unusual act with jail threats words show on her text message & first unexpected threats with jail words began from GSO manager Daniel stated I could go to jail because of not report works injury on the same days but now, ex-wife express husband name Daniel & DNA Paternity testing for Asher Gerungan still be questionable for DNA paternity fraud & serious crime must be charge if true that Asher Gerungan not my son because there is no evidence for adultery meeting but influence for misused unlawful/false crimes accusatory shows from her text/phone called & her unusual act.**

151.    Prolonged tort, cruel, degrading treatment, unlawful monitoring & isolate could happen because fatal mistake cover up by misused 2 investigation for W C & Criminal by using organized criminal mafia battle strategy act for misused unlawful/false crimes accusatory for failure silent execution & cover up. Also, there is evidence for unlawful controlling in my Apartment that similar or worse than any Home Confinement.

152.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Abuse Due Process & Harm for willful deprive severe suffering pain injury life, property & liberty under 4th, 5th, 6th, or 8th & 14th Amendment the U.S. Constitution, & willfully violating federal law under Title 42 U.S.C. § 1983, Title 18 U.S.C. § 4243 & Title 28 U.S.C. § 1346, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, mental anguish, debts/credit damages, severe fear & severe trauma.

153.    As a result of Defendants "Abuse Due Process & Harm," Plaintiff has been damages in an amount according to proof.

EIGHTEEN CAUSE OF ACTION
UNLAWFUL LENGTHY DELAYS & FEDERAL TORT
AGAINST
WCAB JUDGE CATHERINE COUTTS; WORKERS COMPENSATION BOARD; USFI;
LWP;

154.    Plaintiff re-alleges the information set forth in Paragraphs I-153 and those

paragraphs as though fully stated in this cause of action.

155.    Defendants with intentional, willful misconduct & willful neglect of duty for willful

violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution

& Defendants willfully violate the law under 18 U.S.C. § 242; Title 28 U.S.C. § 1346.

Facts & evidence for Unlawful Lengthy Delays & Federal Tort:

[1]. WCAB Judge Catherine Coutts:
From 09/10/2015 to 8/3/2016, Color of law violation with judge oath, willful ignore MRI
Chest evidence for serious medical care needs, prolonged failure to keep from harm,
recognizes the serious medical care needs but knowingly & willfully denied or willful
prevents access to medical care by willful ignore my exhibit from 09/10/2015 & willful
ignore Federal lawsuit on 06/21/2016, unreasonable male Highway Patrol (CHP)
attended to WCAB hearing court on 08/03/2016 & willful neglect of duty for Unlawful
Lengthy Delays & Tort.

[2]. Workers Compensation Board:
From 09/22/2014 to 10/28/2014 until 08/03/2016, Color of law violation with government
oath or judge oath, violations letter from Law Administrative judge at WCAB in Pomona,
willful denied investigation from W C investigation unit in Oakland, prolonged tort from
judge Catherine Coutts for numerous occasion hearing court at WCAB in Pomona from
09/10/2015 to 08/03/2016, & willful neglect of duty for Unlawful Lengthy Delays Tort.

[3]. USFI & LWP (More evidence on Chronology):
From 11/09/2012 to 12/18/2014 until April 16, 2015, Color of law violation with Care
Providers oath, on 11/9/2012 first denied claims letters for deprivation serious medical
care needs (Evidence proven from Orthopedic Doctors Carl Smith medical report, twice
works injury, Plaintiff have the same current severe physical suffering pain injury even
two fraud CT scan imaging in years 2012 intent to hidden my severe physical pain injury
location & other evidence proven that 7th more CT scan medical imaging still did fraud
after MRI Chest evidence already find severe physical pain injury location from
10/28/2014, & other), On 05/10/2013 & 12/18/2014 show Two fraud acceptance claims
letter with flattery for fraud medical treatment needs, fraud we wish you SPEEDY
Recovery & Fraud we are here to help you with the process, Extortion for Signed

$10.000,00 & FREE TO GO, Perjury for misused series fraud scan imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014, & willful ignore MRI Chest evidence for serious medical care needs, & willful neglect of duty with unreasonable denied letter in 2013 stated This dispute under subdivision shall be resolved either by agreement of the parties or through the dispute resolution process of the Workers Compensation Appeals Board for Unlawful Lengthy delays & Tort.

Others evidence:

1. One from many evidence base on letter from Defendants insurance show Unreasonable series denied Claims letter stated Paragraphs #3, stated: This dispute under subdivision shall be resolved either by agreement of the parties or through the dispute resolution process of the Workers Compensation Appeals Board Paragraphs $5: You have a right to disagree with decision affecting your claim.
2. Extortion stated Signed $10.000 & FREE TO GO that not sound for you have a right to disagree with decision affecting your claim but FREE TO GO words show because of crimes accusatory for unlawful length delays speedy public a trial.
3. On 01/15/2014, Medical report from Doctors Alon Englanoff, MD, stated: The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied. I Have Also NOT Received Any Medical Records including The Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At this point, Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved and treatment recommendations are authorized.

156.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Unlawful Lengthy Delays & Federal Tort for willful deprive severe suffering pain injury life, property & liberty under 6th & 14th Amendment the United States Constitution, & willfully violating federal law under Title 18 U.S.C. § 242; Title 28 U.S.C. Section 1346; Title 18 U.S.C. Section 4243 & Title 42 U.S.C. Section 1983, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, debts/credit damages, & severe trauma.

157.    As a result of Defendants "Unlawful Lengthy Delays & Federal Tort," Plaintiff has been damages in an amount according to proof.

NINETEEN CAUSE OF ACTION
CONTINUING CRIMINAL MALPRACTICE
AGAINST
USFI; LWP;

158.    Plaintiff re-alleges the information set forth in Paragraphs I-157 and incorporate

those paragraphs as though fully stated in this cause of action.

159.    All Defendants willfully violated serious bodily injury pain rights under 14th

Amendment the U.S. Constitution & willfully violated federal law under Title 18 U.S.C. §

241, Title 18 U.S.C. § 242, Title 18 U.S.C. § 1951; Title 21 U.S.C. § 848.

Facts & evidence for Continuing Criminal Malpractice (More based on chronology):
[1]. On 11/9/2012, Deprivation serious medical care needs for 1st denied treatment.
[2]. On 05/10/2013, Deprivation serious medical care needs for 1st fraud acceptance
claims letter with flattery for fraud medical treatment needs & fraud speedy recovery.
[3]. Deprivation serious medical care needs for willful ignore mortality & morbidity based
on medical report from Doctors Alon Englanoff, MD, on January 15, 2014.
[4]. On 12/18/2014, Deprivation serious medical care needs for 2nd fraud acceptance
claims letter with flattery for fraud medical treatment needs & fraud speedy recovery.
[5]. Deprivation serious medical care needs base on MRI Chest evidence on 10/28/2014
[6]. Extortion stated Signed $10.000 Settlement & FREE TO GO.
[7]. On 09/10/2015, Perjury for misused series fraud scan medical imaging from 2012.

160.    Also, Continuing criminal malpractice for 14th fraud scan imaging from 2012 to

2022, & 9th EMTLA § 1395dd from 2013 to 2022 & My demand for full investigation for

Continuing Criminal Malpractice base on 5th & 14th Amendment & federal law.

161.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Continuing Criminal Malpractice for willful deprive

severe suffering pain injury life, property & liberty under Title 18 U.S.C. § 1951, Title 21

U.S.C. § 848, causing prolonged severe suffering pain injury, divorce, loss enjoyment of life,

hedonic damages, mental anguish, debts/credit damages, severe fear & severe trauma.

162.    As a result of Defendants "Continuing Criminal Malpractice," Plaintiff has been damages

in an amount according to proof.

TWENTY CAUSE OF ACTION
SERIOUS DISCRIMINATION & NEGLIGENCE
AGAINST
ALL

163.    Plaintiff re-alleges the information set forth in Paragraphs I-162 and incorporate

those paragraphs as though fully stated in this cause of action.

164.    All Defendants willfully violated severe suffering pain injury rights under 5th or

14th Amendment the U.S. Constitution & All Defendants willfully violated the law under

Americans with Disability Act of 1990 for serious bodily injury pain.

Facts & evidence for Serious Discrimination & Negligence on Chronology.

165.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful

misconduct & willful neglect of duty for Serious Discrimination & Negligence for willful

deprive severe suffering pain injury life, property & liberty under Americans with

Disability Act of 1990, causing prolonged current severe suffering pain injury, divorce,

loss enjoyment of life, debts/credit damages, & severe trauma.

166.    As a result of Defendants "Serious Discrimination & Negligence," Plaintiff has

been damages in an amount according to proof.


TWENTY ONE CAUSE OF ACTION
EXTORTION, PERJURY & ABUSE CIVIL RIGHTS
AGAINST
USFI; LWP; DIETZ, GILMORE & CHAZEN LAW FIRM

167.    Plaintiff re-alleges the information set forth in Paragraphs I-163 and incorporate

those paragraphs as though fully stated in this cause of action.

168.    Defendants with intentional, willful misconduct & willful neglect of duty for willful

violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution &

Defendants willfully violated the law under Title 18 U.S.C. Section 1951.

Facts & evidence for Extortion, Perjury & Abuse Civil Rights:

1. Extortion for Signed $10.000 & FREE TO GO while on first deposition meeting at Workers Compensation Appeals Board in Pomona, CA. Other extortion for Signed $10.000 & FREE TO GO after second deposition meeting on waiting room near window clerk & this heard by wife or ex wife.

2. Legal Document show Proposed Settlement on November 19, 2015.

3. On 9/10/2015, Perjury for misused series fraud scan medical imaging from years 2012 & willful ignore MRI Chest evidence already found severe suffering pain injury location from 10/28/2014 & willful ignore Permanent & Stationary from Doctors Guy Gottschalks, MD & QME/AME Doctors David Wood, MD.

Other evidence show:

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated: The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I have Advised the Patient that I Received a Letter from the LWP that his Claim Was Denied. I Have Also NOT RECEIVED Any Medical Records including The Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At this point, I have made my recommendations & opinion with regard to the patients injuries and need for treatment of those injuries. Unfortunately These Treatment Recommendations have to be deferred until the issue of liability is resolved And treatment recommendations are authorized.

169.    Plaintiff demand for full investigation demand for Extortion, Perjury & Abuse Civil Rights based 5th & 14th Amendment the U.S. Constitution and federal law.

170.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful misconduct & willful neglect of duty for Extortion, Perjury & Abuse Civil Rights for willful deprive severe suffering pain injury life, property & liberty under 42 U.S.C. Section 1983, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, debts/credit damages, & severe trauma.

171.    As a result of Defendants "Extortion, Perjury & Abuse Civil Rights," Plaintiff has been damages in an amount according to proof.

TWENTY TWO CAUSE OF ACTION
ABUSE OF AUTHORITY & CRIMES ACT
AGAINST

WORKERS COMPENSATION BOARD; WCAB JUDGE CATHERINE COUTTS;

172.    Plaintiff re-alleges the information set forth in Paragraphs I-171 and incorporate

those paragraphs as though fully stated in this cause of action.

173.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S.

Constitution & willful violated federal law under Title 18 U.S.C. § 242; 28.U.S.C. § 1346.

Facts & Evidence for Abuse of Authority & Crimes Act:
[1]. WCAB judge Catherine Coutts:
On 09/10/2015 to 08/03/2016, Color of law violations with judge oath, willful ignore
perjury, willful ignore my exhibit, willful ignore federal lawsuit show series deprivation
serious medical care needs & series fraud scan medical imaging, willful ignore my
current physical severe pain injuries & engaged in the practice law stated Plaintiff need
to asked Defendants insurance represented by attorney Richard Lynn for W C benefits.
Judge Coutts action intent to willful violated judge oath under Title 28 U.S.C. § 454.
[2]. Workers Compensation Board:
From 09/22/2014 to 10/28/2014 until 08/03/2016, Violations letter from WCAB in
Pomona, & prolonged tort from judge Coutts at WCAB in Pomona, failure to keep from
harm, willful neglect of duty & engaged in the practice of law from judge Coutts.

174.    Plaintiff demand for full investigation demand for Abuse of Authority & Crimes act

based 5th & 14th Amendment the U.S. Constitution and federal law.

175.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Abuse of Authority & Crimes Act for willful deprive

severe physical pain injury life, property & liberty under 14th Amendment the U.S.

Constitution, & federal law under Title 42 U.S.C. § 1983, causing prolonged current

severe physical pain injury, divorce, loss enjoyment of life, credit damage, fear & trauma

176.    As a result of Defendants "Abuse of Authority & Crimes Act," Plaintiff has been

damages in an amount according to proof.

106

TWENTY THREE CAUSE OF ACTION
PROHIBIT RETALIATION & COERCION
AGAINST

WORKERS COMPENSATION BOARD; WCAB JUDGE CATHERINE COUTTS;

177.    Plaintiff re-alleges the information set forth in Paragraphs I-176 and incorporate

those paragraphs as though fully stated in this cause of action.

178.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S.

Constitution & Defendants willful violated the law under Title 18 U.S.C. § 242; 28.U.S.C.

§ 1346; Title 42 U.S.C. Section 12203, & Serious Bodily Injury Pain or ADA.

Facts & Evidence for Prohibit Retaliation & Coercion:
[1]. WCAB judge Catherine Coutts:
On 09/10/2015 to 08/03/2016, Color of law violations for willful ignore perjury, willful
ignore my exhibit on 08/03/2015, willful ignore racketeering/RICO lawsuit on 08/03/2016
shows series deprivation serious medical care needs & series fraud scan medical
imaging, willful ignore my current physical suffering severe pain injuries on right thoracic
rib cage & abdominal, & engaged in the practice law stated Plaintiff need to asked
Defendants insurance attorney for Workers Compensation benefits but willful ignore
Permanent & Stationary from Doctors Guy Gottschalk, MD.
[2]. Workers Compensation Board:
08/03/2016, Prolonged tort & engaged in the practice of law from Defendants judge
Coutts & unreasonable male Highway patrol attended to hearing court in Pomona.

179.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Prohibit Retaliation & Coercion for willful deprive

severe suffering pain injury life, property & liberty under 14th Amendment the U.S.

Constitution, & federal law under Title 42 U.S.C. § 1983, causing prolonged current

severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages, serious

fear & serious trauma.

180.    As a result of Defendants "Prohibit Retaliation & Coercion," Plaintiff has been

damages in an amount according to proof.

TWENTY FOURTH CAUSE OF ACTION
ORGANIZED CRIMES AND MALPRACTICE
AGAINST

WCAB JUDGE CATHERINE COUTTS; CA WORKERS COMPENSATION BOARD;
USFI; LWP; GROVE IMAGING; DMG IMAGING MONTEREY PARK, CA;
PROVIDENCE HOSPITAL; ORANGE COUNTY DIAGNOSTIC, CA; BAPTIST
HOSPITAL, FL; CORONA HOSPITAL; HUNTINGTON BEACH IMAGING DIAGNOSTIC,
CA; REDLANDS HOSPITAL, CA; SO-CAL EMERGENCY MEDICINE URGENT CARE

181.    Plaintiff re-alleges the information set forth in Paragraphs I-180 and incorporate

those paragraphs as though fully stated in this cause of action.

182.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S.

Constitution & Defendants willful violated the law under Title 18 U.S.C. § 241.

Facts & Evidence for Organized Crimes & Malpractice (Other Defendant on Chronology):
[1]. WCAB judge Catherine Coutts: From 09/10/2015 to 08/03/2016, Color of law
violations with judge oath, failure to keep from harm causing continue EMTALA §
1395dd violations on 01/30/2016, crimes act for engages in the practice of law stated
Plaintiff need to asked Defendants insurance attorney Richard Lynn for W C benefits but
willful ignore Permanent Stationary from Doctors Guy Gottschalks, MD.
[2]. Workers Compensation Board: From 10/28/2014 until 08/03/2016, Color of law
violations with government oath or judge oath, violations letter from WCAB in Pomona, &
Prolonged tort & engaged in the practice of law from judge Coutts.

183.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Organized Crimes & Malpractice for willful

deprive severe suffering pain injury life, property & liberty under 14th Amendment the

U.S. Constitution, & federal law under Title 42 U.S.C. § 1983, causing prolonged current

severe suffering pain injury, divorce, loss enjoyment of life, debts/credit damages,

serious fear & serious trauma. Also, Plaintiff demand for Full investigation for Organized

Crimes & Malpractice based on 5th & 14th Amendment & federal law & based on ADA.

184.    As a result of Defendants "Organized Crimes & Malpractice," Plaintiff has been

damages in an amount according to proof.

TWENTY FIFTH CAUSE OF ACTION
WILLFUL NEGLECT OF DUTY
AGAINST

WORKERS COMPENSATION BOARD; WCAB JUDGE CATHERINE COUTTS; QME
DOCTORS DAVID WOOD; USFI; LWP

185.    Plaintiff re-alleges the information set forth in Paragraphs I-184 and incorporate

those paragraphs as though fully stated in this cause of action.

186.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S.

Constitution & willful violated the law under Title 18 U.S.C. § 242; Title 28 U.S.C. § 1346.

Facts & Evidence for Willful Neglect of Duty based on Chronology.

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated:
The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I
have Advised the Patient that I Received a Letter from the LWP that his Claim
Was Denied. I Have Also NOT RECEIVED Any Medical Records including The
Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been
Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At
this point, I have made my recommendations & opinion with regard to the patients
injuries and need for treatment of those injuries. Unfortunately These Treatment
Recommendations have to be deferred until the issue of liability is resolved And
treatment recommendations are authorized.

187.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Willful Neglect of Duty for willful deprive severe

suffering pain injury life, property & liberty under 14th Amendment the U.S. Constitution,

& federal law under Title 42 U.S.C. § 1983, & under CA § 1714.55, causing prolonged

current severe suffering pain injury, divorce, loss enjoyment of life, hedonic damages,

debts/credit damages, severe fear & severe trauma.

188.    As a result of Defendants "Willful Neglect of Duty," Plaintiff has been damages in

an amount according to proof.

TWENTY SIXTH CAUSE OF ACTION
CIVIL NEGLIGENCE & ABUSE POWER
AGAINST
USFI; LWP

189.    Plaintiff re-alleges the information set forth in Paragraphs I-188 and incorporate

those paragraphs as though fully stated in this cause of action.

190.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the U.S.

Constitution & willfully violate the law under Title 18 U.S.C. § 241, 18 U.S.C. § 242, &

CA  § 1714.55.

Facts & Evidence for Civil Negligence & Abuse Power based on Chronology.

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated:
The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I
have Advised the Patient that I Received a Letter from the LWP that his Claim
Was Denied. I Have Also NOT RECEIVED Any Medical Records including The
Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been
Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At
this point, I have made my recommendations & opinion with regard to the patients
injuries and need for treatment of those injuries. Unfortunately These Treatment
Recommendations have to be deferred until the issue of liability is resolved And
treatment recommendations are authorized.

191.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Civil Negligence & Abuse Power for willful deprive

severe suffering pain injury life, property & liberty under Title 42 U.S.C. § 1983, & under

CA § 1714.55, causing prolonged current severe suffering pain injury, divorce, loss

enjoyment of life, hedonic damages, debts/credit damages, severe fear & severe trauma.

192.    As a result of Defendants Civil Negligence & Abuse Power," Plaintiff has been

damage in an amount according to proof.

TWENTY SEVENTH CAUSE OF ACTION
HIPAA VIOLATIONS & HEALTH CARE FRAUD
AGAINST
USFI; LWP

193.    Plaintiff re-alleges the information set forth in Paragraphs I-192 and incorporate

those paragraphs as though fully stated in this cause of action.

194.    All Defendants with intentional, willful misconduct & willful neglect of duty for willful

violated severe suffering pain injury rights under 14th Amendment the U.S. Constitution &

Defendants willfully violate the law under Title 18 U.S.C. § 242, Title 42 U.S.C. § 1320-6, Title

18 U.S.C. § 1347.

Facts & Evidence for HIPAA Violations & Health Care Fraud (Other on Chronology):

[1]. On September 10, 2015, Perjury for willful misused series fraud scan medical imaging from years 2012 for harm by willful ignore MRI Chest evidence already found severe physical suffering pain injury location from 10/28/2014.

[2]. Two fraud acceptance claims letter for flattery with fraud medical treatment needs & fraud We are here to help you speedy recovery, & fraud we are here to help you with process.

[3]. On 9/10/2015, Perjury for willful misused fraud scan medical imaging from years 2012 for harm & Defendants act intent to willfully violated Title 42 U.S.C. Section 1320d-6 - Wrongful disclosure of individually identifiable health information:

**(a)Offense**

**(a)Offense**A person who knowingly and in violation of this part—
**(1)**
uses or causes to be used a unique health identifier;
**(2)**
obtains individually identifiable health information relating to an individual; or
**(3)**
discloses individually identifiable health information to another person,
shall be punished as provided in subsection (b). For purposes of the previous sentence, a person (including an employee or other individual) shall be considered to have obtained or disclosed individually identifiable health information in violation of this part if the information is maintained by a covered entity (as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3) of this title) and the individual obtained or disclosed such information without authorization.

111

**(b)Penalties**A person described in subsection (a) shall—
**(1)**
be fined not more than $50,000, imprisoned not more than 1 year, or both;
**(2)**
if the offense is committed under false pretenses, be fined not more than $100,000, imprisoned not more than 5 years, or both; and
**(3)**
if the offense is committed with intent to sell, transfer, or use individually identifiable health information for commercial advantage, personal gain, or malicious harm, be fined not more than $250,000, imprisoned not more than 10 years, or both.

195.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for HIPAA Violations & Health Care Fraud for willful

deprive severe suffering pain injury life, property & liberty under Title 42 U.S.C. § 1983,

& under CA § 1714.55, causing prolonged current severe suffering pain injury, divorce,

loss enjoyment of life, hedonic damages, debts/credit damages, fear & trauma.

196.    As a result of Defendants HIPAA Violations & Health Care Fraud," Plaintiff has

been damage in an amount according to proof.

TWENTY EIGHT CAUSE OF ACTION
OBSTRUCTION FREEDOM ACCESS TO CLINICS ENTRANCE
AGAINST
PROVIDENCE HOSPITAL, WA; BAPTIST HOSPITAL, FL; CORONA HOSPITAL, CA; REDLANDS HOSPITAL, CA;

197.    Plaintiff re-alleges the information set forth in Paragraphs I-196 and those

paragraphs as though fully stated in this cause of action.

198.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under 14th Amendment the United

States Constitution and Defendants willfully violate the law under CA § 1714.55 and

Title 18 U.S.C. § 248, states:

**(a)Prohibited Activities.**—Whoever—
**(1)**
by force or threat of force or by physical obstruction, intentionally injures, intimidates or interferes with or attempts to injure, intimidate or interfere with any person because that person is or has been, or in order to intimidate such person or any other person or any class

1  of persons from, obtaining or providing reproductive health services;

2  Facts & Evidence for Obstruction Freedom Access to Clinics Entrance (Others on
3  Chronology):

4  [1]. Providence hospital: began from unreasonable for waiting second ambulance after
   first paramedics ambulance already check up my blood pressure show 169/99 in Seattle,
5  WA. Physical Obstruction show from hospital for Fraud CT scan imaging & deprivation
6  serious medical care needs base on MRI Chest evidence & serious high blood pressure.
   Also, Providence management still continue fraud CT scan medical imaging after review.
7  [2]. Baptist hospital: Physical obstruction show from hospital for Fraud CT scan medical
   imaging & deprivation serious medical care needs base on urine laboratory test found
8  blood, MRI Chest evidence, & high blood pressure. Also, ER Doctors denied for review.
9  [3]. Corona hospital: Physical obstruction show from hospital for Fraud CT scan medical
   imaging, & deprivation serious medical care needs base on urine laboratory test found
10 blood, MRI Chest evidence, & high blood pressure, Also, ER Doctors denied for review
   fraud CT scan medical imaging, according to male nurse Javier & ER Doctors Bethanie
11 stated that she's not the one writing those result.
12 [4]. Redlands hospital: Physical obstruction show from hospital for Fraud CT scan
   medical imaging, & deprivation serious medical care needs base on MRI Chest evidence
13 & high blood pressure.

14 Other evidence from corrupt individual with influence for Obstruction Freedom Access to
15 Clinics Entrance for blocking & stop severe suffering pain injury treatment with former
   Primary Doctors Michael Mostyn, MD, on December 2, 2014, after Desert Urgent Care
16 already prescribe three MRI Chest/thoracic rib cage & Doctors Mostyn, stated we need
   MRI Chest evidence so he could help me to process surgeries treatment because
17 surgeon Doctors need injury location from MRI Chest scan medical imaging.

18 199.    Plaintiff demand for Full Investigation for Obstruction Freedom Access to Clinics
19
20 Entrance based on 5th & 14th Amendment the U.S. Constitution & Federal law.

21 200.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful

22 misconduct & willful neglect of duty for Obstruction Freedom Access to Clinics Entrance

23 for willful deprive severe suffering pain injury life, property & liberty under Title 42

24 U.S.C. § 1983, causing prolonged current severe suffering pain injury, divorce, loss
25
   enjoyment of life, hedonic damages, debts/credit damages, severe fear & severe trauma.
26
27 201.    As a result of Defendants Obstruction Freedom Access to Clinics Entrance," Plaintiff has

28 been damage in an amount according to proof.

113

TWENTY NINTH CAUSE OF ACTION
RACKETEERING MALPRACTICE AID & NIED
AGAINST

WORKERS COMPENSATION BOARD; WCAB JUDGE CATHERINE COUTTS; GROVE
IMAGING; DMG IMAGING, SAN GABRIEL; DMG IMAGING, MONTEREY PARK

202.    Plaintiff re-alleges the information set forth in Paragraphs I-201 and those

paragraphs as though fully stated in this cause of action.

203.    All Defendants with intentional or willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights under federal law Title 18 U.S.C. § 1959

& CA § 1714.55.

Facts & Evidence for Racketeering Malpractice Aid & NIED (Other on Chronology):

[1]. From 9/22/2014 to 10/28/2014 from Workers Compensation division in San
Francisco to Workers Compensation Appeals Board in Pomona from Administrative law
judge show color of law misconduct with abuse of authority & willful neglect of duty for
violations letters & willful ignore to stop this illegal act.

[2]. From 9/10/2015 to 8/3/2016, Color of law misconduct from Defendants WCAB judge
Catherine Coutts with abuse of authority for willful ignore perjury, willful ignore MRI
Chest evidence show severe suffering pain injury location, willful ignore to stop this
illegal act & Defendants intent to stop male I & A talks for the right thing instead to follow
her oath but even worst that Defendants judge Catherine Coutts intent to keep continue
unlawful act by her knowledge with willful ignore series deprivations serious medical care
needs show on racketeering/RICO Lawsuit, and judge Catherine Coutts stated you need
to asked Defendants insurance attorney Richard Lynn for Workers Compensation
benefits proven for willful ignore medical report from QME/AME Doctors David Wood,
MD, stated Permanent & Stationary.

[3]. Defendants insurance attorney Richard Lynn intent to chose Defendants judge
Catherine Coutts than male judge after he disagree with first male WCAB judge Rodney
Johnston. Also, Defendants judge Catherine Coutts had long good friendship with
QME/AME Doctors David Wood, MD, she said.

[4]. Not only Defendants WCAB judge Coutts for willful ignore my current physical
suffering severe pain injury life/rights when judge Coutts stated she already know my
racketeering/RICO lawsuit case but also, other Workers Compensation Board officials
for willful ignore my current physical suffering severe pain injury life/rights on August 3,
2016 & other evidence show Unexpected California Highway Patrol for unusual attend
WCAB hearing court on 8/3/2016.

114

[5]. Perjury for willful misused fraud scan medical imaging from Grove imaging, DMG Imaging Monterey Park, & DMG San Gabriel.

204.    Other evidence for Racketeering Malpractice Aid & NIED must get full

investigation & Justice base on investigatory because only current or and present truly

independent investigator can find more details because there is no zombie ghost for this

prolonged with series fraud scan medical imaging from years 2012 to 2022 for willful

deprive severe physical suffering pain injury life/rights cause of neither criminal accuser

or Workers Compensation for influence.

Other Racketeering Malpractice Aid & NIED, includes:

#1. On April 18, 2014, Fraud MRI Chest scan imaging at Spectrum MRI in Chino, CA;
#2. On July 2014, Fraud MRI Chest scan imaging at Desert Medical Imaging, CA;
#3. On September 24, 2014, Fraud MRI Thoracic Rib Cage at Envision Imaging, Texas;
#4. On August 12, 2015, Fraud CT scan medical imaging at Providence Hospital, WA;
#5. On August 8, 2018, Fraud CT scan imaging at Orange County Diagnostic, CA;
#6. On September 20, 2019, Fraud CT scan imaging at Baptist Hospital in, Florida;
#7. Fraud CT scan medical imaging at Corona Regional Medical Center in Corona, CA;
#8. Fraud CT scan medical imaging at Huntington Beach imaging diagnostic, CA;
#9. Fraud CT scan medical imaging at Redlands hospital, CA;
#10. Fraud CT scan medical imaging at So-Cal Emergency Medicine Urgent Care, CA.

205.    Plaintiff has suffered & continue to suffer by Defendants with intentional or willful

misconduct & willful neglect of duty for Racketeering Malpractice Aid & NIED for willful

deprive severe suffering pain injury life, property & liberty under Title 42 U.S.C. § 1983,

causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life,

hedonic damages, debts/credit damages, severe fear & severe trauma.

206.    As a result of Defendants Racketeering Malpractice Aid & NIED," Plaintiff has

been damage in an amount according to proof.

THIRTY CAUSE OF ACTION
CRIMINAL COVER UP & HARM
AGAINST
USFI; LWP;

207.    Plaintiff re-alleges the information set forth in Paragraphs I-185 and incorporate

those paragraphs as though fully stated in this cause of action.

208.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated the law under Title 18 U.S.C. Section 241, Title 42 U.S.C. Section 1985.

Facts & Evidence for Criminal Cover up & Harm:

On September 10, 2015, Perjury for willful misused series fraud scan medical imaging from years
2012 but Defendants willful ignore medical report from QME/AME Doctors David Wood, MD,
stated Permanent & Stationary, willful ignore MRI Chest evidence already found severe physical
suffering pain injury location from 10/28/2014.

On January 15, 2014, Medical report from Doctors Alon Englanoff, MD, stated:
The urinalysis performed on 01/03/2014 shows trace occult blood. At this time, I
have Advised the Patient that I Received a Letter from the LWP that his Claim
Was Denied. I Have Also NOT RECEIVED Any Medical Records including The
Patient's Prior CT SCAN OF THE ABDOMEN TO REVIEW. The Patient has been
Advised of the Risk of Significant Morbidity & even Mortality if left unevaluated. At
this point, I have made my recommendations & opinion with regard to the patients
injuries and need for treatment of those injuries. Unfortunately These Treatment
Recommendations have to be deferred until the issue of liability is resolved And
treatment recommendations are authorized.

209.    Plaintiff has suffered & continue to suffer by Defendants with intentional, willful

misconduct & willful neglect of duty for Criminal Cover up & Harm for willful deprive

severe suffering pain injury life, property & liberty under Title 42 U.S.C. § 1983, causing

prolonged current severe suffering pain injury, divorce, loss enjoyment of life, & trauma.

210.    As a result of Defendants "Criminal Cover up & Harm," Plaintiff has been

damages in an amount according to proof.

THIRTY ONE CAUSE OF ACTION
RACKETEERING INFLUENCE/RICO
AGAINST
USFI; LWP;

211.    Plaintiff re-alleges the information set forth in Paragraphs I-210 and incorporate

those paragraphs as though fully stated in this cause of action.

212.    All Defendants with intentional, willful misconduct & willful neglect of duty for

willful violated severe suffering pain injury rights/life under Title 18 U.S.C. § 1961.

Facts & Evidence for Racketeering Influence/RICO on Chronology.

213.    My demand for full investigation demand for Extortion, Racketeering Malpractice

Aid & Racketeering/RICO Act base on 4th, 5th, & 14th Amendment the U.S. Constitution &

federal law under Title 18 U.S.C § 1951, 18 U.S.C. § 1959, & Title 18 U.S.C. § 1968.

214.    Plaintiff has suffered & continue to suffer by Defendants with intentional & willful

misconduct for Racketeering Influence/RICO for willful deprive severe suffering pain

injury life, property & liberty under Title 18 U.S.C. § 1961, causing prolonged current

severe suffering pain injury, divorce, loss enjoyment of life, severe fear & severe trauma.

215.    As a result of Defendants "Racketeering Influence/RICO," Plaintiff has been

damages in an amount according to proof.

THIRTY TWO CAUSE OF ACTION
UNREASONABLE SEARCHES, UNLAWFUL CONTROL/MONITORING
AND 4TH AMENDMENT VIOLATIONS
AGAINST
FORMER PRESIDENT TRUMP & ADMINISTRATION; FORMER PRESIDENT
OBAMA & ADMINISTRATION; USFI; LWP

216.    Plaintiff re-alleges the information set forth in Paragraphs I-215 and incorporate

those paragraphs as though fully stated in this cause of action.

217.    All Defendants with intentional, willful misconduct & willful neglect of duty for

117

willful violated severe physical pain injury rights/life under 4th, 5th, 6th, & 14th Amendment

the U.S. Constitution, Investigatory & Accusatory Police Procedure, & Federal law under

Title 18 U.S.C. § 2511, Title 18 U.S.C. § 2518, Title 18 U.S.C. § 242, Title 28 U.S.C.

§ 1346, & Title 18 U.S.C. § 4243, & Supreme Court Rule on Carpenter v. United States:

Writing for the court majority, Chief Justice John Roberts said that cellphone location information is a "Near Perfect" Tool for government surveillance, analogues to the an electronic monitoring Ankle Bracelet. The writers of the Constitution, he said, would certainly have understood that an individual has a privacy interest in the day-to-day, hour-to-hour and even minute-to-minute records of his whereabouts--a privacy interest that requires the government to get a searches warrant before gaining access to the information.

Facts and Evidence for Unreasonable Searches, Unlawful Control/Monitoring, and Fourth Amendment violations:

[1]. Former president Trump & Administration:

On January 3, 2018, other letter for attachment stated Received DHS response of declining to join in a motion to reopen WITHOUT ANY STATED REASONS. **I believe Respondent is eligible to adjust. She has an approved 1-130 petition. She was admitted and inspected, thus eligible to adjust under 245(A) of the Act.**

**She has no criminal and she would not be a public charge on the US government based on the 1864 affidavit of support filed, could you please explain? Thank you in advance for your anticipated corporation.**

[A]. Former President Trump White House & Administration:
1. Based on Article II & Color of law violation with government oath, failure to keep from harm, willful neglect of duty, the worse FISA Abuse, knowledge prolonged severe physical pain injury from federal lawsuit but unlawful engaged with willful denied green card petition, willful ignore serious medical care needs, & Abuse of Authority for Unreasonable Searches, Unlawful Control/Monitoring & 4th Amendment violations.

2. Under former president Trump power until years 2022 shows the worse FISA Abuse intent show serious threats for misused unlawful/false crimes accusatory & serious prosecution misconduct threats, & FISA Abuse intent show divorce threats with series family divorce attorney.

[B}. Former president Obama & Administration:

1. Based on Article II;

2. Series unusual unreasonable searches, unlawful control/monitoring shows at Airport &
Crossing border vehicle at U.S. & Canada border in Seattle and series unusual
unreasonable searches & unlawful control/monitoring, includes:

A. began from January 10, 2013, at YVR Airport from female Canada borders custom
stated Did you ever murder someone? & travel return back to LAX airport from male TSA
agents for unreasonable pointing to another screen room or interrogation rooms even he
knew that I only carry one shopper bags.

B. On or about October 31, 2014, at YVR Airport in Vancouver, Canada, shows Unlawful
searches or unreasonable searches from United States Borders Custom Pappaz for
willful ignore Travel Redress Control number from DHS Director Deborah Moore.

C. On August 12, 2015, Night at Crossing border vehicle at U.S. & Canada border in
Seattle, by unreasonable searches & unreasonable denied entry because of no Canada
health insurance from Canada Border Custom Supervisor with Native India live in
Bellingham, & that information from other male good India said, working at Gas Station.

USFI & LWP:

1. On Early years 2012, Unreasonable Threats from GSO Employer manager Daniel
Arias stated I could go to jail because of not report works injury on the same days;

2. **On June 15, 2012, Letter from GSO Manager Daniel Arias, stated:
Re: Current Information: A review of your personnel file show that we may
not have a current valid phone/contact number for use when we can't reach
you via your Radio. We need a valid # for our records in the in the computer
as well. Please write a valid phone number in the box indicated below and
check which number you are providing and return it to the personnel
department (Daniel or Michelle) as soon as possible. (if your number is still
correct & current please write same).**

3. On or about July 27, 2012, First works injury began with unreasonable drug/alcohol
test demand from GSO Employer after threats & delays twice works injury.

4. On 09/10/2015, Perjury for misused series fraud scan imaging from 2012 & other;

5. Extortion for Signed $10.000 & FREE TO GO;

6. Other Perjury for misused third party with fraud amount settlement;

7. On May 12, 2014, Monday Morning shows unexpected phone called from works injury
attorney Pratt & Ainbender for unreasonable offered settlement after EMTALA § 1395dd
violations at HOAG hospital on May 11, 2014 & unreasonable offered settlement after
willful ignore medical report from Doctors Alon Englanoff MD & Doctors Guy Gottschalks.

218.    Other evidence show Unreasonable Searches, Unlawful Control/Monitoring, & 4th

Amendment violations indicating for criminal investigation for influence, cruel, & inhuman

treatment or degrading treatment, includes:

[A]. On November 12, 2015, Letter from Commissioner Jon Weizenbaum on Texas Department of Aging & Disability Services, stated Re: Transferring to Texas. The Texas Department of Aging & Disability Services Nurse Aide registry has received your request to transfer to Texas. Your form has not been proceed for the reason (listed) below: X-Need criminal history from the Texas Department of Public Safety for all names used, see note below,
X- OTHER: NEED CRIMINAL CHECK FOR IROOT.

[B]. Triangle Broken Glasses shape/sharp designed like point knife & Male Jesse stated he gave me large drinks because he gave more fruit on my Jamba juice drinks but this bastard silent execution indicated began from unlawful searches find gossip related to girl name JESSY & those TRIANGLE broken GLASSES DESIGNED shape/sharp.

[C]. This Unlawful Searches or Unreasonable Search find gossip & those unreasonable searches to set up many unlawful entrapment proven began from years 2012 from bastard organized criminal mafia squad for prolonged tort, cruel, & degrading treatment.

[D]. On March 27, 2022, Time 01:54 PM, by phone called shows Unreasonable COVER UP words because Doctors Dustin Ware, MD, proven gave him Zofran at Riverside Urgent Care & by phone called that Doctors Dustin Ware intent to hidden Zofran medication words & unreasonable cover up words because Plaintiff asked Zofran medication as needed for toddler son but this unreasonable Cover up words indicated because of Plaintiff stated more than 3 times vomit that not enough for those bastard & they should straight talks for seeks details so I can provide & keep those bastard massive vomits for those motherfuckers asshole mafia organized criminal mafia squad but those unreasonable Cover up pointing to Unreasonable Searches, Unlawful Control/Monitoring & 4th Amendment violations from organized criminal mafia bastard squad by using Doctors Dustin Ware for delivery those unreasonable Cover up words.

[E]. From years 2012 to 2022, Fourteenth fraud scan medical imaging for degrading treatment proven not by accidents & degrading treatment could happened because FISA Abuse intent to monitoring everyday life & that similar words from Chief Justice John Roberts said that cellphone location information is a "Near Perfect" Tool for government surveillance, analogues to the an electronic monitoring Ankle Bracelet. The writers of the Constitution, he said, would certainly have understood that an individual has a privacy interest in the day-to-day, hour-to-hour and even minute-to-minute records of his whereabouts--a privacy interest that requires the government to get a searches warrant before gaining access to the information.

Defendants insurance attorney RMKB intent to blame government for surveillance but degrading treatment should easily to stop it began from Defendants insurance or Defendants Workers Compensation Board agents or officials because severe suffering pain injury treatment & surgeries treatment should be done through them under Workers Compensation injury jurisdictions.

[F]. Defendants insurance or insurance attorney or Defendants Workers Compensation officials or other State California government officials should tell them to stop it because they knew my complaint & they should not acting like an idiot for color of law violations.

[G]. Unlawful Control & Serious invasion of privacy in Apartment.

[H]. Physical monitoring through iPhone or electronic device with engaged to control my iPhone device with hidden/remove picture app, turn off & on, reboot new iPhone 7 & shutting down from early years 2018 to March 2021, scrolling down/up by self.

[I]. Unlawful searches with FISA Abuse through apple device shows many different threats, distraction, intentional emotional pain distress & new interrogation techniques

[J]. FISA Abuse shows series Works injury attorney or personal injury attorney but multiple works injury attorney from the past for willful ignore serious medical care needs.

[K]. FISA Abuse shows series Criminal Defenses Attorney, FBI Finger Print, Police Psychology shows serious prosecution misconduct threats.

[L]. FISA Abuse shows Police Psychology but series unusual act show from ex-wife text message for mental illness & unreasonable Psychology Evaluation shows from Riverside Family Courthouse employee than provided severe physical pain injury treatment.

[M]. No school on Monday & this message while we are at Gymboree class in Corona shows this bastard organized squad not only for unlawful monitoring severe suffering pain injury life but also, they willfully targeting my toddler son activities & civil liberties.

[M]. Contact Rep. Raul Ruiz thank you for co-sponsoring HR-849 on 10/30/2017 shows unlawful monitoring for mafia mocking humiliation techniques because they knew that I did contact Rep. Raul Ruiz office by letter & phone called in years 2014.

218.    My demand for full investigation demand for Unreasonable Searches, Unlawful Control/Monitoring & 4th Amendment violations base on 4th, 5th, & 14th Amendment the U.S. Constitution & federal law.

219.    Plaintiff has suffered & continue to suffer by Defendants with intentional & willful misconduct for Unreasonable Searches, Unlawful Control/Monitoring & 4th Amendment violations for willful deprive severe physical pain injury life, property & liberty under 4th, 5th, 6th & 14th Amendment the U.S. Constitution, & federal law under Title 42 U.S.C. § 1983, causing prolonged current severe suffering pain injury, divorce, loss enjoyment of life, severe fear & severe trauma.

220.    As a result of Defendants "Unreasonable Searches, Unlawful Control/Monitoring & 4th Amendment violations," Plaintiff has been damages in an amount according to proof.

Plaintiff Prays for the following

## PRAYER FOR RELIEF

WHEREFORE,  Plaintiff Prays for judgement as follow;

1. For appropriate declaratory relief regarding Defendants Federal Violations/Tort are:
   Unconstitutional under 1st, 4th, 5th & 14th Amendment the United States Constitution
   for Unlawful Lengthy Delays for willfully deprive physical suffering severe pain injury
   Life, Property & Liberty without Due Process of Law.

2. Declare that Justice must be done soon or decade later because Justice must be
   done for this federal crimes act for series or deprivation serious medical care needs,
   cruel, series or 14th fraud scan medical imaging for degrading treatment, abuse power
   or abuse or authority and FISA Abuse for prolonged unlawful control/monitoring,
   Failure to keep from harm, tort & destroyed Serious Bodily Injury Pain life for DECADE
   proven Unconstitutional, Federal human rights offense/violation & serious federal crimes.

3. For damages in an amount of $30.000.000.000,00 ($30 billion);

4. Past and Future medical;

5. Past and Future loss of income;

6. Past & Future pain, suffering, physical disability, Mental anguish, emotional physical
   pain & distress, fear & severe trauma;

7. Compensatory damages; Wife Miscarriage, Divorce, Loss of Enjoyment of life,
   Injury to reputation, Vehicle/Cars Repossession and Debts/Credit Damages;

8. Punitive Damages;

9. Plaintiff demand for interpreters in courts of the U.S. under 28 U.S.C § 1827;

10. This criminal Act pursuing justice demand for high crimes punishment & organized
    Malpractice Crimes Act under Title 18 U.S.C. § 1961, § 1963; Title 18 U.S.C. § 241;

11.  This a RICO Act with justice demand for Unlawful Searches with FISA Abuse & other electronic device monitoring for Tort monitor under 18 U.S. Code 2511-2520;

12.  Plaintiff demand for Independent Investigator with NO CONFLICT OF INTEREST and Conflict of interest judge need to recuse themselves.

13.  For reasonable attorney's fees and cost as allowed by law;

14.  My demand for surgeries treatment before plea deal based on 5th & 14th Amendment The U.S. Constitution & under ADA or serious bodily injury pain & 42 U.S.C. § 1395dd.

15.  My Top Priority Demand for Justice for death penalties must be done against individual criminal corporate or corrupt individual government professional based on Federal Law under Title 18 U.S.C. § 242, Title 42 U.S.C. § 1986 & other federal law and California Proposition 66.

16.  Grant such other and further relief as the court deems and proper.

17.  The Congress has enacted a partial waiver of the sovereign immunity defense as to judicial review under the Administrative Procedure Act, 5 U.S.C. § 701, et seq. By Pub.L. No. 94-574, Act of October 21, 1976, 90 Stat. 2721, 5 U.S.C. § 702 was amended to provide that an ("action in a court of the United States seeking relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party.") In addition, 5 U.S.C. § 703 has been amended to allow suit to be brought against the United States or any of its agencies or officers.
     The sovereign immunity defense has been withdrawn only with respect to actions seeking specific relief other than money damages, such as an injunction, a declaratory judgment, or a writ of mandamus. Bowen v. Massachusetts, 487 U.S. 879 (1988). Specific statutory provisions for the recovery of money damages, such as the Little Tucker Act and the Federal Tort Claims Act, are unaffected. See H.Rep. 94-1656, p. 13, 1976 U.S. Code Cong. & Ad.News 6133.

Respectfully Submitted,
10/03/2022
06/28/2022

STEVANUS EDWARD

123

STEVANUS EDWARD, Plaintiff

UNITED STATES DISTRCIT COURT

(Defendants Name & Address)

1. FORMER President TRUMP
   1100 SOUTH OCEAN BOULEVARD, PALM BEACH, FLORIDA 33480

1. Former President Trump White House & Administration

   1600 Pennsylvania Avenue NW, Washington, DC 20500-0001

2. Former President Obama & Administration

   950 Pennsylvania Avenue, NW, Washington D.C. 20535-0001

3. FBI Agency (Former FBI Director James Comey)

   935 Pennsylvania Avenue, NW, Washington, DC 20535-001

4. NSA Agency (Former Director of national Intelligence (NSA) Michael S. Rogers)

   9800 Savage Rd, Suite 6272, Ft. George G. Meade, MD 20755-6000

5. Former California Attorney General Kamala Harris

   P.O. BOX 944255, SACRAMENTO, CA 94244-2550

6. Federal Judge Jesus Bernal

   3470 Twelfth Street Riverside, CA 92501-3801

7. Superior Judge Sunshine Sykes (Riverside County Superior Court

   4050 Main St. Riverside, CA 92501

8. WCAB Judge Catherine Coutts ( CA Workers Compensation)

   732 Corporate Center Drive

   Pomona, CA 91768

9.  California Workers Compensation Board

    1065 N. Pacific Center Drive, Suite170,

    Anaheim, CA 92806-2141

10. QME/AME Orthopedic Doctor David Wood

    900 E. Washington Street, Suite 100

    Colton, CA 92324

11. US Fire insurance

    305 Madison Avenue

    Morristown, NJ 0796-6117

12. LWP Claim Solution/Sacramento

    2081 Arena Blvd, Suite 200

    Sacramento, CA 95834

13. Law office Telleria, Telleria & Levy, LLP

    828 West Las Tunas Drive

    San Gabriel, CA 91776

14. Law Office Dietz, Gilmore & Chazen

    9665 Granite Ridge Drive, Suite 110

    San Diego, CA 92123-2659

15. Arrowhead Hospital, CA

    400 N. Pepper Avenue, Colton, CA 92324

16. HOAG Newport Hospital, CA

    1 Hoag drive, Newport, Beach, CA 92663

17. Baptist Hospital, Texas

    7930 Floyd Curl Dr.

    San Antonio, Texas 78829

18. Providence Hospital, WA

    P.O BOX 3117

    Portland, OR 97208

19. Huntington Hospital, CA

    100 West California Blvd

    Pasadena, CA 91105

20. Grove Diagnostic Imaging, CA

    8283 Grove Ave, Suite 101

    Rancho Cucamonga, CA 91730

21. DMG Imaging San Gabriel, CA

    1129 San Gabriel Blvd

    San Gabriel, CA 91776

22. DMG Imaging Monterey Park, CA

    208 N. Garfield Ave

    Monterey Park, CA 91754

23. Spectrum Diagnostic Imaging, CA

    14365 Pipeline Ave

    Chino, CA 91710

24. (DMI) Desert Medical Imaging, CA

74-785 Highway 111-, Suite 101

Indian Wells, CA 92210

25. Envision Imaging, Irving, Texas

925 W. Royal Lane, Suite 100

Irving, Texas 75039

26. Northwest Imaging, Nebraska

36006 N. 156 Street, Suite 104

Omaha, Nebraska 68116

27. Orange County Diagnostic, CA

24301 Paseo De Valencia, Suite 100

Laguna Woods, CA 92637

28. Shand Lake Shore Hospital, FL

368 NE Franklin St

Lake City, Florida 32055

29. Baptist Hospital, Jacksonville

800 Prudential drive

Jacksonville, Florida 32207

30. Florida A G Ashley Moody

Office of Attorney General State of Florida

The Capitol Pl-01

Tallahassee, Florida 32399-1050

31. Corona Regional Medical Center

    800 S. Main Street,

    Corona, CA 92882

32. Huntington Beach Diagnostics Imaging

    17822 Beach Blvd, Suite# 101

    Huntington Beach, CA 92647

33. Redlands Community Hospital

    350 Terracina Blvd,

    Redlands, CA 92373

34. So-Cal Emergency Medicine Urgent Care Centers, CA

    1181 N. Mt Vernon Ave

    Colton, CA 92324