UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVANUS EDWARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>FORMER PRESIDENT TRUMP, et al.,<br><br>                    Defendants. | Case No. 5:22-cv-01727-FLA<br><br>**ORDER TO SHOW CAUSE IN WRITING, BY MARCH 3, 2023, WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF SUBJECT MATTER JURISDICTION AND DECLARE PLAINTIFF A VEXATIOUS LITIGANT** |

## ORDER

On October 3, 2022, Plaintiff Stevanus Edward ("Plaintiff") filed the Complaint in this action, asserting claims against multiple Defendants, including former President Donald J. Trump.  Dkt. 1.  Plaintiff's Complaint appears to be identical to the Complaint he filed in Case No. 5:22-cv-01066-DMG (SHKx), which Judge Dolly M. Gee dismissed after finding Plaintiff failed to state a claim for relief and that the court lacked subject matter jurisdiction over the matter.  Case No. 5:22-cv-01066-DMG (SHKx), Dkt. 10.  Accordingly, the court ORDERS Plaintiff to Show Cause in writing, by March 3, 2023, why the court should not dismiss the entire action for lack of subject matter jurisdiction.

This appears to be the sixth Complaint Plaintiff has filed in the Central District of California regarding these claims.  The prior actions were: (1) *Stevanus Edward v. President Obama, et al.*, Case No. 5:16-cv-01312-JGB (KKx); (2) *Stevanus Edward v. President Obama et al.*, Case No. 8:16-cv-01677-JGB (KKx); (3) *Stevanus Edward v. Former President Obama, et al.*, Case No. 8:17-cv-00792-JGB (KKx); (4) *Stevanus Edward v. Former President Obama, et al.*, Case No. 8:18-cv-00737-JLS (KKx); and (5) *Stevanus Edward v. Former President Trump, et al.*, Case No. 5:22-cv-01066-DMG (SHKx).  Each of these prior actions was remanded or dismissed, with some Defendants (who were also named in the Complaint in this action) dismissed with prejudice.  *See* Case No. 8:16-cv-01677-JGB (KKx), Dkt. 195.

Accordingly, pursuant to Local Rule 83-8, the court further ORDERS Plaintiff to Show Cause in writing, by March 3, 2023, why the court should not declare Plaintiff a vexatious litigant and direct the Clerk of the Court not to accept further filings from Plaintiff without written authorization from a District Judge or a Magistrate Judge of the Court, or impose other prefiling requirements similar to those of California Code of Civil Procedure § 391.7.  *See* Local Rule 83-8.4 ("[T]he Court may, at its discretion, proceed by reference to the Vexatious Litigants statute of the State of California, Cal. Code Civ. Proc. §§ 391 - 391.8.").

Failure to respond timely will be deemed an admission that the court lacks subject matter jurisdiction over all claims and that Plaintiff is a vexatious litigant.

IT IS SO ORDERED.

Dated: February 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge